UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LAURIE A. BODE, and MICHAEL D. NORRIS, individually and as parents and guardians of MAKOTA Z. NORRIS, a deceased minor,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>PARKVIEW HEALTH SYSTEM, INC., and WHITLEY MEMORIAL HOSPITAL, INC., d/b/a PARKVIEW WHITLEY HOSPITAL,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  CAUSE NO. 1:07CV0324 RL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DEFENDANTS DESIGNATION OF EVIDENCE
IN SUPPORT OF SUMMARY JUDGMENT

Come now the Defendants, Parkview Health System, Inc. and Whitley Memorial Hospital, Inc. d/b/a Parkview Whitley Hospital, by counsel and pursuant to the provisions of RFRCP 56 hereby designate the following evidence in support of their Motion for Summary Judgment:

1. Affidavit of Jeffery Brookes, M.D.;

2. Affidavit of David Hurley, M.D.;

3. Affidavit of Joachin Okafor, M.D.;

4. Deposition of Terrie L. Eber;

5. Deposition of Lorie Bode;

6. Medical records of Parkview Whitley Hospital, date of treatment December 26, 2005;

7. Medical records of Parkview Noble Hospital, date of treatment December 27, 2005;

8. Indiana State Department of Health, Certificate of Death;

9. Plaintiff's Proposed First Amended Complaint for Damages filed with the Indiana Department of Insurance.

Dated: July 17, 2008

Respectfully submitted,

**ROTHBERG LOGAN & WARSCO LLP**

By: /s/ Mark W. Baeverstad
 Mark W. Baeverstad # 3896 –02
 110 West Berry Street, Suite 2100
 Fort Wayne, Indiana 46802
 Phone: 260/422-9454   Fax 260/422-1622
 Email: *mbaeverstad@rlwlawfirm.com*

### CERTIFICATE OF SERVICE

This will certify that on the 17th day of July, 2008, a true and complete copy of the above and foregoing was electronically served upon the following via the Court's ECF system:

Stephen R. Snyder
Jack C. Birch
Randall L. Morgan
Snyder, Birch & Morgan LLP
200 West Main Street
Syracuse, IN  46567

/s/ Mark W. Baeverstad
Mark W. Baeverstad