BEFORE THE DEPARTMENT OF INSURANCE
STATE OF INDIANA

| | |
|---|---|
| LAURIE A. BODE and MICHAEL D. NORRIS, Individually and as parents and guardians of MAKOTA Z. NORRIS, a deceased minor,<br><br>    Plaintiffs,<br><br>vs.<br><br>PARKVIEW HEALTH SYSTEM, INC., WHITLEY MEMORIAL HOSPITAL, INC. d/b/a PARKVIEW WHITLEY HOSPITAL, JOACHIN U. OKAFOR, M.D., DAVID LEE HURLEY, M.D. and PROFESSIONAL EMERGENCY PHYSICIANS, INC.,<br><br>    Defendants. | CLAIM NO. 1008373 |

# DEPOSITION OF
# TERRIE L. EBER

    The deposition of Terrie L. Eber was taken May 1, 2008, at 12:12 p.m. local time, by Randall L. Morgan, Esquire, at the law offices of Snyder, Birch & Morgan LLP, located at 200 West Main Street, Syracuse, Indiana, before Tim Petro, a notary public in and for the State of Indiana, and the parties were represented by counsel as follows:

PLAINTIFFS                     RANDALL L. MORGAN, ESQUIRE
                                 SNYDER, BIRCH & MORGAN LLP
                                 200 West Main Street
                                 Syracuse, Indiana  46567

DEFENDANTS                     MARK W. BAEVERSTAD, ESQUIRE
                                 ROTHBERG LOGAN & WARSCO LLP
                                 Suite 2100
                                 110 West Berry Street
                                 Fort Wayne, Indiana  46802

Page 1 of 2





*PETRO REPORTING SERVICE, INC.*
*229 WEST BERRY STREET, SUITE 330*
*FORT WAYNE, INDIANA 46802*
*PHONE: 260-422-4404  FAX: 260-422-3360*

*www.petroreporting.com*

```
                        N. JEAN SCHENDEL, ESQUIRE
                        HUNT SUEDHOFF KALAMAROS LLP
                        9th Floor Courtside Building
                        803 South Calhoun Street
                        Fort Wayne, Indiana  46802
```

Also Present:  David Stach and Laurie Bode

 

### SHEET 1   PAGE 1

```
 1  ON RECORD  12:12 p.m.
 2                      TERRIE L. EBER,
 3  called as a witness by the Plaintiffs herein, having been
 4  first duly sworn, was examined and testified as follows:
 5                    DIRECT EXAMINATION
 6  BY: RANDALL L. MORGAN, ESQUIRE
 7  Q. Ms. Eber, my name is Randy Morgan. I'm one of the
 8     attorneys for the Plaintiffs in this case. I represent
 9     the parents of Makota Norris. Do you remember Makota
10     Norris?
11  A. Yes.
12  Q. Would you state your full name for the record, please?
13  A. Terrie Lynn Eber.
14  Q. And what is your home address?
15  A. 6499 South 850 West.
16  Q. And...?
17  A. South Whitley.
18  Q. South Whitley, Indiana?
19  A. Yep.
20  Q. And what's your date of birth?
21  A. 7-18-1969.
22  Q. And where were you born?
23  A. Bakersfield, California.
24  Q. And are you married?
25  A. Yes.
```

### PAGE 2

```
 1  Q. What's your husband's name?
 2  A. Troy.
 3  Q. And do you have children?
 4  A. Four (4).
 5  Q. Four (4) children? And what are their names and ages?
 6  A. Uh, you would ha...Jody is twenty-three (23); Justin is
 7     seventeen (17); Kirsty is fifteen (15); and Brandon is
 8     twelve (12).
 9  Q. And do you currently hold a professional nursing
10     license?
11  A. Yes, I do.
12  Q. And how long have you held that license?
13  A. Almost nine (9) years.
14  Q. If I said that you obtained your license on August 24,
15     1999, would that sound right?
16  A. Yes.
17  Q. And do you hold any other professional licenses at this
18     time?
19  A. No.
20  Q. And you've held that license continuously since August
21     24, 1999?
22  A. Yes.
23  Q. And you're a registered nurse?
24  A. Yes.
25  Q. Have you ever had any licensure discipline or
```

### PAGE 3

```
 1     suspension?
 2  A. No.
 3  Q. Can you tell me a little bit about your educational
 4     background? Where did you graduate from high school?
 5  A. I didn't.
 6  Q. Okay. How far did you get?
 7  A. Sophomore year.
 8  Q. Did you subsequently obtain a GED?
 9  A. Yes, I did.
10  Q. Do you recall what year that was?
11  A. '94.
12  Q. And did you thereafter attend college?
13  A. Yes.
14  Q. Where did you go?
15  A. Lutheran College.
16  Q. And when was that?
17  A. Uh, well, I went and started in '95, then, I believe.
18     Yeah.
19  Q. Did you, ultimately, obtain a degree from Lutheran
20     College?
21  A. N...they sold Lutheran to or switched hands to
22     University of Saint Francis, which is where my degree
23     is from.
24  Q. Okay. What degree did you obtain?
25  A. Associate's Degree in nursing.
```

