BEFORE THE DEPARTMENT OF INSURANCE
STATE OF INDIANA

| | |
|---|---|
| LAURIE A. BODE and<br>MICHAEL D. NORRIS,<br>Individually and as<br>parents and guardians of<br>MAKOTA Z. NORRIS,<br>a deceased minor,<br><br>    Plaintiffs,<br><br>vs.<br><br>PARKVIEW HEALTH SYSTEM, INC.,<br>WHITLEY MEMORIAL HOSPITAL, INC.<br>d/b/a PARKVIEW WHITLEY HOSPITAL,<br>JOACHIN U. OKAFOR, M.D.,<br>DAVID LEE HURLEY, M.D. and<br>PROFESSIONAL EMERGENCY<br>PHYSICIANS, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CLAIM NO.  1008373<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# DEPOSITION OF
# TERRIE L. EBER

### SIGNATURE SHEET

I do hereby certify that the above and foregoing deposition has been submitted to me. I have carefully read the same over and it correctly portrays the answers given by me to the questions propounded by counsel.

Date:_____          _____
                                      TERRIE L. EBER

File No.  7612

```
STATE OF INDIANA        ]
                        ] SS:    CERTIFICATE OF NOTARY
COUNTY OF ALLEN         ]
```

I, Tim Petro, a notary public in and for the State of Indiana, duly appointed and residing in the County of Allen, do hereby certify:

That the witness herein, **TERRIE L. EBER,** was first duly sworn to tell the truth, the whole truth, and nothing but the truth in the foregoing deposition.

That all testimony was electronically recorded and afterward reduced to typewritten form under my direction;

That I recorded and transcribed any and all objections made by counsel and the reasons therefor;

That I am not a relative or employee, attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, nor am I financially interested in this action.

IN WITNESS THEREOF, I have hereunto set my hand and affixed my Notarial Seal this 22nd day of May 2008.

*[signature: Tim Petro]*

Tim Petro, Notary Public
County of Residence: Allen
My Commission Expires: 7-13-08

PETRO REPORTING SERVICE, INC.



PLAINTIFF'S EXHIBIT

## EMERGENCY DEPARTMENT

Date: 12/26/05  Rm Time: 1810  Rm #: 4
☐ Trauma ☐ Medical ☐ Victim ☐ OHS ☐ Employee Health ☐ OP

**TRIAGE**
Time 1820  PAIN (0) 1 2 3 4 5 6 7 8 9 10  See Notes
VOMITING / DIARRHEA
☐ I ☐ II ☐ III ☐ IV ☐ V  Jenni Ely RN

**ALLERGIES**
☑ NKDA ☐ Latex

**Care Prior to Arrival**: ☐ None ☐ See Notes ☐ Transfer ☐ EMS Record

**Arrived**: ☑ Car ☐ BLS ☐ ALS  With MOTHER  ☐ amb ☐ W/C ☐ Carried ☐ Cart

**MEDICATIONS**
☐ Denies Medication  Dose  Frequency
Janicef  x5 dy

Phenergan Supp  PRN
given

**PM Hx**
☐ Denies ☐ CHF ☐ CAD ☐ COPD ☐ Asthma ☐ HTN
☐ Seizures ☐ CA ☐ Psych ☐ Diabetes ☐ Abuse
☐ CVA ☐ Smoking ☐ ETOH ☐ Pregnant ☐ Renal
☐ Nutritional Disorders ☐ Physical Limitations
☐ Thyroid ☐ Cholesterol
HEART MURMUR, DEAFNESS,

Surgeries

Kg 14.6  Actual/Stated  VS Time 1812
Ht  BP
R/A Sat 98%  P 102
w/O2 ___ L  R 22
Tetanus  T 97.5  ☐ o ☐ ax ☐ R Foley
LMP

