BEFORE THE DEPARTMENT OF INSURANCE
STATE OF INDIANA

| | |
|---|---|
| LAURIE A. BODE and MICHAEL D. NORRIS, Individually and as parents and guardians of MAKOTA Z. NORRIS, a deceased minor,<br><br>    Plaintiffs,<br><br>vs.<br><br>PARKVIEW HEALTH SYSTEM, INC., WHITLEY MEMORIAL HOSPITAL, INC. d/b/a PARKVIEW WHITLEY HOSPITAL, JOACHIN U. OKAFOR, M.D., DAVID LEE HURLEY, M.D. and PROFESSIONAL EMERGENCY PHYSICIANS, INC.,<br><br>    Defendants. | CLAIM NO.  1008373 |

COPY

# DEPOSITION OF
# LAURIE A. BODE

The deposition of Laurie A. Bode was taken May 1, 2008, at 9:02 a.m. local time, by Mark W. Baeverstad, Esquire, at the law offices of Snyder, Birch & Morgan LLP, located at 200 West Main Street, Syracuse, Indiana, before Tim Petro, a notary public in and for the State of Indiana, and the parties were represented by counsel as follows:

PLAINTIFFS        RANDALL L. MORGAN, ESQUIRE
                  SNYDER, BIRCH & MORGAN LLP
                  200 West Main Street
                  Syracuse, Indiana   46567

DEFENDANTS        MARK W. BAEVERSTAD, ESQUIRE
                  ROTHBERG LOGAN & WARSCO LLP
                  Suite 2100
                  110 West Berry Street
                  Fort Wayne, Indiana   46802

Page 1 of 2




*PETRO REPORTING SERVICE, INC.*
*229 WEST BERRY STREET, SUITE 330*
*FORT WAYNE, INDIANA 46802*
*PHONE: 260-422-4404  FAX: 260-422-3360*



*www.petroreporting.com*

```
                              N. JEAN SCHENDEL, ESQUIRE
                              HUNT SUEDHOFF KALAMAROS LLP
                              9th Floor Courtside Building
                              803 South Calhoun Street
                              Fort Wayne, Indiana  46802
```

Also Present:  David Stach




*PETRO REPORTING SERVICE, INC.*
*229 WEST BERRY STREET, SUITE 330*
*FORT WAYNE, INDIANA 46802*
*PHONE: 260-422-4404  FAX: 260-422-3360*
*www.petroreporting.com*

Laurie Bode  ***  5/1/08

### SHEET 1   PAGE 1

```
 1  ON RECORD  9:02 a.m.
 2                  LAURIE A. BODE,
 3  called as a witness by the Defendant herein, having been
 4  first duly sworn, was examined and testified as follows:
 5                  DIRECT EXAMINATION
 6  BY: MARK W. BAEVERSTAD, ESQUIRE
 7  Q.  Would you please tell us your full name for the record?
 8  A.  Laurie Ann Bode.
 9  Q.  And do you go by Laurie?
10  A.  Yes.
11  Q.  Is it okay if I call you that?
12  A.  Yes.
13  Q.  All right.  Laurie, my name if Mark Baeverstad, and I
14      represent Parkview Hospital in this matter.  If there's
15      any question that I ask that you do not understand or
16      would like for me to restate, would you let me know?
17  A.  Yes.
18  Q.  And I know this may be difficult for you to go through
19      some of the facts about what happened leading to your
20      son's death, but they are things that we need to cover.
21      Okay?  And any time you want to take a break, you just
22      let me know, and we'll break until you're ready to go.
23  A.  Okay.
24  Q.  Does that sound okay?
25  A.  Okay.
```

### PAGE 2

```
 1  Q.  Where do you live?  Can you give me your address?
 2  A.  In Albion, Indiana.
 3  Q.  All right.  What's the address there?
 4  A.  The physical address is 2289 West 500 North, P.O. Box
 5      172.
 6  Q.  And how long have you lived there?
 7  A.  Probably fourteen (14) years.
 8  Q.  And who do you live there with?
 9  A.  Myself, my daughter, Bambi.  I have a son, Kolten.
10  Q.  How do you spell that?
11  A.  K-o-l-t-e-n.  And Makota's dad.
12  Q.  And what's his name?
13  A.  His name is Mike Norris.
14  Q.  How old is Bambi?
15  A.  Twenty-seven (27).
16  Q.  And Kolten, how old is Kolten?
17  A.  Eighteen (18).
18  Q.  Now, is Mike the parent of Bambi and Kolten?
19  A.  No.
20  Q.  So Mike was just the...
21  A.  Father of....
22  Q.  ...father of Makota.  Is that correct?
23  A.  Yes.
24  Q.  Are you married?
25  A.  No.
```