### PAGE 4

```
 1  Q. And what year was that?
 2  A. '99.
 3  Q. Do you have any additional formal education?
 4  A. Bachelor's Degree.
 5  Q. And where did you obtain the Bachelor's Degree from?
 6  A. Indiana Wesleyan University.
 7  Q. And what was your major there?
 8  A. My Master's Degree - er, my Bachelor's Degree in
 9     nursing.
10  Q. In nursing?
11  A. Yeah.
12  Q. Are you a member of any professional nursing
13     organization?
14  A. Uh, the Honor Society in, from school, but other than
15     that, no.
16  Q. So you're not a member of the American Nurses
17     Association?
18  A. No.
19  Q. Or the Emergency Nurses Association?
20  A. No.
21  Q. And you weren't as of December 26, 2005?
22  A. No.
23  Q. I'm going to hand you what's been marked as Plaintiffs'
24     Exhibit "1". I'll represent that's as photograph of
25     Makota Norris. You said earlier you recall seeing
```

SHEET 2   PAGE 5

1   Makota on December 26, 2005?
2 A. Yes.
3 Q. Is that who you recall seeing?
4 A. Yes.
5 Q. So you recognize him in that photograph?
6 A. **I couldn't swear that it was the same person. It's**
7   **been years.**
8 Q. Do you recognize Laurie, Makota's mother, I have
9   sitting next to me.
10 A. **Vaguely.**
11 Q. I'm certain you're aware that Makota passed away early
12   the following morning on December 27, 2005.
13 A. **Yes.**
14 Q. Do you recall when you became aware of his death?
15 A. **It was either the next da...the day it happened or the**
16   **following day. I'm not positive which.**
17 Q. So it could be December 27 or December 28, 2005?
18 A. **Correct.**
19 Q. Do you recall how you became aware?
20 A. **Uhm, no, I don't.**
21 Q. Do you recall having any discussions on the date that
22   you found out about his death, any discussions with
23   anyone other than I exclude any discussions you've ever
24   had with your counsel?
25 A. **Just the shock of it. I may have made a statement, but**

PAGE 6

1   **I don't recall what I would've said.**
2 Q. What was the shock?
3 A. **That he passed away.**
4 Q. And the medical records, which we're going to get into,
5   indicate that Dr. Okafor had discharged Makota from the
6   hospital on December 26, 2005 at a reported time of
7   nine thirty (9:30) p.m. Did you review any medical
8   records before you came here today in preparation for
9   your deposition?
10 A. **Not, not for a while.**
11 Q. If you want to take a look through that and just
12   confirm that you....
13 A. **Yeah. I've r...I looked at it briefly.**
14 Q. So you agree Dr. Okafor discharged Makota from the
15   hospital at a reported time of nine thirty (9:30) p.m.?
16 A. **Correct.**
17 Q. Are you aware that Dr. Okafor is no longer employed by
18   the emergency practice group?
19 A. **Yes.**
20 Q. And that he has moved to Arizona?
21 A. **Yes.**
22 Q. Do you recall when you became aware that he has left
23   the state and moved to Arizona?
24 A. **I don't know. Oh, I knew when he left, but I don't**
25   **remember when that was. I mean, we a...we all knew he**

PAGE 7

1   **was leaving.**
2 Q. Is Parkview Whitley Hospital the only hospital in
3   Parkview's network, if you will, that Dr. Okafor
4   practiced at?
5 A. **I don't know that.**
6   MARK W. BAEVERSTAD, ESQUIRE: If you know.
7 Q. If you recall.
8 A. **Yeah. I don't know that.**
9 Q. Are you aware of any circumstances surrounding Dr.
10   Okafor's decision to move out-of-state?
11 A. **No.**
12 Q. Prior to December 26, 2005, do you recall any contact
13   with Makota?
14 A. **No.**
15 Q. So, to the best of your knowledge, on December 26,
16   2005, that's the first time you would have seen Makota?
17 A. **Correct.**
18 Q. Are you aware that Makota had been seen at Parkview
19   Whitley Hospital prior to December 26, 2005?
20 A. **I -- no, I'm not positive that he was.**
21 Q. If a patient visits Parkview Whitley Hospital's
22   emergency department and an emergency department record
23   is generated on a particular date, are you aware of the
24   process of how that document thereafter gets stored?
25 A. **I -- currently, it's scanned into, sent to Medical**