**PHYSICIAN ORDERS**
☐ Old Chart ☐ ABG ☐ STD Panel ☐ Portable Chest ☐ X-Ray
☐ EKG ☐ UA-CCMS ☐ Cath ☐ Serum Preg ☐ Portable Pelvis
☑ CBC ☑ Dif ☐ Urine C&S ☐ Urine Preg ☐ PC-Spine
☐ Chem 6 ☐ If Indicated ☐ BA ☑ PA/LAT Chest
☑ Chem 8 ☐ Glucose ☐ Liver Profile ☐ 5 View C-Spine ☐ CT
☐ CPK ☐ Mg ☐ Urine-Drug ☐ Amylase ☐ 3 View LS-Spine
☐ Troponin I ☐ Serum-Drug ☐ Lipase ☐ Acute Abd Series  C. diff
☐ Cardiac Profile ☐ Trauma Profile  Culture Sensitivity O&P
☐ PT ☐ PTT ☑ Blood Cultures x 1
☐ Monitor ☐ Restraint (Order Attached) ☐ NPO ☐ Accucheck  guaic stool
☐ Saline Lock ☐ IV _____ @ _____ /cc/hr  bolus

Rocephin 750mg IM

**NURSING ASSESSMENT**
Time 1812  ☐ Trauma Flow Sheet  ☐ Vital Sign Data
Neuro A/O  GCS 15  Skin pwd
Old Chart  EKG  1832  X-Ray

Pt mother states pt has had diarrhea & vomiting since 1430 hrs this afternoon. Pt mother gave anti-emetic suppository prior to arrival. — Jenni Ely R

1845 Nurse in 2 lab attempting to draw bld. Pt is a very difficult to get bld from. T. Ely R

1915 Pt resting on the cart. Attempting to draw bld for bld culture. Pt's mother @ bedside. — Jenni Ely R

1945 Ø vomiting, Pt resting on the cart. Ø diarrhea. Pt up for recheck. — T Ely R

2100 Pt sipping water @ this time. Ø change in pt's condition. Pt is more awake @ this time. T Ely R

**PHYSICIAN NOTES**
Vomit x 8 tdy
Diarr x 4 tdy

cries to higher pitch than

PMHx
FH
SH
ROS
Dr Dick
By: _____ @ _____

**DISPOSITION**
Time 2130  PAIN 0 1 2 3 4 5 6 7 8 9 10 (See Notes)
☑ Instructions given ☑ Verbalized Understanding
☐ amb ☐ W/C ☑ Carried ☐ Cart with
☐ Report ☐ Old Chart to floor
Jenni Ely R  Nurse Signature

☑ Discharge ☐ Transfer ☐ 23° OBS ☐ Admit  Rm #
☐ f/u with Dr _____ in _____
Return for

**RX DISCHARGE**
Pedialyte as tolerated
Must see Dr Dick
tomorrow morning
in his office
Return to ER as needed

Discharge Condition  ☐ Improved ☐ No Change ☐ Expired

**I personally**:
☐ Obtained history from pt
☐ Performed physical exam
Discussed with pt/family
☐ Diagnosis
☐ Treatment Plan (admission)
☐ Discharge Instructions
☐ Medications
☐ Prescriptions
☐ Coordination of care
Face to face with the patient/family

Physician Initials _____
Can't obtain additional Hx due to _____

Is EMC present?  ☐ Yes ☑ Stable  ☐ No ☐ Unstable
Reviewed ☐ X-Ray ☐ EKG ☐ Old Chart

CODE
DIAGNOSIS
1. Acute Gastroenteritis
2.
3.
4.

NP/PA Signature
Physician Signature

Dictation Number
876979
876100

Name: NORRIS, Makota Z  m00716519  09-29-1999 ☑ M ☐ F
Birthdate
Family D  Emergency, Dept  Dick, Michael P
006809874  12/26/05

PARKVIEW WHITLEY HOSPITAL
353 North Oak Street
Columbia City, IN 46725
**EMERGENCY DEPARTMENT RECORD**

Key: EMC = Emergency Medical Condition  w/O2 = With O2
Lymph = Lymphatic  R = Rectal
Hem = Hematologic  O = Oral
OHS = Occupational Health Services

MR - Tab #2 (Form #1402-B-WHIT) (12-03)  White - Patient Chart  Canary - Physician  Pink - Emergency

PLAINTIFF'S EXHIBIT 2
Printed by E108158  Page 4  Job # 8475740 at 04/20/06 12:17:50

## EMERGENCY DEPARTMENT

**IV ABBREVIATIONS**
- RS = Restarted
- INF = Infiltrated
- IVP = IV Push
- AS = Angioset
- INT = Intima
- LH = Left Hand
- RH = Right Hand
- AC = Anticubital
- RW = Right Wrist
- LW = Left Wrist
- RFA = Right Forearm
- LFA = Left Forearm
- RIFA = Right Inner Forearm
- LIFA = Left Inner Forearm
- RF = Right Foot
- LF = Left Foot