### PAGE 3

```
 1  Q.  Have you been married before?
 2  A.  Yes.
 3  Q.  How many times?
 4  A.  Once.
 5  Q.  And who was that to?
 6  A.  Kevin Bode.
 7  Q.  And when were you married to Kevin?
 8  A.  1981.
 9  Q.  And when did you divorce?
10  A.  1998, I think.
11  Q.  And is Kevin the father of either Bambi or Kolten?
12  A.  Yes.
13  Q.  Both?
14  A.  Both.
15  Q.  Okay.  Good enough.  Do you work outside the home?
16  A.  No.
17  Q.  When is the last time you worked outside the home?
18  A.  Uh, March of 2007.
19  Q.  And where was that at that you worked?
20  A.  I worked at the Hilltop Caf, in Albion.
21  Q.  And what did you do there?
22  A.  I was a grill cook in the kitchen.
23  Q.  How long did you work for the Hilltop Caf,?
24  A.  About eight (8) months.
25  Q.  And what were the reasons for you -- were you fired?
```

### PAGE 4

```
 1      Did you quit?  What happened?
 2  A.  I, uhm, had to leave my position, because, uh, Bambi,
 3      being handicapped; my father was ill and my mother was
 4      unable to keep her any longer.
 5  Q.  So you had to go take care of her?
 6  A.  Yes.
 7  Q.  What kind of handicap does Bambi have?
 8  A.  Bambi has spastic cerebral palsy, and she has a G tube.
 9  Q.  So does she need constant one-on-one care?
10  A.  Yes.
11  Q.  And that's why you left your job to take care of her?
12  A.  Yes.  I had to.
13  Q.  Let's talk about your educational background.  Did you
14      graduate from high school?
15  A.  I obtained my GED.
16  Q.  How many years did you attend school before you dropped
17      out?
18  A.  I was in the tenth grade.
19  Q.  What is your date of birth?
20  A.  10-12 of 1964.
21  Q.  And your Social Security number?
22  A.  XXX-XX-8633.
23  Q.  And when did you obtain your GED?
24  A.  Kolten was in kindergarten, so it would've probably
25      been 1995, approximately.
```

Laurie Bode **** 5/1/08

SHEET 2   PAGE 5

1 Q. Have you had any other education?
2 A. No.
3 Q. I don't know if I necessarily need to go through all of
4    your employment career, but tell me the types of jobs
5    that you've had.  You were a grill cook.  Have you had
6    other jobs as a cook?  Tell me a little bit about your
7    work background.
8 A. I, uh, managed Subway in Albion for approximately five
9    (5) years, and I managed, uh, Jacob's Pizzeria in
10   Cromwell, and that was about a year and a half (1-1/2).
11 Q. Any other jobs you can think of that you worked at, or
12   have there been...?
13 A. I worked at Bosch, uh, in Albion.
14 Q. What is Bosch?
15 A. It's an automotive.  They make the fans and that for
16   automotive.
17 Q. Was that a factory job?
18 A. Yes.
19 Q. And how long did you work there?
20 A. Approximately, seven (7) months.
21 Q. Now, Makota was born, I believe, on, what, September
22   29th of '99?
23 A. Yes.
24 Q. Where was he born?
25 A. At Parkview.

PAGE 6

1 Q. Which Parkview?
2 A. The main.
3 Q. In Fort Wayne?
4 A. Yeah.
5 Q. And who was the doctor that cared for you during your
6    labor and delivery?
7 A. I've thought about it.  I can't remember his name.
8 Q. All right.
9 A. It was the OB/GYN, uhm -- I can't remember his name.
10   He was in with Dr. Tindall, and that's who I had
11   usually seen.
12 Q. He was with the same group?
13 A. Yes.
14 Q. During your prenatal period, while you were
15   pregnant,...
16 A. Uh-huh (affirmative response).
17 Q. ...did they do any tests that indicated whether there
18   was going to be any problems with Makota when he was
19   born, do you know?
20 A. No.
21 Q. Was he born with some problems?
22 A. They told me he had a heart defect.
23 Q. Who told you that?
24 A. Dr. Dick.
25 Q. Dr. Dick was Makota's pediatrician?

PAGE 7

1 A. Yes.
2 Q. Did he have any other defects, besides a heart defect?
3 A. Not that I know of.
4 Q. I noticed in looking in the emergency room record when
5    you took him to Parkview Whitley on December 26 that it
6    mentions that he was deaf.  Was he deaf?
7 A. They, they learned that after birth.
8 Q. Okay.  Was that something he was born with?
9 A. They never told me that he was born that way or if it
10   came on from infection or whatever afterwards.  I don't
11   know.
12 Q. Was he deaf in both ears?
13 A. Yes.
14 Q. I notice that he had been to the hospital quite a bit
15   during his life.  What were the main reasons why you
16   had to take him to the hospital while he was growing
17   up?
18 A. He had a lot of respiratory, upper respirator -- sinus
19   infection, I guess.
20 Q. Did you ever discuss with Dr. Dick any concerns about
21   him in terms of his developing physically in terms of
22   gaining weight and size as he grew up?  Were there any
23   discussions with Dr. Dick about that?
24 A. We tried the, uh -- yes, we tried the calorie builders
25   and....