PAGE 8

1   **Records and scanned into the computer system.**
2 Q. Do you know whether that's the process that was used
3   back on December 26, 2005?
4 A. **I don't recall.**
5 Q. Do you recall on December 26, 2005 if a healthcare
6   provider at the emergency department wanted to look up
7   any prior medical records generated from a prior
8   emergency department visit at that hospital; how they
9   could do that?
10 A. **Yeah. Un...under normal circumstances, if the**
11   **computers are up, you can generate old charts, look up**
12   **old charts.**
13 Q. So you can just type on a keyboard some identifier?
14   Like a name?
15   MARK W. BAEVERSTAD, ESQUIRE: Just to make clear,
16   we're talking about back on December 26th of '05.
17   RANDALL L. MORGAN, ESQUIRE: Exactly.
18   MARK W. BAEVERSTAD, ESQUIRE: Right. Okay. Go
19   ahead.
20 A. **Uhm, the best way I can say it is to explain how we,**
21   **it's LanVision, and it's, uh, the generated -- it**
22   **generates all the old charts together, and you put in**
23   **their name and information comes up. Is that...?**
24 Q. Yes. And all I'm trying to do is if I'm a physician,
25   for example, at the emergency department on December

SHEET 3   PAGE 9

1    26, 2005, and I'm looking at a patient and I know that
2    patient was at that exact emergency department a month
3    earlier, how difficult is it for me to pull up the
4    record from that prior visit as of December 26, 2005?
5        N. JEAN SCHENDEL, ESQUIRE:  I'll just object to
6        the insinuation that it's a physician that does
7        that.  But you can answer.
8 Q.  Any healthcare provider.
9 A.  **Uh, if the computers are up, it's not that hard.  Like**
10   **you just put in their name and wait for it to come up.**
11 Q. Would it at that time pulled up any records from prior
12   visits by that patient at that particular emergency
13   department,...
14 A.  **Yes.**
15 Q. ...Parkview Whitley Hospital?
16 A.  **Yes.**
17 Q. But it wouldn't have pulled up visits to, say, other
18   Parkview affiliated hospitals?
19 A.  **I....**
20       MARK W. BAEVERSTAD, ESQUIRE:  If you know.
21 Q. If you know.
22 A.  **I know what they do now.  I know it can now.**
23 Q. And you don't know at that....
24 A.  **I don't know what....**
25 Q. At that time, you don't know?

PAGE 10

1 A.  **Yeah.  I don't know at that time whether it was doing**
2    **that or not.**
3 Q. Okay.  Do you know on December 26, 2005 whether anyone
4    took any action to retrieve any prior records
5    pertaining to Makota from Parkview's computer database?
6 A.  **I don't know that.**
7 Q. Let's talk about that specific day, December 26, 2005,
8    and your first contact with Makota.  Could you describe
9    that for me?
10 A. **He was brought into Triage and, uh, weighed and**
11   **immediately taken back to a room, uhm, where I, myself,**
12   **was doing the assessment on the patient.**
13 Q. Where was he when you first saw him?
14 A. **Triage.  In the Triage Room.**
15 Q. And where is Triage Room in relation to the lobby?
16    I've not been to Parkview Whitley Hospital.
17 A. **Right off the lobby.**
18 Q. So would somebody -- do you know whether somebody
19    would've taken him to Triage area?
20 A. **Usually, they're directed from registration to the**
21   **Triage area, which is right next to each other.**
22 Q. And can you describe Makota's appearance when you first
23    saw him?
24 A. **Looked like an ill child.**
25 Q. He looked ill?  And can you give me some more detail

PAGE 11

1    about why he looked ill?
2 A.  **He just -- he wasn't very alert.  Wasn't very**
3    **communicative.  He just didn't look well.  I mean, he**
4    **was kind of pale in color.**
5 Q. You've used the word "lethargic" at different times in
6    your nurse's notes.
7 A.  **Correct.**
8 Q. Is that how you considered him to look when you first
9    saw him?
10 A. **Yeah.**
11 Q. What discussions do you recall when you first saw him
12    taking place as to his complaints or any other
13    statements, either from you to Makota or Laurie or from
14    Laurie to you?
15 A. **I don't recall the conversation.  I don't -- it's so**
16   **long ago, I don't remember the conversation.  I just**
17   **know that she told me that he had been ill for a while**
18   **and vomiting and had diarrhea.  Uhm, I don't -- he**
19   **didn't have a fever when he came in, so I don't know if**
20   **that would've been said or not.**
21 Q. Does Parkview Whitley Hospital have a Triage policy?
22 A. **Uh-huh (affirmative response).**
23 Q. Is it a document called "Triage Policy"?
24 A. **I don't know that for sure.**
25 Q. You've given him an assigned Triage level, it's "III".