**INJECTION SITE CODES:** (Circle number when charting)
1. Left Arm
2. Right Arm
3. Left Thigh
4. Right Thigh
5. Left Gluteal
6. Right Gluteal

| Time | IV Solution/Meds | Initial Count | Dosage/Route Rate | Catheter Site/Size | Amount Infused | Discharge Count | Signature |
|---|---|---|---|---|---|---|---|
| | — — — Total Prehospital | | | | | | |
| 1853 | Zofran | | 1 mg PO | | | | Jenny Eler RN |
| 2110 | Rocephin | | 750mg IM | (6) | | | [signature] RN |

**INTAKE / OUTPUT**

| Time | IV | Oral | Blood | Other | Urine | NG | Emesis | Chest-R | Chest-L | Signature |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| Totals | | | | | | | | | | |

**PARKVIEW WHITLEY HOSPITAL**
353 North Oak Street
Columbia City, IN 46725

**EMERGENCY DEPARTMENT IV/MEDICATION SHEET**

NORRIS, Makota Z
m00716519   09/29/1999   M 6
Emergency. Dept   Dick, Michael P
006809874   12/26/05

MR - Tab #2 (Form #2701-WHIT) (3-02)   WHITE - Chart  CANARY - Emergency Dept  PINK - Billing

PLAINTIFF'S EXHIBIT 3

## EMERGENCY DEPARTMENT

**GLASGOW COMA SCALE**

| Eye Opening | | Best Verbal | | Best Motor | |
|---|---|---|---|---|---|
| Spontaneous | 4 | Oriented | 5 | Obeys Commands | 6 |
| To command | 3 | Confused | 4 | Localizes Pain | 5 |
| To pain | 2 | Inappropriate | 3 | Withdraws Pain | 4 |
| To response | 1 | Incomprehensible | 2 | Flexion (Decorticate) | 3 |
| | | Unresponsive | 1 | Extension (Decerebrate) | 2 |
| | | | | No Response | 1 |

**PUPIL SCALE (MM)**  2  3  4  5  6  7  8  9

| Time | BP/P/R | GCS | NOTES |
|---|---|---|---|
| 2030 | | | Pt had a large, loose, bloody diarrhea. Pt's mother is very alarmed. Dr Okafor in talking c̄ her. Stool sent to lab ——— Jenni Eler, RN |
| 2100 | | | Waiting for Dr Dick to return page. Pt is resting on the cart. Lethargic, vomited × 1 small amount of brown emesis. Dr Okafor notified. Unable to collect any emesis because pt vomited into a towel. Pt's mother to bedside. ——— Jenni Eler, RN |
| 2130 | | | Explained discharge instructions to the pt's mother. Pt is still lethargic, Ø further vomiting or bloody diarrhea. ——— Jenni Eler, RN |



PARKVIEW
WHITLEY HOSPITAL
353 North Oak Street
Columbia City, IN 46725

**EMERGENCY DEPARTMENT NURSING FLOWSHEET**

m00716519   09/29/1959
NORRIS, Makota Z     M 6
Emergency, Dept       Dick, Michael P
006809874   12/26/05



PLAINTIFF'S EXHIBIT 4

MR - Tab #2 (Form #2813-3-WHIT) (6-01)   White - Patient Chart   Canary - Emergency Department   Pink - Billing



# Emergency Department Aftercare Instructions
## Parkview Whitley Hospital
353 North Oak, Columbia City, IN
(260)-248-9411
Patient Name  NORRIS, MAKOTA Z
Emergency Care Provider  David  Hurley

Visit Date  12/26/2005 06 17 PM
Printed  12/26/2005 09 22 PM
Medical Record #  00716519
Account #  6809874

Thank you for choosing Parkview Whitley Hospital for your emergency care needs  Unless stated otherwise, you should always contact your primary physician, (usually family physician), the next business day to make them aware of your visit and arrange follow up as soon as possible  If you are unable to arrange for follow up care within the time shown or any problems develop, return to the emergency care center  To care for your medical condition at home

### Referrals
Please contact the physician below for follow up

### Additional Referral Instructions

### Follow-up Instructions
The physician who has provided your care has indicated the following instructions for you  If you are unable to arrange for follow up care within the time shown or any problems develop, return to the Emergency Care Center  To care for your medical condition at home