PAGE 8

1 Q. Did Dr. Dick tell you why he wasn't growing up at the
2    same level or rate as other kids?
3 A. No.
4 Q. And so the only thing that was done was to try to get
5    him to eat more calories?  Some calorie builders, you
6    said?
7 A. Yes.
8 Q. How did -- well, I realize that Bambi was born with
9    was Kolten born with any kind of defects?
10 A. No.
11 Q. How did Makota, in terms of from your perspective,
12   develop in relationship to how Kolten had, another boy
13   that you had raised?
14 A. Can you explain that to me, please?
15 Q. Well, did he seem to be growing up at the same rate in
16   terms of size and weight as Kolten?
17 A. Kolten was little, too.  I mean, I'm seeing it as --
18   that's hard to answer, because all my kids were tiny to
19   a certain point.
20 Q. Were they?  Okay.  That's kind of what I was trying to
21   find out a little bit here.
22 A. Yes.
23 Q. Do you know, how tall is Kolten?
24 A. Now?
25 Q. Yes.

SHEET 3   PAGE 9
```
 1 A.  Kolten is five nine (5'9").
 2 Q.  Do you know how much he weighs?
 3 A.  About one sixty-five (165).
 4 Q.  Was Dr. Dick the pediatrician for Kolten as well?
 5 A.  Yes.
 6 Q.  Did Makota have problems with getting sick to the
 7      stomach and vomiting, diarrhea, those kinds of things,
 8      before December of 2005?
 9 A.  Occasionally, he would have a flu or whatever.
10 Q.  Would you take him to Dr. Dick...
11 A.  Yes.
12 Q.  ...when he would have those problems?
13 A.  Yes.
14 Q.  So Dr. Dick's records, then, would show us how many
15      times he had been sick in that way?
16 A.  Yes.
17 Q.  Was there anything, from your perspective, unusual
18      about how often he got sick in the stomach or had
19      vomiting or diarrhea?
20 A.  No.
21 Q.  Let's talk about the events leading up to your taking
22      him to the emergency department at Parkview Whitley on
23      December 26th.  It says that, according to the record
24      there, that he arrived there around six ten (6:10) in
25      the evening of December 26th, which would have been the
```

PAGE 10
```
 1      day after Christmas.  When did Makota first become ill
 2      with the sickness that led you to bring him to the
 3      hospital that day?
 4 A.  About four (4:00) that evening.  4:00 p.m.
 5 Q.  So Christmas Day, how had he been?
 6 A.  He was fine.
 7 Q.  Looked like he was totally fine?  No problems at all?
 8 A.  Yes.
 9 Q.  So about four (4:00) in the afternoon on December 26th
10      was when you first realized that he was sick?
11 A.  Yes.
12 Q.  Tell me what you remember.
13 A.  He started throwing up, and then he started having
14      diarrhea, and it was quickly, you know.  One right
15      after the other.  So I decided I'd better take him in
16      to see what was wrong.
17 Q.  Did you have any thoughts at that point what -- had he
18      had any unusual foods to eat or been anywhere where he
19      could have...?
20 A.  Nothing had been different that day.
21 Q.  Do you recall what he had eaten that day?
22 A.  No.
23 Q.  Where were you when you first noticed he was sick?
24 A.  I had just gotten home from work, and my mother had had
25      him.
```

PAGE 11
```
 1 Q.  Where were you working at the time?
 2 A.  Jacob's Pizzeria in Cromwell.
 3 Q.  And you were the manager there?
 4 A.  Yes.
 5 Q.  Do you remember what your hours were that day that you
 6      had to work?
 7 A.  No.
 8 Q.  Can you tell me, roughly, when you worked that day?
 9      You said you got home about four (4:00), so what time
10      do you think you probably left?
11 A.  Oh, I was -- I probably got home around three (3:00),
12      so I left there by two thirty (2:30).
13 Q.  Your mom had been watching him that day?
14 A.  Yes.
15 Q.  What's her name?
16 A.  Ardith.
17 Q.  Ardith what?
18 A.  Keister.
19 Q.  How do you spell Ardith?  That's a different name.
20 A.  A-r-d-i-t-h.
21 Q.  And Keister, how do you spell that?
22 A.  K-e-i-s-t-e-r.
23 Q.  And where does she live?
24 A.  Albion.
25 Q.  Do you know the address there?
```