PAGE 12

1 A.  **Uh-huh (affirmative response).**
2 Q. Can you explain that to me?
3 A.  **It's not a critical level.  Uhm, let's see, I have to**
4    **switch this around here.  "I" would be the most**
5    **critical level; "V" would be the, the least, so....**
6 Q. What does "III" indicate to you?
7 A.  **That's he's probably gonna need some lab tests and,**
8    **and, uh, things like that.  Then x-rays, maybe.  But**
9    **it's -- he's not in any major distress at that point in**
10   **time.**
11 Q. Is it at the triage stage that you would ask questions
12    of the patient or, in this case, the patient's mother,
13    or is it after you have made the triage determination?
14 A. **It's, uhm, at kind of the same com...the complaint**
15   **issue and looking at the patient.**
16 Q. Is it at the triage level that you would have asked,
17    whether he was on any existing medications?
18 A. **Yeah.**
19       RANDALL L. MORGAN, ESQUIRE:  Mark these.
20       COURT REPORTER:  Separately, "2", "3" and "4"?
21       RANDALL L. MORGAN, ESQUIRE:  Yes.
22 Q. Ms. Eber, I'm going to go ahead and hand you what's
23    been marked as Plaintiffs' Exhibits "2", "3" and "4",
24    and, that way, you can take a look at those.  Exhibit
25    "2" is an Emergency Department Record, Exhibit "3" is

| SHEET 4   PAGE 13 | PAGE 15 |
|---|---|
| 1  the Emergency Department Nursing Flow Sheet, and | 1 A.  No. |
| 2  Exhibit "4 is the Emergency Department IV/Medication | 2 Q.  ...to weigh him.  Where did you take him to after the |
| 3  Sheet.  Does that look like true and correct copies of | 3  Triage area? |
| 4  the emergency department handwritten notes that were | 4 A.  Room 4 in the ER. |
| 5  generated on December 26, 2005? | 5 Q.  Do you recall at the time when Makota visited the |
| 6 A.  Yes. | 6  hospital, were there other patients in the emergency |
| 7 Q.  That way, you can leave them in front of you, so as we | 7  department at that time? |
| 8  talk, if you need to refer to them, that's fine.  It | 8 A.  Yes. |
| 9  may help you.  Now, you indicated before Makota was | 9 Q.  Do you recall how many? |
| 10  taken to the triage area, that he was weighed? | 10 A.  No. |
| 11 A.  Uh-huh (affirmative response). | 11 Q.  Do you recall who was on duty at that time in the |
| 12 Q.  Where is the scale in relation to the triage area? | 12  emergency department? |
| 13 A.  In the tri.... | 13 A.  As far as...? |
| 14    MARK W. BAEVERSTAD, ESQUIRE:  I think you stated | 14 Q.  As far as at the receptionist desk? |
| 15    in Triage, he was weighed. | 15 A.  No, I don't. |
| 16 A.  In Triage. | 16 Q.  As far as physicians that were on duty or on call? |
| 17 Q.  In Triage, he was weighed? | 17 A.  Yes. |
| 18    MARK W. BAEVERSTAD, ESQUIRE:  That's what I think | 18 Q.  Who do you recall being there or on call as far as |
| 19    she said. | 19  physicians? |
| 20    RANDALL L. MORGAN, ESQUIRE:  Okay. | 20 A.  Dr. Hurley was on, in the ER originally when the |
| 21 Q.  How did you weigh him? | 21  patient arrived.  But they switched at shift change. |
| 22 A.  On a -- we have child scales. | 22  Uh, and then Dr. Okafor came on for the emergency |
| 23 Q.  Is that what you used for him? | 23  department. |
| 24 A.  Yeah. | 24 Q.  Do you recall other nurses who were on duty with you |
| 25 Q.  Is that like a table that you sit them on? | 25  when Makota visited the hospital? |
| PAGE 14 | PAGE 16 |
| 1 A.  It's a smaller, a smaller t...thing that sits on the | 1 A.  Uhm, Ron Putnam was on, but.... |
| 2  table, yeah. | 2    N. JEAN SCHENDEL, ESQUIRE:  I'm sorry.  I didn't |
| 3 Q.  What do you recall, other than him appearing ill, what | 3    hear you. |
| 4  do you recall about Makota, in particular?  Do you | 4 A.  Ron Putnam.  I'm talking quiet again.  I'm sorry. |
| 5  recall him speaking to you? | 5 Q.  Could you take a look, please, at Exhibit "4"? |
| 6 A.  No. | 6 A.  I think Exhibit "4" is actually -- what you're looking |
| 7 Q.  Did you understand him to be deaf? | 7  at and what I'm looking at is Exhibit "3". |
| 8 A.  Yeah. | 8 Q.  Oh, is that?  I'm sorry.  It's my handwritten notes |
| 9 Q.  Do you recall him being in casts at this ankles? | 9  here.  Exhibit "3", there's an indication of the |
| 10 A.  I knew something was on his, his legs. | 10  injection of Rocephin.  Do you recognize whose |
| 11 Q.  Do you recall him being in a diaper? | 11  signature that is? |
| 12 A.  Yes, I do. | 12 A.  Ron Putnam.  Ronald Putnam. |
| 13 Q.  And in September of 2005, he had turned six (6). | 13 Q.  And what took place after Makota was brought to you, |
| 14 A.  Uh-huh (affirmative response). | 14  say, Exam Room 4? |
| 15 Q.  Do you recall, based on the records, can you tell me | 15 A.  Yes. |
| 16  what he weighed? | 16 Q.  What took place once you got into that room? |
| 17 A.  As soon as I find it on here.  Fourteen point six | 17 A.  Well, we do, uhm, vital signs and look at him and talk |
| 18  (14.6) kilograms. | 18  to the mom mainly, because she's the only one that can |
| 19 Q.  Would that be a little over thirty-two pounds (32 | 19  communicate what's going on. |
| 20  lbs.)?  Would you know? | 20 Q.  What vital signs were taken? |
| 21 A.  Not good at math.  Multiply it by two point two (2.2). | 21 A.  His pulse, respiration and temperature. |
| 22 Q.  Would you have placed him on the -- do you remember if | 22 Q.  If vital signs were taken at any point on December 26, |
| 23  you placed him on the scales with clothing on? | 23  2005, would you expect to see them somewhere in the |
| 24 A.  Yes. | 24  record, the emergency department record? |
| 25 Q.  So no clothing was taken off... | 25 A.  Yes. |