### Additional Follow Up Instructions

### After Care Instructions

VOMITING AND DIARRHEA
Persistent vomiting and diarrhea cause the body to lose fluid  This is called  dehydration and can be dangerous, especially in young children  Making up for lost fluids is the most important step in caring for the patient  Liquids should be offered frequently (every 30 minutes during the day and every  opportunity at night)  We recommend at least 1oz every half hour but this  depends upon the age and size of the patient  Children can go long periods  without solid food  Do not give anything by mouth for 1 hour from the last  time patient vomits  We suggest that you follow these diets to help you  return to health  1   DIET#1 (CLEAR LIQUIDS)
   a  Water, no milk products
   b  Jello (liquid or solid)
   _c  Kool-Ade, hard candies, popsicles
   _d  Lyten or Pedialyte, these solutions contain important parts of body
   _ fluids lost in vomiting or diarrhea  Both can be purchased from
   your pharmacy without a prescription and can be given mixed half and
   _ half with any of the above liquids
   _ e  Weak tea and broth
   _f  Pop, soda, soft drinks (cola, 7-up, ginger ale, etc )  Let bottle
   _ stand open or heat slightly to remove most of the fizz  In small
   children under 2 dilute soda with equal amount water, GatorAde,
   _Lytren, or Pedialyte  2   Progress to DIET #2
   _a  All liquids on diet #1
   _b  Skim milk, formula or powdered milk, use double amount of water and
   boil 5 minutes
   c  Very ripe (soft) bananas help control diarrhea
   _d  Rice cereal  3   Progress to DIET #3
   _ a  Begin regular diet, multiple small feedings
   _b  Avoid fried foods, fatty foods, acid fruits and fruit juices, and
   _any food that upsets the stomach  Contact your physician in the next 24 hours for further instructions and diet regime  Keep in mind that the patient may lose too much fluid  If the  patient has passed only a small amount of urine, has a dry parched mouth, or acts listless, sleepy or dull, call your doctor

### Additional After Care Instructions
PEDIALYTE AS TOLERATED



ER Discharge Instructions

Patient Name  NORRIS, MAKOTA Z          Medical Record #  00716519          Page 1

YOU MUST SEE DR DICK TOMORROW MORNING IN HIS OFFICE

RETURN TO THE EMERGENCY DEPARTMENT AS NEEDED

**Additional Procedure Instructions**

**Prescriptions Received:**

| Medication | Strength | Quantity | Dose | Frequency | Instructions |

**Medications**

The medications prescribed to you were

ROCEPHIN

_You have been given an injection of an antibiotic called Rocephin (ceftriaxone)  Sometimes the injection must be combined with antibiotic pills  For some infections, such as an uncomplicated ear infection, Rocephin provides all the antibiotic that's needed

_The antibiotic will be in your body for about two days  For serious infections, we usually repeat doses of Rocephin daily

  Side effects are very unusual following a shot  Women may develop vaginal yeast infections, and babies can get yeast (thrush) in the mouth following the use of antibiotics  Contact your physician if you have symptoms with this medication

_Allergy to this antibiotic can result in hives, wheezing, faintness, or itching  If symptoms of allergy occur, call the doctor at once

**Additional Medication Instructions**

If you have any additional questions or concerns please call your doctor or the Emergency Care Center at (260)-248-9411

I understand that a copy of my emergency department record will be sent to my referring physician upon his or her request  A copy of the record is available to practitioners or medical organizations that provide follow-up care, treatment or services

I ACKNOWLEDGE AND UNDERSTAND THAT I RECEIVED EMERGENCY MEDICAL CARE  I HAVE BEEN INSTRUCTED TO CONTACT A PHYSICIAN AS SOON AS POSSIBLE FOR CONTINUED MEDICAL DIAGNOSIS AND CARE IF INDICATED  I ALSO ACKNOWLEDGE RECEIPT OF AND UNDERSTAND THE INSTRUCTIONS LISTED ABOVE, AS WELL AS ANY OTHER INSTRUCTIONS GIVEN TO ME

X_/s/ Laurie Bode_____
Patient/Representative



Patient Name   NORRIS, MAKOTA Z        Medical Record #  00716519                Page  2