PAGE 12
```
 1 A.  240 West River Road North.
 2 Q.  Now, when you came home, did your mom tell you anything
 3      unusual about Makota that day?
 4 A.  No.
 5 Q.  So, to your knowledge, had he been sick under her watch
 6      that day?
 7 A.  No.
 8 Q.  You got home around three (3:00).
 9 A.  Yes.
10 Q.  Did you recall your mom saying anything about how
11      things went that day with Makota?
12 A.  He was fine.
13 Q.  And you got home about three (3:00) and you said you
14      noticed he got sick about four (4:00).  So were you
15      home for about an hour before he got sick?
16 A.  Yes.
17 Q.  And during that hour, did he seem like he was fine?
18 A.  Yes.  He had been sleeping, and I picked him up and we
19      when home, and then, then it started.
20 Q.  Okay.  So you picked him up at your mom's house.
21 A.  Yes.
22 Q.  About what, three (3:00) or when?
23 A.  Shortly a...yeah.  It -- I got there probably at three
24      (3:00).
25 Q.  And he was sleeping?
```

Laurie Bode  ****  5/1/08

| SHEET 4   PAGE 13 | PAGE 15 |
|---|---|

PAGE 13
1  A.  Yes.
2  Q.  And you picked him up.  And did he stay asleep as you
3      picked him up?
4  A.  No.
5  Q.  He woke up.  But he didn't appear sick at that point?
6  A.  No.
7  Q.  You took him home.  How long did it take you to get
8      home from your mom's?
9  A.  It takes about ten (10) minutes.
10 Q.  In the car, was he awake?  Did he fall back to sleep?
11 A.  He was awake.
12 Q.  Did he say anything to you about being sick or
13     anything?
14 A.  No.
15 Q.  Could he talk?
16 A.  No.
17 Q.  I should have asked you that.  Do you know why he was
18     not able to talk at this age?  Was it because of...?
19 A.  He did not hear.
20 Q.  Because of his deafness.  Was there any other -- I
21     guess what I'm asking, had Dr. Dick or anyone said he
22     was having any kind of developmental delay?  Do you
23     know what I mean by that?
24 A.  I don't know how they were gauging that, because of his
25     deafness.

PAGE 14
1  Q.  Did he speak any words at all?
2  A.  Mom.
3  Q.  That's about it?
4  A.  Yeah.
5  Q.  If he got sick, how would he express that to you?  Did
6      he use sign language, or was he able to communicate
7      with you?
8  A.  He was -- uh, I guess, being as a mother, he'd crawl up
9      on me and, and lay his head or, you know.
10 Q.  So you drove home.  What happened when you got home?
11 A.  We went in the house.  I sat him on the floor with his
12     toys.
13 Q.  Could he walk?
14 A.  He was just starting.  He had casts on his legs.
15 Q.  What did he have casts on his legs for?
16 A.  They were stretching the hamstring, I think.
17 Q.  Who was the doctor that did that?  Do you know?
18 A.  He had that done at Shrine Hospital in Chicago.
19 Q.  Did Dr. Dick coordinate that for you?
20 A.  No.  I took him.
21 Q.  When did he have that done?  Do you recall?
22 A.  It was, uh -- it was the first of December.  I'm
23     thinking around the 5th.
24 Q.  Before you took him to the Shrine Hospital, was he able
25     to walk?

PAGE 15
1  A.  No.  Not on his own.
2  Q.  Did he have anything to help him walk?
3  A.  He had a little walker that he pushed.
4  Q.  Was it just like elderly people have a walker with
5      wheels?
6  A.  Yes.  Yes.
7  Q.  And he could walk with a walker?
8  A.  Yes.
9  Q.  Okay.  Could he -- I'm just trying to get an
10     understanding of what he's like.  When he got up in the
11     morning, could he get out of bed and go to the
12     bathroom, or did you have to help him do that?
13 A.  He'd get out of bed.
14 Q.  On his own?
15 A.  Yes.
16 Q.  Could he dress himself?
17 A.  He tried.
18 Q.  All right.  Tell me what you mean by that.
19 A.  He wasn't real good at it, but he tried.
20 Q.  What couldn't he do in terms of dressing?
21 A.  Buttons.
22 Q.  He could get his underwear, shoes, socks on, but he
23     just couldn't button them up?
24 A.  He could put his socks on.  He had problems putting his
25     shirt on, because he always got it sideways or