SHEET 5   PAGE 17

1  Q.  Do you recall vital signs being taken at any subsequent
2      point?
3  A.  No, I don't recall.
4  Q.  If they were taken at any subsequent point, you would
5      expect to see them in the record?
6  A.  Correct.
7  Q.  Do you recall a discussion with Makota's mother shortly
8      after coming into Exam Room 4 that Makota had an
9      incident of diarrhea?
10 A.  That's what -- yeah, that's what was told to us.
11 Q.  Can you relay what you can recall of that discussion?
12 A.  I, I don't recall.
13         MARK W. BAEVERSTAD, ESQUIRE:  Again, are you
14         talking about the history before he arrived?
15         RANDALL L. MORGAN, ESQUIRE:  No, not before he
16         arrived.
17 Q.  After he got into Exam Room 4,...
18         MARK W. BAEVERSTAD, ESQUIRE:  Okay.
19 Q.  ...Makota's mother had indicated earlier that Makota
20     had an incident of diarrhea soon after getting to the
21     hospital.
22 A.  That we seen.  Is that what you're asking me?
23 Q.  Not the bloody diarrhea.
24 A.  Okay.
25 Q.  It would've been soon after he went to Exam Room 4 that

PAGE 18

1      Makota's mom would have, shortly prior to that, changed
2      a diaper.  Do you remember having any discussion with
3      her about Makota having experienced an incident of
4      diarrhea....
5  A.  While in the emergency department?
6  Q.  Yes.
7  A.  Prior to...?
8  Q.  The bloody diarrhea.
9  A.  No, I don't recall that.
10 Q.  Do you recall any discussion about asking her,
11     concerning diarrhea, whether it was bloody?
12 A.  No.
13 Q.  Did anybody assist you from the point of the Triage
14     area to getting Makota into Exam Room 4?  Any other
15     employee at the hospital assist you?
16 A.  A paramedic.
17 Q.  And what was his name?
18 A.  Alex Hunting...Honigford.
19 Q.  Is he still employed by Parkview Whitley Hospital?
20 A.  Yes.
21 Q.  Are you employed by Parkview Whitley Hospital?
22 A.  Yes.
23 Q.  What kind of assistance did Mr. Honigford...?
24 A.  Hun...that's the best I can say it.  Actually, he wrote
25     the first -- while I was assessing the patient, he was

PAGE 19

1      writing, uhm, the discussion.
2  Q.  So on Plaintiffs' Exhibit "2" you see some handwriting
3      that you believe was by Mr. Honigford?
4  A.  Yes.
5  Q.  And where is that at?
6  A.  It is the first five (5) lines of the Nursing
7      Assessment.
8  Q.  Are you able to read that?
9  A.  Yes, I can.
10 Q.  Could you read that for me, please?
11 A.  "Patient/mother states patient has had diarrhea and
12     vomiting since 1430 hours this afternoon."  I can't
13     read that part.
14         MARK W. BAEVERSTAD, ESQUIRE:  I think it's
15         "Patient/mother."
16 A.  "Patient/mother gave antiemetic suppository prior to
17     arrival."
18 Q.  And then that's your signature after that?
19 A.  Yeah.
20 Q.  Do you recall anyone else being in Exam Room 4 when you
21     initially brought Makota in there, other than you,
22     Laurie and Makota?
23 A.  No.  And the paramedic, obviously.
24 Q.  And the paramedic, he helped you get Makota to the exam
25     room?