PAGE 16
1      backwards or -- but he could not button.
2  Q.  Why couldn't he button?
3  A.  I don't know.
4  Q.  So he could dress himself, other than maybe having his
5      shirt inside-out or whatever, and you'd have to help
6      him with the buttons.  Is that a fair characterization
7      of his ability to dress himself?
8  A.  He, he wasn't good at it, but he could attempt to do
9      it.
10 Q.  Okay.
11 A.  He knew where everything went.
12 Q.  Could he take a bath or take a shower on his own, or
13     would you have to help him with that?
14 A.  I was always with him.
15 Q.  To help him with that?
16 A.  Yes.
17 Q.  Could he feed himself?
18 A.  When he wanted to.
19 Q.  Tell me what you mean by that.
20 A.  If he wanted it and wanted to sit there and do it, he
21     would do it.  Otherwise, he would hand you the spoon
22     and want you to feed him.
23 Q.  When he wanted to, could he use a knife, fork and
24     spoon?
25 A.  A spoon.  I never give him a knife.

```
          SHEET 5   PAGE 17                                PAGE 19
 1 Q.  Okay.  What about a fork?              1 Q.  Tell me, in your words, what you remember.  Tell me the
 2 A.  He could use a fork.                   2     story of when you first saw him throw up until you got
 3 Q.  So you would cut his meat for him if he ate meat?   3     to the emergency department at Parkview Whitley?
 4     Would he eat meat or not?              4 A.  Well, he started to throw up, and I thought maybe he
 5 A.  He didn't like meat real well.         5     had something that upset his stomach.  Wait a little
 6 Q.  What about vegetables?                 6     bit.  And then the diarrhea started.  So I called my
 7 A.  He liked vegetables.                   7     mother to find out, "Was he like this all day?  You
 8 Q.  Would you have to cut them up for him, say, if it were   8     said nothing was wrong."  She said, "No."  So I waited
 9     like green beans or something that needed to be cut?   9     a little bit longer.  He threw up a couple more times.
10 A.  Yeah.                                 10     He had diarrhea probably eight (8) times.
11 Q.  And he could eat them with a fork or a spoon?      11 Q.  Did you notice anything unusual about either the vomit
12 A.  Yes.                                  12     or the diarrhea?
13 Q.  Could he go to the bathroom by himself, or did he need   13 A.  No.
14     help with that as well?                14 Q.  Go ahead.
15 A.  He couldn't tell me when he needed to go, so I left him   15 A.  And I decided to take him in to find out why, I mean,
16     in a diaper most often.                16     he's going out both ends.
17 Q.  He was still in a diaper in December of 2005?      17 Q.  Sure.  So did you take him alone, or was someone with
18 A.  Yes.                                  18     you when you went to...?
19 Q.  You say you noticed he got sick about four o'clock   19 A.  Kolten rode with me.
20     (4:00) on December 26th, and that was because he     20 Q.  And the record says you arrived around six ten (6:10).
21     started throwing up?                   21     Is that what you remember?
22 A.  Yes.                                  22 A.  I don't remember what time I got there.
23 Q.  Did you notice anything else, other than that he was   23 Q.  All right.  When you went into the emergency
24     throwing up?                           24     department, did Kolten come with you or was it just you
25 A.  No.  He was sitting with his toys.    25     and Makota went in?
          PAGE 18                                          PAGE 20
 1 Q.  Do you know when he had last eaten?    1 A.  Kolten was with me.
 2 A.  No.                                    2 Q.  When you walked in the door, tell me what happened?
 3 Q.  Had you fed him anything since he got home at three    3     Did you talk to somebody and say what was...?
 4     (3:00)?                                4 A.  At the front desk in the ER.
 5 A.  No.                                    5 Q.  The front desk.  Tell me what you remember saying to
 6 Q.  And you don't know when your mom last fed him?      6     the person at the front desk?
 7 A.  I didn't ask her.                      7 A.  They asked me what they could do, and I told them that
 8 Q.  When would he normally eat?  Did he have a set time?    8     he was having vomiting and diarrhea, and I needed to
 9 A.  He ate pretty much all day long.       9     have him checked.
10 Q.  He didn't have fixed mealtimes?       10 Q.  What happened next?
11 A.  Yes, he had fixed mealtimes, but he would eat in    11 A.  She took us to a room.
12     between as well.  Snack.              12 Q.  When you say "she," was that the nurse that assessed
13 Q.  Okay.  Did he have just snacks with him, or would he go   13     him?
14     into the kitchen to get them, or how did that work?   14 A.  The lady from the desk.
15 A.  He would go pull what he wanted from the cupboard and   15 Q.  Katie from the front?
16     hand it to you, but he crawled to there.   16 A.  I don't know who she is.
17 Q.  At home, did he mostly get around crawling, or did   17 Q.  Okay.  She took you into a room, and then according to
18     he...                                 18     the chart here, it looks like about two (2) minutes
19 A.  Yes.                                  19     later a nurse came in and talked to you to find out
20 Q.  ...use his walker?                    20     what was going on.  Do you remember that?
21 A.  He hated the walker.  He would crawl.  It was quicker   21 A.  Yes.
22     for him.                              22 Q.  Do you know which nurse that was or who she is at all?
23 Q.  So you noticed, then, about four o'clock (4:00), he   23 A.  No.
24     started throwing up.  Is that right?  24 Q.  Tell me what you remember the nurse saying and doing
25 A.  Yes.                                  25     when she came in?
```