PAGE 20

1  A.  To the exam room, and then he left.
2  Q.  What was the next step after you had obtained what
3      preliminary information you needed and now Makota is in
4      Exam Room 4?  Do you recall the next step that would
5      have taken place in his evaluation or treatment?
6  A.  The chart would've been put up for the physician to go
7      in and see the patient.
8  Q.  And did you have -- and, at that point, would you have
9      left the room?
10 A.  Yes.
11 Q.  Did you have any discussions with Dr. Hurley before Dr.
12     Hurley would have went into Exam Room 4?
13 A.  I initially just tell him what the complaint is and
14     maybe a little bit of history with it.
15 Q.  Do you have a specific recollection of talking to Dr.
16     Hurley before he went in?
17 A.  No, I don't.
18 Q.  Do you remember Dr. Hurley going into Exam Room 4 to
19     see Makota?
20 A.  I remember him walking in there, but I didn't go with
21     him.
22 Q.  What was your next contact with Makota?
23 A.  Uhm, the lab draws.  When the lab came to draw, I went
24     in with them.
25 Q.  Were you in the area when Dr. Hurley came out of Exam

SHEET 6   PAGE 21

| | |
|---|---|
| 1 | Room 4? |
| 2 A. | No. |
| 3 Q. | Did you have some communication at some point after he |
| 4 | had finished seeing Makota? |
| 5 A. | Oh, yeah. |
| 6 Q. | And what was...? |
| 7 A. | He just gave me the orders to put in the computer and |
| 8 | stuff. |
| 9 Q. | And what do you recall him telling you? |
| 10 A. | He just hands me the chart, typically. He didn't tell |
| 11 | me anything specifically, that I can recall. |
| 12 Q. | And do you recall what orders you were given? |
| 13 A. | No, I don't. |
| 14 Q. | Is there anything on the medical records that you could |
| 15 | look at to tell you? |
| 16 A. | He ordered a "CBC," a "Chem 8," "Blood Cultures x 1," |
| 17 | "PA" and lateral chest, "stool "C-diff," "culture and |
| 18 | sensitivity," "O&P." And I have no clue what that |
| 19 | says. |
| 20 Q. | Is it possible -- would you expect that, for example, |
| 21 | with the CBC, is it normal procedure that the doctor |
| 22 | would have made that mark, that a doctor would have |
| 23 | marked "CBC"? |
| 24 A. | Yes. |
| 25 Q. | So is it possible that where it says "C-diff," "culture |

PAGE 22

| | |
|---|---|
| 1 | sensitivity," that could have been made by Dr. Okafor |
| 2 | later? It had not been made by Dr. Hurley. |
| 3 A. | It could be. I don't know. |
| 4 Q. | This record has handwritten marks by different people. |
| 5 A. | Right. |
| 6 Q. | And let's go on to the next contact you had with |
| 7 | Makota. It dealt with drawing blood? |
| 8 A. | Uh-huh (affirmative response). |
| 9 Q. | Tell me about that. |
| 10 A. | I don't recall specifically, exactly. I just know he |
| 11 | was very hard to stick. We were having trouble getting |
| 12 | blood. |
| 13 Q. | Were you the one actually trying to draw the blood, or |
| 14 | did you have a lab technician there? |
| 15 A. | They try, and then I try. |
| 16 Q. | Is that unusual? |
| 17 A. | No. |
| 18 Q. | What kind of reasons are you aware of that could cause |
| 19 | difficulty with getting the needle into the vein? |
| 20 A. | They're a ch...he was small, for one (1). |
| 21 Q. | Is that a common -- is that what...? |
| 22 A. | Small children are harder to stick, yes. |
| 23 Q. | Do you recall any discussion at that point when trying |
| 24 | to draw blood, any discussion or statements by Laurie |
| 25 | to you or by you to Laurie? |

PAGE 23

| | |
|---|---|
| 1 A. | No. |
| 2 Q. | Do you recall any discussions taking place specifically |
| 3 | between you and the lab technician? |
| 4 A. | Other than he was a hard stick, no. |
| 5 Q. | Was he fighting you? |
| 6 A. | No. |
| 7 Q. | How did his appearance -- how was his appearance to |
| 8 | you? How did he appear? |
| 9 A. | Well, he was awake. He, he just wasn't thrashing all |
| 10 | over the place. Some do; some don't. |
| 11 Q. | Do you remember any statement from Laurie to the effect |
| 12 | that normally he fights efforts to try to stick him? |
| 13 A. | I don't recall that. |
| 14 Q. | What was your first contact with Dr. Okafor that night |
| 15 | regarding Makota? Do you remember if it was after you |
| 16 | were trying to draw blood? |
| 17 A. | Yeah, definitely. |
| 18 Q. | Once the blood is drawn, what's the normal procedure as |
| 19 | of December 26, 2005? It's sent to the lab? |
| 20 A. | Correct. |
| 21 Q. | Is there a normal time by which you would expect for |
| 22 | the type of blood work order for it to come back? |
| 23 A. | Usually, within an hour. |
| 24 Q. | Can you think of any reason on December 26, 2005 why it |
| 25 | would have taken longer than that on that particular |