SHEET 6   PAGE 21

1 A.   She asked us why we were there.  We exp...or I
2      explained, "He had vomiting and diarrhea.  He had gone
3      several times."  Prior to her walking in the room, I'd
4      just changed a diaper, though, because I heard him go
5      as I was going in.  And we went through her questions
6      of, "How many times?  How often?  How much he was
7      going."  She asked if there was any blood in the
8      diapers that I had noticed.
9 Q.   And what did you say in response to that?
10 A.  No.
11 Q.  Go ahead.
12 A.  I, I explained to her that I was worried, because he is
13     tiny and going out both ends always scared me.  And we
14     went over, you know, he can't hear you, so it...it's
15     hard to communicate with him.  And I told her that I
16     had given him a suppository that they had given me
17     prior to that to keep on hand in case he would, uhm,
18     have the diarrhea and vomiting.
19 Q.  When you say "they," had that been somebody at the
20     hospital or Dr. Dick's office or who?
21 A.  At the hospital.
22 Q.  Okay.
23 A.  And then I told her he was tired, and he just seemed so
24     tired to me.
25 Q.  According to the hospital record here, it looks like

PAGE 22

1      they noted his weight and it's in kilograms.  And then
2      it says at six twelve (6:12) they took his vital signs,
3      his pulse, his respirations, his temperature.  Do you
4      remember the nurse taking his temperature and checking
5      his pulse and....
6 A.   I don't remember that.
7 Q.   If the record says that, that was done, would you have
8      any reason to disagree with that?
9 A.   I don't remember it, so I....
10 Q.  Okay.  Good enough.  I wanted to find out were you
11     saying it wasn't done, or you just don't remember
12     whether it was done.  And it sounds like what you're
13     saying is you just don't remember whether that was
14     done.
15 A.  I don't remember.
16 Q.  Fair enough.  After the nurse came in and you told her
17     all of what you've told me about, what happened next?
18 A.  Dr. Hurley came after they register him.  Uhm,....
19 Q.  Now, did you know Hurley, because you're mentioning him
20     by his name?  I've been noticing....
21 A.  I knew Dr. Hurley, because he took care of my father a
22     lot.
23 Q.  All right.  So when he came in, you knew who he was.
24     It wasn't a stranger.
25 A.  Yes.

PAGE 23

1 Q.   And tell me what happened when Dr. Hurley came in the
2      room?
3 A.   Again, he asked why, you know, why I'd brought him, and
4      I explained to him the vomiting and the diarrhea.  How
5      many times he'd had it.  And that's all I remember of
6      Dr. Hurley.
7 Q.   Do you remember him telling you anything about what he
8      was going to do to help figure out what was wrong?
9 A.   No, I don't.
10 Q.  The hospital record indicates that he ordered some
11     blood work done.  Do you remember?  Did he say anything
12     to you about they were going to try to draw some blood
13     to test it?
14 A.  I don't remember him stating that.
15 Q.  The hospital chart says that at six forty-five (6:45)
16     the nurse was in the room attempting to draw blood.  Do
17     you remember a nurse coming in and trying to draw some
18     blood from Makota's arm?
19 A.  Yes.
20 Q.  It also shows that he ordered a chest x-ray.  Do you
21     remember Makota being sent to radiology for a chest x-
22     ray?
23 A.  Yes.
24 Q.  Did you go with him for that test?
25 A.  Yes.

PAGE 24

1 Q.   And was that test done?
2 A.   Yes.
3 Q.   I know you're starting to cry a little bit.  Is there
4      something about what happened in radiology, or is it
5      just the whole thing that...?
6 A.   It's just the whole....
7 Q.   I got you.  Do you want to take a break?
8          MARK W. BAEVERSTAD, ESQUIRE:  Let's take a break.
9 OFF RECORD
10 ON RECORD
11 Q.  I think before the break you had talked to us about the
12     nurse coming in and doing an assessment, and then Dr.
13     Hurley coming in and doing an assessment, and then
14     ordering blood and going to radiology.  Tell me what
15     else you remember during the time that you were in the
16     emergency department that evening.
17 A.  I remember asking why he was so tired.  He just didn't
18     wanna sit up or wake up for me.
19 Q.  Let me interrupt you there for a second.  Who did you
20     ask that of?  Was it the nurses?  Was it one of the
21     doctors?
22 A.  I asked the nurse, but I asked the doctor, uh, a second
23     doctor that come in.
24 Q.  Dr. Okafor?
25 A.  Yeah.