PAGE 24

| | |
|---|---|
| 1 | day? |
| 2 A. | I can't think of any reason, no. |
| 3 Q. | Do you remember, ultimately, when the blood test |
| 4 | results came back? |
| 5 A. | No. |
| 6 Q. | Did you ever see the results of the blood tests? |
| 7 A. | I didn't make it a point to look, no. |
| 8 Q. | Do you recall seeing the results? |
| 9 A. | No, I don't. |
| 10 Q. | Before Dr. Okafor would have seen Makota, do you |
| 11 | remember talking to Dr. Okafor about that patient? |
| 12 A. | No. |
| 13 Q. | Tell me about your first contact with Dr. Okafor |
| 14 | concerning Makota? |
| 15 A. | I believe it was with the bloody stool. That, that's |
| 16 | what pops into my mind first. |
| 17 Q. | And you recall no discussions with Dr. Okafor prior to |
| 18 | his first contact with Makota? |
| 19 A. | I probably did, but I don't remember off.... |
| 20 Q. | Do you remember Dr. Okafor conducting any physical |
| 21 | examination of Makota? |
| 22 A. | He -- yeah, I do. After this, the -- I didn't go in |
| 23 | with him originally when he was in there, but when that |
| 24 | stool came in, he kind of looked him over and, and |
| 25 | listened to his abdomen. |

SHEET 7   PAGE 25

1  Q.  So when Dr. Okafor, and Makota's still in Exam Room 4?
2  A.  Yes.
3  Q.  When Dr. Okafor went into Exam Room 4 for the first
4      time, like with Dr. Hurley, you didn't go in?
5  A.  No.
6  Q.  Do you remember who else -- do you know who was already
7      in that room at that point when Dr. Okafor went into
8      Exam Room 4?
9  A.  I would assume mom.
10 Q.  And Makota?
11 A.  Yeah.
12 Q.  Let's go to the incident of the bloody diarrhea.  Tell
13     me what you recall about that.
14 A.  Well, mom called me into the room and said that he had
15     a bloody diarrhea, and she showed to me i...in the
16     diaper, and I went and got Dr. Okafor, then, at that
17     point, to show him.
18 Q.  Was there any sense of urgency in mother's voice?
19 A.  Yes.
20 Q.  You perceived her as being alarmed?
21 A.  Yes.
22 Q.  What did you see when you looked in he diaper?
23 A.  Uh, mucousy bloody stool.
24 Q.  In your nursing note at Exhibit "4", at twenty thirty
25     (2030) hours, you've got, "Patient had a large loose

PAGE 26

1      bloody diarrhea."  Is that your note?
2  A.  Yes.
3  Q.  Would you characterize it as a lot of blood?
4  A.  No.
5  Q.  How would you characterize it?
6  A.  It was definitely red blood, but it was not, uh, a
7      major, like an overwhelming amount.  It was like a
8      normal-size stool with diarrhea with just the blood,
9      mucousy blood in it.
10 Q.  Do you know if blood in the stool is normal?
11 A.  Well, no.
12 Q.  It's an abnormal finding?
13 A.  Yes.
14 Q.  And what did you do after mom notified you of the
15     bloody diarrhea?
16 A.  Notified Dr. Okafor.
17 Q.  Tell me about that.  What you recall?
18 A.  He came in and looked at the diaper and said to send it
19     down for tests.
20 Q.  And what else do you recall from him coming in the
21     room?
22 A.  I would've collected the stool and left the room,
23     so....
24 Q.  Was that a pretty quick visit...
25 A.  No.

PAGE 27

1  Q.  ...for Dr. Okafor?
2  A.  I don't believe so.  I think he spent a little bit of
3      time -- I don't recall for sure.  It seemed like a long
4      time to me.
5  Q.  Did he initially give you -- once he came into the room
6      and he saw the diaper, did he, at that point, give you
7      the direction to take it and have a stool culture?
8  A.  Yes.
9  Q.  And is that what you did?
10 A.  Uhm, yeah.  I called lab down for the stuff, and then
11     collected it in the room and sent it to lab.
12 Q.  Do you recall Dr. Okafor at that time doing anything in
13     particular in the room, either statements made or
14     actions taken?
15 A.  No, I don't.
16 Q.  Do you recall him at that time doing any time of exam
17     of Makota?
18 A.  He was palpating on his belly and listened for bowel
19     sounds.  I'm assumed he listened.
20 Q.  But you saw him do that?
21 A.  Right.
22 Q.  Did you see him do anything else from a physical
23     examination standpoint?
24 A.  No.
25 Q.  What happened next?

PAGE 28

1  A.  I sent the labs down.  According to my documentation,
2      he vomited.
3  Q.  At what time did he vomit?
4  A.  Uh, twenty-one hundred (2100).  That is nine o'clock
5      (9:00).
6  Q.  So at eight thirty (8:30) p.m. he had the, what you
7      characterized, a large loose bloody diarrhea, and at
8      nine o'clock (9:00) he vomited?
9  A.  Correct.
10 Q.  Do you recall Laurie making any statement as to Makota
11     never having previously experienced blood in his stool?
12 A.  No, I don't recall.
13 Q.  If she said that, would you disagree with that?
14 A.  If she....
15 Q.  If she said she remembers making statements that Makota
16     had never experienced bloody diarrhea before, would you
17     dispute that, or you just don't remember?
18 A.  I don't recall, so....
19 Q.  So it's possible she said it.  You just don't recall.
20 A.  I don't recall, yeah.
21 Q.  Do you remember Dr. Okafor concluding his contact at
22     that point with Makota?  Do you remember him walking
23     out of the room?
24 A.  No.  I had left first.
25 Q.  What was your next contact that you recall with Dr.