SHEET 7   PAGE 25

1  Q.  He's a African-American doctor?
2  A.  Yes.  That's....
3  Q.  That's Dr. Okafor.
4  A.  Okay.
5  Q.  All right.  Let me just stop here for a second.  And I
6      think you probably know this.  During the time you were
7      there, Dr. Hurley's shift ended and Dr. Okafor came in
8      and took over for Dr. Hurley.  Were you aware of that?
9  A.  Yes.
10 Q.  Tell me anything else you remember during the visit in
11     terms of your talking to or hearing from Dr. Hurley.  I
12     want to make sure we've -- have we covered everything
13     that you remember in terms of...
14 A.  Yes.
15 Q.  ...your dealings with Dr. Hurley?
16 A.  I only seen him for a short period.
17 Q.  And it was on the one (1) time?
18 A.  Yes.
19 Q.  So the next doctor that would have come into the room
20     would have been Dr. Okafor?
21 A.  Yes.
22 Q.  Now, do you remember any of the times during all of
23     this?
24 A.  I wasn't watching the clock.
25 Q.  I didn't expect you to, but I just wanted to know.

PAGE 26

1      Good enough.  Did you see Dr. Okafor before or after
2      you went to radiology?  Do you recall?
3  A.  I believe it was after radiology.
4  Q.  So you came back from radiology.  Did you go back to
5      the same room you had been in before?
6  A.  Yes.
7  Q.  And do you remember anything happening after you got
8      back to the room before Dr. Okafor came in?
9  A.  The nurse had give us stuff to give him to drink.  Uhm,
10     he wanted my Pepsi, and she said, "That's not good."
11 Q.  Okay.
12 A.  So, uhm, she gave me a, a plastic cup.  I thought it
13     was water in it.  It was clear.  And she got him to
14     drink that.  And waiting to see what they came up with.
15 Q.  So Dr. Okafor came in the room.  Tell me everything
16     that you remember when he first came in the room.  What
17     you said to him.  I think you told me a little bit
18     about that already.  What he said to you.  What you saw
19     him do.  Can you just kind of tell me what you remember
20     about that visit by Dr. Okafor?
21 A.  When he came in the room and I told him why I had
22     brought Makota in, the diarrhea and the vomiting, he
23     stood at the end of the bed.  I sat on the bed with
24     Makota.  I told him it wasn't natural for him to be so
25     tired.  And I asked him if, if he knew why he was so

PAGE 27

1      tired, and he said it was possibly the medication he
2      was given.  I explained how it was unnatural for him to
3      not fight when they tried to draw blood, because he was
4      a fighter, and I'm just worried.  I told him I was
5      concerned about fluids, because he was going so much,
6      and that's why I brought him in.  And they were waiting
7      for results.
8  Q.  Is that what he said?  They were waiting for the
9      results of the tests?
10 A.  I think he told me they were waiting for results.  I
11     know that they had drawn blood.
12 Q.  Okay.  According to the emergency room record, it
13     appears that there were some conversations with Dr.
14     Dick that evening.  Do you remember either Dr. Hurley
15     or Dr. Okafor or the nurses telling you that they were
16     getting in contact with Dr. Dick to find out what he
17     thought?
18 A.  The nurse told me that they were gonna call Dr. Dick,
19     but I didn't know they did, and I didn't know anything
20     beyond that.
21 Q.  So, as we sit here today, you don't know whether or not
22     they spoke with Dr. Dick or what Dr. Dick said.  Is
23     that fair enough?
24 A.  Fair.  I don't know.
25 Q.  Tell me what you remember happening next.  I think you