SHEET 8   PAGE 29
1      Okafor?
2 A.   I don't recall.
3 Q.   Do you recall your next contact with Makota?
4 A.   I was in and out of the room a lot that night, so I
5      don't....
6 Q.   And, again, you've referenced at different points in
7      your nurse's notes that Makota appeared lethargic. Did
8      that appearance remain constant throughout?
9 A.   No. He actually was sipping and drinking for a little
10     bit and seemed more alert at that point.
11 Q.  Okay. And can you...
12 A.  Yes.
13 Q.  ...look into the records and show me when that would
14     be?
15 A.  At twenty hundred (2000) or eight o'clock (8:00) p.m.
16 Q.  So at eight (8:00) p.m. you believe he was more alert?
17 A.  Correct.
18 Q.  Would you characterize him at that point as lethargic?
19 A.  No.
20 Q.  And then at nine thirty (9:30), "Patient was still
21     lethargic," correct?
22 A.  Uh-huh (affirmative response).
23 Q.  Do you recall any discussion with Dr. Okafor after the
24     bloody diarrhea incident?
25 A.  Uhm, no. I, I knew he was calling the doctor. That

PAGE 30
1      was all.
2 Q.   Calling Dr. Dick?
3 A.   Yes.
4 Q.   Dr. Dick had been paged?
5 A.   Correct.
6 Q.   And that's referenced in Exhibit "4", your nursing
7      note, at twenty-one hundred (2100) hours?
8 A.   Yes.
9 Q.   Did you have any discussions with Dr. Dick that night?
10 A.  No.
11 Q.  Did Dr. Okafor relay to you any discussions that he had
12     had with Dr. Dick that night on December 26, 2005?
13 A.  No.
14 Q.  Did you overhear any discussions that Dr. Okafor would
15     have had with Dr. Dick on that night?
16 A.  No, I did not.
17 Q.  Do you recall any discussion after the bloody diarrhea
18     incident, any discussion between you and Dr. Okafor
19     from that point up to the time that Makota was
20     discharged?
21 A.  I'm sure I talked to him, but I don't remember word-
22     for-word or even -- I just don't recall a conversation.
23 Q.  If you look at Exhibit "4" at twenty-one hundred (2100)
24     hours, could you read that for me, please, that entry?
25 A.  "Waiting for Dr. Dick to return page. Patient is

PAGE 31
1      resting on the cart. Lethargic vomited x 1. Small
2      amount of brown emesis. Dr. Okafor notified. Unable
3      to collect any emesis, because patient vomited into a
4      towel."
5 Q.   So at nine (9:00) p.m., for the entry at that point,
6      you had notified Dr. Okafor of this vomiting incident.
7 A.   Correct.
8 Q.   Reading that note, do you now have a recollection of
9      notifying him of that incident?
10 A.  Yes.
11 Q.  And do you recall the discussion that took place at
12     that point?
13 A.  I notified him and I told him I was not - unable to
14     collect it because it was into, he vomited into a
15     towel. So I didn't know how much it was.
16 Q.  Do you know what he said to you?
17 A.  No.
18 Q.  And you say, in your note, you indicate that it's a
19     brown emesis?
20 A.  Correct.
21 Q.  The fact of it being brown, is that cause for any
22     concern to you?
23 A.  It was not of concern at this point in time, because
24     mom had told me that the child had been drinking some
25     Pepsi because that's what he liked.

PAGE 32
1 Q.   And you suspect that it may have been Pepsi?
2 A.   I, I suspected it could have been, yeah. It was a dark
3      towel.
4 Q.   Looking back at Exhibit "4" at twenty-one hundred
5      (2100) hours, are you aware prior to the time you
6      notified Dr. Okafor about Makota vomiting, of whether
7      Dr. Okafor had at that point spoken with Dr. Dick?
8 A.   Yes.
9 Q.   Had he?
10 A.  Yes.
11 Q.  How do you know that?
12 A.  Because I had had the registration person page Dr. Dick
13     twice during his stay.
14 Q.  Do you know how many conversations Dr. Okafor had with
15     Dr. Dick on December 26, 2005?
16 A.  I know that he was paged twice and returned a call
17     twice.
18 Q.  After you had notified Dr. Okafor of Makota vomiting by
19     the entry that's times at nine (9:00) p.m., what's the
20     next step that you recall that night?
21 A.  I don't. There was no further vomiting or diarrhea.
22 Q.  After nine (9:00) p.m.?
23 A.  Right.
24 Q.  And then if you look at Exhibit "3", at least according
25     to the medical record, at nine ten (9:10) p.m. Rocephin