PAGE 28

1      said Dr. Okafor was waiting for the results.  Did he
2      then leave the room, or did he...?
3  A.  He left the room, and I was still trying to get Makota
4      to continue to drink.  And he wouldn't, I heard him go
5      to the bathroom again.  And when I changed him, it was
6      full of blood, and I didn't know why.  I told Kolten,
7      "Get somebody," and I hollered for a nurse.  There was
8      blood in his diaper.
9  Q.  Did the nurse come?
10 A.  Yeah.  And I told her, "I ain't never seen this before.
11     This has never happened.  What's going on?"  And she
12     took the diaper and walked out of the room, and she
13     come back in the room with - she still had it, and that
14     doctor was with her.  And I asked him, "What's going
15     on?  I've never seen blood.  He's never done this
16     before."  Dr. Okafor told me it was most likely just
17     irritation of the bowel from the diarrhea that he had.
18 Q.  The nurse has written about what you just told us here,
19     and she mentions that, as you said, Dr. Okafor was, it
20     says, in talking with you, and I think you've just told
21     us about that.  It then says that the stool was sent to
22     the lab.  Do you remember the nurse or Dr. Okafor
23     saying that they were going to take that diaper or the
24     stool from it and send it to the lab?
25 A.  For a culture.

```
         SHEET 8   PAGE 29                                    PAGE 31
 1 Q.  Do you remember anything else about that episode?   1       room if he got any worse or...
 2 A.  No.  I was scared.                                  2 A.  Yes.
 3 Q.  What do you remember happening next?                3 Q.  ...he had developed a new problem?
 4 A.  After that, I just remember them telling me, "Get ready  4 A.  Yes.
 5     to go home."  And then the nurse gave me a bottle.  It   5 Q.  Was it the nurse who told you those things?
 6     was like a baby bottle; it had fluid in it for me to     6 A.  Yes.
 7     take for him.                                            7 Q.  Did she tell you anything else that you recall?
 8 Q.  After he had the diarrhea with the blood in it, do you   8 A.  She was uncomfortable with him leaving at that time.
 9     recall him having any more diarrhea after that point     9 Q.  What do you mean by that?
10     before you left?                                        10 A.  She just said she was uncomfortable with him leaving at
11 A.  No.                                                     11     that time, but doctor said he'd be all right.  Then she
12 Q.  Do you remember him getting sick to the stomach at all  12     told me if I, if he got any worse, bring him straight
13     after that point?                                       13     back in.
14 A.  He had gotten sick a couple times, but I don't know if  14 Q.  There's a note on there that says that you were told
15     it was before that or after that.                       15     that if he has any problems, "...she should return to
16 Q.  Did you notice anything unusual about the vomit?        16     the emergency room immediately."  It then says, "His
17 A.  It was a brownie color, but, uhm, I thought it was      17     mother," meaning you, "promises to do that."  Do you
18     Pepsi coming back up.                                   18     remember saying that you would bring him back if he got
19 Q.  Had he had some of your Pepsi?                          19     any worse or if new problems developed?
20 A.  Yes.  Just a little.                                    20 A.  Yes.
21 Q.  Did you see Dr. Okafor again after he came in and told  21       MARK W. BAEVERSTAD, ESQUIRE:  Now, I'm going to
22     you about what he thought was, why there was blood in   22       make exhibits of these two (2) pages, if we can,
23     his diaper?  Did you see him again after that point?    23       if we can get copies of those.  There's 2 parts of
24 A.  I don't recall seeing him.                              24       the record here that are called "After Care
25 Q.  Do you recall the nurse coming back in and telling you  25       Instructions."
         PAGE 30                                                PAGE 32
 1     that he was going to be discharged to go home?         1 OFF RECORD
 2 A.  Yes.                                                   2 ON RECORD
 3 Q.  According to what's written in the record here, it     3 Q.  I'm going to hand you now Defendant's Exhibit "A",
 4     says, "Pedialyte as tolerated."  Do you know what      4     which is a document titled "Emergency Department
 5     Pedialyte is?                                          5     Aftercare Instructions" dated December 26, 2005,
 6 A.  Yes.                                                   6     consisting of two (2) pages.  Would you take a look at
 7 Q.  Did they give you some of that at the ER?              7     that document for a second, please?  Have you had an
 8 A.  They gave me a bottle.  That's all I know.             8     opportunity to look at Defendant's Exhibit "A"?
 9 Q.  Was it Pedialyte in it?                                9 A.  Yes.
10 A.  It was clear.                                         10 Q.  On the second page, is that your signature on that
11 Q.  Did they say that you should try to get him to drink as  11     page?
12     much of that as he could take?                        12 A.  Yes.
13 A.  I asked them if, if I give this to him, will he be all  13 Q.  Do you remember being given these two (2) pages at the
14     right if I can get him to take this?                  14     time that Makota was discharged?
15 Q.  It's also written here, and I think this is the       15 A.  Yes.
16     doctor's notes, but I'm not sure.  It says, "Must see  16 Q.  Now, you told me you got your GED, so I assume you can
17     Dr. Dick tomorrow morning in his office."  Do you     17     read.  Is that fair enough?
18     remember being told...                                18 A.  Yes.
19 A.  Yes.                                                  19 Q.  Did you read this document?
20 Q.  ...that you need to bring him to see Dr. Dick in the  20 A.  Yes.
21     morning?                                              21 Q.  When did you read it?  Do you recall?
22 A.  Yes.                                                  22 A.  I always read anything they give me as soon as I was in
23 Q.  And then it also says, "Return to ER as needed if worse  23     the home going over everything.
24     or new problem."  Do you remember them, the nurse,    24 Q.  Now, I noticed on the second page that it mentions that
25     saying that you were to bring him back to the emergency  25     Makota had been given an injection of an antibiotic
```

PETRO REPORTING SERVICE, INC.
www.petroreporting.com
260-422-4404