Laurie Bode   ***   5/1/08

SHEET 9   PAGE 33

1  called Rocephin.  Do you remember either seeing the
2  shot being given or the nurse saying that he was going
3  to get a shot?
4  A.  Yes.
5  Q.  And did you understand it was an antibiotic that he was
6  getting?
7  A.  Yes.
8  Q.  Have you told me everything that you remember in terms
9  of your conversations with Dr. Hurley that day, that
10  evening?
11  A.  Yes.
12  Q.  Have you told me everything you remember with respect
13  to your conversations with Dr. Okafor?
14  A.  Yes.
15  Q.  Have you told me everything that you recall with
16  respect to your conversations with the nurse who was
17  caring for Makota during this visit?
18  A.  Yes.
19  Q.  Have you told me everything you remember about
20  conversations with anyone else at the hospital that
21  evening?
22  A.  Yes.
23  Q.  Did you overhear any conversations or statement
24  regarding your son while you were at the hospital?
25  A.  No.

PAGE 34

1  Q.  The record indicates that Makota was discharged at, it
2  appears, in two (2) places in the record that the
3  discharge instructions were explained to you at twenty-
4  one thirty (21:30), which would be nine thirty (9:30).
5  Is that about -- I mean, I know you weren't keeping
6  track of time, but does that seem about right, about
7  when you were...?
8  A.  I wasn't watching a clock.  I couldn't tell you.
9  Q.  All right.  Good enough.  And is Kolten still with you
10  at that point in time?
11  A.  Yes.
12  Q.  So the three (3) of you, then, went -- where did you go
13  after you left the hospital?
14  A.  Home.
15  Q.  Home?  Okay.  Tell me, anything unusual happen on the
16  ride home at all?
17  A.  No.
18  Q.  What did Makota -- was he awake?  Sleeping?
19  A.  He was sleeping.
20  Q.  He was sleeping.  Okay.  How long of a drive is it from
21  the hospital back to your house?
22  A.  Twenty-five (25) minutes.
23  Q.  Got home then sometime roughly around ten o'clock
24  (10:00) at night.  Tell me what happened when you got
25  home.

PAGE 35

1  A.  Got home.  Took him in the house.  Set him on the
2  couch.  He was still drinking from the bottle - uhm,
3  not from the bottle, but it was open.  Pour it in a
4  glass.
5  Q.  He would drink from it?
6  A.  Yes.
7  Q.  That's the Pedialyte that you had been given?
8  A.  Yes.
9  Q.  Okay.
10  A.  Well, the clear liquid.  I don't....
11  Q.  Clear liquid.  Okay.
12  A.  He was drinking from that.  And he was sitting on the
13  couch.  Kolten went in and got ready to go to bed.
14  Makota was trying to drink.  I was telling him to take
15  it slow.  And I went in and got ready for bed as well.
16  Uh, got him, got Makota dressed in clean clothes, in
17  clean jammies, and gave him a little more to drink, and
18  we went to bed.
19  Q.  Do you know about what time it was you went to bed?
20  A.  No.
21  Q.  Just so I can get a rough idea, if you got home around
22  ten (10:00), what would be your guess or estimate?
23  A.  Probably by -- I don't -- I really don't know, 'cause
24  he....
25  Q.  Would have been up for more than an hour after you got

PAGE 36

1  home?
2  A.  Probably, yes.
3  Q.  Two (2) hours?  Three (3) hours?  Just give me your
4  best -- I'm trying to get a rough idea of what
5  happened.
6  A.  Probably an hour and a half (1-1/2) by the time Kolten
7  was done so I could get in the bathroom.
8  Q.  So, again, and I'm not holding you to a strict time,
9  but sometime maybe around eleven thirty (11:30) or so
10  you think probably....
11  A.  Approximately.
12  Q.  Did you go to bed right away?  Did you have trouble
13  falling asleep?  Tell me what you remember.
14  A.  Makota slept with me, because he wasn't feeling well.
15  That's just what I always did with him.
16  Q.  So he was sleeping in bed with you?
17  A.  Yes.
18  Q.  Tell me what you remember happening next?
19  A.  I checked him a couple times; made sure he was all
20  right.  I fell asleep.  He touched me with his hand and
21  moved mine to the drink I had setting at the night
22  stand.  He had finished that bottle they gave me, and I
23  had gotten him some more in a plastic cup and I gave
24  him a drink.  He laid back down and went back to sleep.
25  Then he woke me up again and wanted another drink.  He,

**PETRO REPORTING SERVICE, INC.**
**www.petroreporting.com**
**260-422-4404**

Laurie Bode  ***  5/1/08

SHEET 10   PAGE 37

1  he always moved my hand towards the drink.
2  Q.   To tell you he wanted some?
3  A.   Yes.  And I gave him another one.  And then it was
4       time, I woke, woke up in the morning.  Mike was leaving
5       for work.  Mike had slept out in the living room,
6       because of Makota being so sick.  He was leaving for
7       work.
8  Q.   What time was that?
9  A.   I wasn't watching the clock during any of this.
10      Everything was just going, so....
11 Q.   What time would he normally leave for work?
12 A.   He normally, normally would leave at five thirty
13      (5:30), five forty (5:40).  Somewhere in that area.
14 Q.   Would that be your best estimate, then, about what time
15      it was?
16 A.   As close as I can.
17 Q.   Okay.
18 A.   My dad had taken him to work that day.  Uhm, you know,
19      when I'd gotten up, I laid my hand on Makota.  A, a
20      natural thing.  You know, "Hey, Buddy."  He seemed fine
21      to me.  And I got Mike off to work.  Got him going.
22      Went to the bathroom.  Come back in and I decided I
23      better get him up; get him to drink some more, because
24      I knew we had to go to Dr. Dick's kind of early.  I
25      tried to give him a drink and he just fell over.  He --

PAGE 38

1  I couldn't get him to wake up.  I picked him up, and I
2  held him.  I went to the phone, and on my way to the
3  phone, I hollered at Kolten, "Kolten, please,
4  something's wrong with Bubby."  I called 9-1-1, and
5  they just kept asking me all these questions.  I
6  thought he was all right.  I thought he was breathing.
7  The lady on the phone told me to lay him down on the
8  floor and start CPR.  And I tried.  I tried.
9       RANDALL L. MORGAN, ESQUIRE:  Do you need to take a
10      break?
11 A.   Can I for a minute?
12      RANDALL L. MORGAN, ESQUIRE:  Sure.  Let's take a
13      break.
14 OFF RECORD
15 ON RECORD
16 Q.   There are questions I need to ask you, and I don't want
17      to go through a lot more of what happened that day.  I
18      do want to ask you, though, in terms of what happened
19      that morning, I'm looking at what Dr. Perez wrote and
20      what he thought you had said happened that morning.  I
21      just want to figure out if this - to reconcile the two
22      (2) or not.  He says, "Early in the morning, according
23      to the mother, the child was somewhat kicking around.
24      She sat him up and gave him water to drink.  He drank a
25      little bit and then flopped down.  From then on, he was

PAGE 39

1  not responding at all."  That almost sounds like the
2  drinking and him flopping happened about the same time.
3  Tell me, before you noticed that he had flopped down,
4  did you give him some water?
5  A.   I was trying to give him a drink when he,...
6  Q.   Trying to give him a drink.
7  A.   ...he....
8  Q.   He just flopped down?
9  A.   Yeah.
10 Q.   So when he says, "She sat him up and gave him water to
11      drink," that probably is not correct?  It really was
12      that you tried to give him water?
13 A.   I tried to give -- I held him, you know, tried to get
14      him to set up to take water.  "Come on, Buddy."
15 Q.   And he just flopped down?
16 A.   Yep.
17 Q.   From that moment when you picked him up to try to give
18      him some water to when you called the EMS, did you
19      notice, was he breathing at all during that time?
20 A.   I thought he was.
21 Q.   You thought he was.
22 A.   I thought he was.
23 Q.   But you're not sure?
24 A.   [Head nod, no.]
25 Q.   You need to give a vocal answer.

PAGE 40

1  A.   I, I thought he was.
2  Q.   When do you think he stopped breathing?
3  A.   I don't know.  I just knew when he was limp, something
4       wasn't right.
5  Q.   Was he conscious at all during that time?  Awake?  Was
6       he awake at all?
7  A.   His eyes were open.  I don't know.
8  Q.   I want to go back to when you were at Parkview Whitley
9       and it was getting near the time when you were going to
10      leave.  Do you remember the nurse talking to you about
11      whether you would want him to be admitted to the
12      hospital that night?
13 A.   They never asked me that.
14 Q.   So if Nurse Eber, who was the one that cared for him,
15      if it's her testimony that she offered to you to have
16      him admitted and you said that you did not want him
17      admitted, are you saying that that didn't happen?
18 A.   I don't recall anybody saying they wanted to admit him.
19 Q.   Do you recall ever saying to anybody that you did not
20      want him admitted to the hospital?
21 A.   No.
22 Q.   I don't have any other questions, but the other lawyer
23      here might want to ask you some questions, too.  Or one
24      (1) of the two (2) lawyers here.
25              CROSS-EXAMINATION

**PETRO REPORTING SERVICE, INC.**
**www.petroreporting.com**
**260-422-4404**

SHEET 11  PAGE 41

1 BY: N. JEAN SCHENDEL, ESQUIRE
2 Q.  Yes, I do have some questions, Laurie.  Do you need
3      another break before we continue, or are you ready to
4      continue with your deposition?
5 A.  I'm ready to get this....
6 Q.  All right.  My name is Jean Schendel.  I represent the
7      emergency room physicians in this case.  I want to go
8      back and follow up on some further exploration of
9      issues that Mr. Baeverstad has already covered with
10     you.  Because it may not seem logical in time, I'll try
11     to reorient you to the time period I'm asking you
12     about.  Okay?  If you don't understand what it is I'm
13     trying to ask you about or the chronology of events,
14     please tell me.  Okay?
15 A.  Okay.
16 Q.  First, tell me, do you know what the word "lethargy"
17     means or "lethargic"?
18 A.  Sleepy.  Out of it.
19     Is that a word that you use in your normal
20     conversation?
21 A.  Lethargy?
22 A.  Yes.
23 A.  No.
24 Q.  Are you a diary-keeper?
25 A.  No.

PAGE 42

1 Q.  Do you keep notes on a calendar?
2 A.  Occasionally.
3 Q.  Have you made any notes or any notations on a calendar
4      or in a book or on any kind of paper about the facts
5      surrounding Makota's care on December 26, 2005 and the
6      events of December 27, 2005?
7 A.  No.
8 Q.  Do you know whether anyone else in your family has made
9      any notes or calendar or diary entries about the same
10     dates?
11 A.  No.
12 Q.  Have you had any conversations with Kolten about the
13     events of December 26th and December 27, 2005
14     concerning Makota?
15 A.  I try not to talk to Kolten about it.  It upsets him
16     too much.
17 Q.  Okay.  So you have had conversations with Kolten?
18 A.  Not in depth, you know.
19 Q.  Tell me what you remember about conversations you've
20     had with Kolten concerning Makota's care on December
21     26th and December 27th.
22 A.  We talked mainly about -- we have talked about the
23     27th, because Kolten was right there and seen it all,
24     and I knew it upset him.
25 Q.  What did Kolten see?

PAGE 43

1 A.  Trying to do CPR and trying to revive him after the
2      EMTs got there.  He seen the whole thing.
3 Q.  It would help me if I understood a little bit about
4      your home and how it's set up.  Describe for me where
5      Kolten's bedroom was?
6 A.  It was right beside mine.
7 Q.  Is there an upstairs to your home?
8 A.  No.
9 Q.  All on one (1) story, then, correct?
10 A.  Correct.
11 Q.  Are the rooms, do they share a wall?
12 A.  Yes.
13 Q.  So Kolten's room would be just immediately adjacent to
14     your room, correct?
15 A.  Right.
16 Q.  Where's the bathroom in relation to the bedrooms?
17 A.  Diagonally in the hallway.
18 Q.  So across the hall from your bedroom or from Kolten's
19     bedroom?  Help me to understand what you mean.
20 A.  Diagonal from Kolten's bedroom.
21 Q.  Are there any other bedroom's in your home?
22 A.  Yes.
23 Q.  How many?
24 A.  One (1).
25 Q.  And who's bedroom was that?

PAGE 44

1 A.  Uhm, Bambi.
2 Q.  And where's that bedroom located?
3 A.  Just across from Kolten's.
4 Q.  Is there a bathroom off the master bedroom?
5 A.  Yes.
6 Q.  Is that the bathroom that you generally used?
7 A.  No.
8 Q.  Why not?
9 A.  I just always used the small bathroom.
10 Q.  Where did Makota generally sleep when he wasn't
11     sleeping with you?
12 A.  He had a bed in my room.  A toddler bed.
13 Q.  And where was that located with respect to your bed?
14 A.  At the end of my bed.
15 Q.  Okay.  So Makota slept in your room whether he slept in
16     your bed or not, correct?
17 A.  Correct.
18 Q.  That was her bedroom as well?
19 A.  Correct.
20 Q.  And what bathroom did Makota generally use?
21 A.  We all used the little one.
22 Q.  Was there a stool, a toilet in your bathroom, the
23     master bathroom?
24 A.  Yes.
25 Q.  I think you answered this, but I want to make sure.

Laurie Bode   ***   5/1/08

SHEET 12   PAGE 45

1   Makota was able to get out of bed and to the bathroom
2   by himself?
3 A.   He could get out of bed.  I mean, he'd go where he
4   wanted to go.
5 Q.   So he was able to move his body himself to get to the
6   bathroom if he so wanted to.
7 A.   Yes.  Yes.
8 Q.   Did he use the bathroom, use the toilet ever?
9 A.   If you helped him up on the toilet, he could use it.
10 Q.   Was he both able to urinate and have a bowel movement
11   if he was on the toilet?
12 A.   Yes.
13 Q.   And how often did that happen?
14 A.   Whenever you took him in there.  I mean, he couldn't
15   tell you he had to go, because he could not speak.  But
16   if you were going in and you took him with you, he had
17   his own little potty there, and you put him up there,
18   he would go while he was there.
19 Q.   And how frequently would you do that?
20 A.   I don't, whenever I went, he went.  I, I do....
21 Q.   On an average day, how many times would you take him
22   into the toilet and he would use the bathroom by
23   himself?
24 A.   Probably four (4).
25 Q.   Other times you would keep him in a diaper?

PAGE 46

1 A.   Yes.
2 Q.   Was that was a Pull-Up-type diaper that you used?
3 A.   Yes.
4 Q.   I want to get back to the configuration of your home.
5   You said that when you arrived from the emergency room
6   on the evening of December 26th, you sat Makota on the
7   couch.  Is that your testimony?
8 A.   Yes.
9 Q.   Where was the couch?  Was that located in your living
10   room?
11 A.   Yes.
12 Q.   And where's the living room in relation to the
13   bedrooms?
14 A.   You go through the living room to get to the bedrooms.
15 Q.   Was there a hallway there?
16 A.   There's a hallway off the living room that leads to the
17   bedrooms.
18 Q.   Where was the kitchen in relation to the bedrooms?
19 A.   The kitchen is before the living room.
20 Q.   Before the -- help me understand.
21 A.   All right.  When you walk in the door, when you walk in
22   the door, you walk into the dining room, the kitchen's
23   to the right, and beyond the dining room is the living
24   room, the hallway, and the bedrooms.
25 Q.   All right.  I want to take you back then to the evening

PAGE 47

1   of December 26, 2005.  While you were at the emergency
2   room, you've told Mr. Baeverstad that you now testified
3   today about all of the conversations you remember
4   having with Dr. Hurley.  Is that correct?
5 A.   Yes.
6 Q.   Having testified further after Mr. Baeverstad asked
7   that question, do you have any other memories or any
8   recollection of any conversation you had with Dr.
9   Hurley on that evening, either what he said to you or
10   you said to him?
11 A.   No.
12 Q.   Did Kolten have any conversations with Dr. Hurley on
13   the evening of December 26, 2005 at the hospital
14   emergency room?
15 A.   No, not that I know of.
16 Q.   Did Dr. Hurley say anything to Kolten that you
17   remember?
18 A.   No.
19 Q.   Same question with respect to Dr. Okafor.  Having now
20   testified further, do you have any further memory
21   recollection of conversations you had with Dr. Okafor,
22   either he said to you or you said to him?
23 A.   Not that I can think of.
24 Q.   Did Dr. Okafor talk to Kolten at all that evening?
25 A.   Not that I'm aware of.

PAGE 48

1 Q.   Did Kolten go to the x-ray department with you when you
2   accompanied Makota?
3 A.   I believe so.
4 Q.   Do you have a specific memory of that?
5 A.   No.  I just remember being in that with Makota.
6 Q.   What makes you think that Kolten went to the x-ray
7   department with you?  Why did you respond that way?
8 A.   Because I, I just don't remember him staying in the
9   room while I left with Makota.
10 Q.   Did Kolten leave your side at all while you remained in
11   the emergency department that evening of December 26th?
12 A.   No.
13 Q.   Didn't go to the cafeteria to get...
14 A.   No.
15 Q.   ...something to eat or drink?
16 A.   No.
17 Q.   Had Dr. Hurley ever seen Makota before the evening of
18   December 26th?
19 A.   I'd had him to that facility.  I, I don't know what
20   doctors seen him when.
21 Q.   You don't have any memory of Dr. Hurley having seen him
22   before?
23 A.   I don't.  No, I -- I'm not recalling beyond those dates
24   right now.
25 Q.   Possible that he did, you just don't know one way or

Laurie Bode   ***   5/1/08

SHEET 13  PAGE 49

1    the other.
2  A.  Right.
3  Q.  Did Makota throw up while he was at the hospital on the
4       evening of December 26th?
5  A.  Yes.
6  Q.  How many times?
7  A.  Approximately, three (3).
8  Q.  When he threw up, did you know ahead of time?  Was he
9       able to either show you or sign to you that he was
10      about to throw up?
11 A.  You could tell by the way he's sitting up trying to,
12      you know, heave.
13 Q.  So he was able to sit up by himself?
14 A.  Oh, yeah.
15 Q.  And, specifically, he was able to sit up to throw up
16      while he was at the hospital emergency department that
17      evening of December 26th?
18 A.  He was trying to sit up, I guess.  I, I always put my
19      hand behind him when I knew he was gonna throw up and
20      push him on forward.
21 Q.  And then would he, did you have a little pan or
22      something that he would throw up in?
23 A.  No.  I had a towel with me, that I brought with me.
24 Q.  And so he was throwing up into the towel?
25 A.  Yes.

PAGE 50

1  Q.  How much was he throwing up?
2  A.  I don't know how to gauge that, I guess.  I mean,....
3  Q.  Well, let me ask this.  When he had thrown up at home,
4       before you brought him to the hospital, how many times
5       had he thrown up there?
6  A.  Five (5) or six (6).
7  Q.  And when he threw up at home, was he throwing up into a
8       basin or a pan or into some container?
9  A.  No.
10 Q.  Well, why don't you just tell me....
11 A.  He just had a towel.  I mean, I grabbed a towel,
12      because it was coming, and I grabbed a towel and, and
13      held him forward, and he'd throw it up, and go get a
14      different towel.
15 Q.  That first time that he vomited on the evening of
16      December 26 when you said he got sick about four
17      o'clock (4:00), I think you said early he was sitting
18      with his toys or playing with his toys.
19 A.  Right.
20 Q.  Where were the toys located?
21 A.  On the floor.
22 Q.  Of what room?
23 A.  The living room.
24 Q.  Did he just suddenly...
25 A.  Yes.

PAGE 51

1  Q.  ...let loose and vomit?
2  A.  Yes.
3  Q.  How much was that?
4  A.  I don't know how to explain that.  I mean,....
5  Q.  Did he -- I'm sorry.  I don't mean to interrupt.  Go
6       ahead.
7  A.  It's -- I, I do...maybe like a handful to me.  You
8       know, up it come.  And beings it wasn't in a container,
9       I can't explain an exact amount.
10 Q.  Okay.  Did he throw up on himself?  Did it go on his
11      clothes?
12 A.  Yes.
13 Q.  Were his clothes soaked?
14 A.  They weren't soaked, but they had enough on them; I had
15      to get them off of him.
16 Q.  And then if he was sitting on the floor, did some of
17      that vomit or emesis go on the floor?
18 A.  Yes.
19 Q.  Was it a big circle of it, or was it a little circle?
20 A.  Small.
21 Q.  Would you describe it as a small amount, based on what
22      you observed?
23 A.  Yes.
24 Q.  Then you said you grabbed a towel.  Did you have to go
25      into the kitchen or into the bathroom to get the towel?

PAGE 52

1  A.  I have a closet right off the living room, the linen
2       closet.
3  Q.  Was it a bath towel or a hand towel or a wash cloth?
4  A.  Hand towel.
5  Q.  So one of the smaller towels, correct?
6  A.  Correct.
7  Q.  And what did you do with the towel?
8  A.  I cleaned off the floor, cleaned around where he was
9       at.  I threw the towel in the laundry, grabbed another
10      one just in case it would happen again.
11 Q.  And then did you leave Makota there playing with his
12      toys, or did you pick him up, or what did you do?
13 A.  I picked him up,...
14 Q.  And what happened then?
15 A.  ...because I had to change his clothes.
16 Q.  So you took him to change his clothes, correct?
17 A.  Yes.
18 Q.  Then what happened?
19 A.  I waited to -- he wanted me to put him down.  He wanted
20      to play some more.  Put him down to see if it was gonna
21      happen again.  I thought maybe his stomach was just
22      upset.  Then he started the diarrhea.  You could hear
23      it go.
24 Q.  Did he seem to be in pain when he was having the
25      diarrhea?

SHEET 14   PAGE 53

1  A.   No.
2  Q.   How many times did he have diarrhea before you took him
3       to the hospital emergency room that evening?
4  A.   I'm saying around, I don't know, seven (7), eight (8)
5       times.  It -- I....
6  Q.   Did you change his diaper that many times?
7  A.   Yes.  That's -- well, he kept going, so I kept changing
8       and decided I gotta get something done here.
9  Q.   Now, after that initial time he vomited around four
10      o'clock (4:00) on the evening of December 26th, did he
11      vomit any more before you took him to the emergency
12      department?
13 A.   Yes.
14 Q.   How many times?
15 A.   Probably about five (5).  I mean, from the time he
16      started till the time I got to the hospital, it was,
17      you know, he threw up a couple in the van.
18 Q.   So, total, four (4) or five (5) times from four o'clock
19      (4:00) until you arrived at the emergency room.  Is
20      that what you're saying?
21 A.   Total, probably five (5) or six (6) times before I
22      go....
23 Q.   Now, the first time he vomited, you said he was playing
24      with his toys.  What happened the second time?
25 A.   He was still down there with his toys when it come

PAGE 54

1       again.
2  Q.   And how much was it in quantity this time, that second
3       time?
4  A.   Probably about a handful.
5  Q.   About the same quantity as the first time?
6  A.   Yes.
7  Q.   Did it look any different than the first time?
8  A.   No.
9  Q.   Was there any food in it?
10 A.   I don't -- I didn't examine it.  I don't, I don't, I
11      don't recall any chunks of anything.
12 Q.   And did you clean that up with the towel again?
13 A.   Yes.
14 Q.   And was it the hand towel that you used?
15 A.   Yes.
16 Q.   Then tell me what happened the next time he vomited.
17 A.   Well, I picked him up and I held him.  I changed him
18      again.  I held him.  Trying to talk to him, you know,
19      and up it came.  It was on me.  I was on him.  So I
20      changed his clothes.  Changed my clothes.  I called my
21      mom, told her that I was gonna have to take him in,
22      because it was just, he just kept vomiting and having
23      diarrhea.  Told Kolten to get around.
24 Q.   So would that have been the third time he vomited that
25      you called your mom?

PAGE 55

1  A.   When I called her to tell her that I was gonna take him
2       in.
3  Q.   I'm trying to understand the chronology of events here.
4       At what point -- how many times did he vomit...?
5  A.   I mean, after the first time I called her and asked her
6       if he'd done that at all that day, and she said, "No."
7       Well, after he done it two (2), maybe three (3) times
8       more, I called her and said, "Look, I have to take him
9       down, because he's still vomiting and he's got terrible
10      diarrhea."
11 Q.   How many times had he had diarrhea by the time you
12      called your mom?
13 A.   Probably six (6).
14 Q.   How many...?
15 A.   But I changed him right away, because that would seem
16      to burn his bottom if it was on there at all.
17 Q.   Every time he had diarrhea, you changed his diaper?
18 A.   Yes.
19 Q.   When you changed his diaper after he was having
20      diarrhea, tell me what quantity you noticed in the
21      diaper?
22 A.   Like the first one, there was quite a bit.  I don't
23      know how to explain how much.  It was in a diaper.  I
24      mean, I don't know how to give that answer to quantity.
25 Q.   Well, at any time he had diarrhea before you took him

PAGE 56

1       to the hospital, did it run outside the diaper, or did
2       the diaper contain all the diarrhea material?
3  A.   The first time, it had run out, and then after that, as
4       soon as I heard it, I was changing him.  So it, you
5       know, there was enough in there, but it wasn't running
6       out.
7  Q.   I think you told me that he also vomited en route to
8       the hospital, correct?
9  A.   Correct.
10 Q.   Was he soiled?  Were his clothes dirtied with vomit
11      when you arrived at the hospital?
12 A.   Yes.
13 Q.   Had you taken a change of clothing for him?
14 A.   Yes.
15 Q.   So you had to change his clothes while you remained in
16      the emergency room?
17 A.   I changed his shirt, yeah.
18 Q.   Did he have any vomit on his clothes from the time you
19      changed him in the emergency department until you left?
20 A.   I don't remember.
21 Q.   So I think you told me you took a towel with you from
22      home.
23 A.   Yes.
24 Q.   So how many times did he throw up in that towel?
25 A.   He threw up probably two (2) times on the way down

**Laurie Bode \*\*\* 5/1/08**

SHEET 15   PAGE 57

1    there, and I just kept the towel with him so that when
2    going in, he wasn't getting it on me and him.  And, and
3    three (3) more times or so at the hospital.  From what
4    I remember, I....
5 Q.  Was the towel soaked by the time he...?
6 A.  It was a bigger towel this time.
7 Q.  Tell me what size.
8 A.  It was like a bath towel.
9 Q.  Was the towel...?
10 A.  It had quite a bit on it.
11 Q.  Was it soaked through by the time you left the
12    emergency department?
13 A.  Yeah.  It was pretty nasty.
14 Q.  Did Makota ever throw up into a basin any time during
15    the evening of December 26?
16 A.  No, not that I know.
17 Q.  Now, after you arrived back home from the emergency
18    department, I think your testimony was about ten
19    o'clock (10:00).  Is that your memory as well?
20 A.  The closest.
21 Q.  Right.  Again, like Mr. Baeverstad said, I won't hold
22    you to time.  Just trying to get some idea.  I think
23    you testified that you brought Makota in and sat him on
24    the couch, correct?
25 A.  Yes.

PAGE 58

1 Q.  He was able to sit up by himself?
2 A.  He sat there.
3 Q.  How was his condition when you brought him back home?
4 A.  He was still real tired, but he, he was letting me give
5    him drinks.
6 Q.  What was Makota's usual bedtime?
7 A.  Whenever he wanted to go.  I mean, there was times that
8    Makota, he'd be up till midnight.  He didn't care.
9    But, normally, I got him in bed around nine thirty
10    (9:30).
11 Q.  So as he sat on the couch that evening after you
12    arrived home, he was able to hold the bottle or cup by
13    himself and drink.  Is that correct?
14 A.  No.  I gave it to him.  I gave it to him.
15 Q.  So, at any time, did he hold the bottle or a cup after
16    he arrived back home from the emergency department on
17    December 26th?
18 A.  He held it with me.  I just didn't let him have it by
19    himself.
20 Q.  Because you were concerned he would spill it?
21 A.  Because I was concerned he would gulp it too fast.  And
22    he, you know, he was tired.  I wasn't sure he would
23    hold onto it tightly.
24 Q.  Did you generally have to help Makota...
25 A.  No.

PAGE 59

1 Q.  ...handle a glass?
2 A.  No.
3 Q.  Now, I think you testified Makota was sitting on the
4    couch and Kolten went to get ready for bed, correct?
5 A.  Correct.
6 Q.  Where were you at that time?
7 A.  Beside Makota.
8 Q.  Were you watching TV?
9 A.  No.  I was holding Makota - er, he was sitting beside
10    me and I was holding his drink and trying to get him to
11    take some more.
12 Q.  How long did you sit there?
13 A.  I don't know.  Till Kolten was done.
14 Q.  And then I think you testified you went to get ready
15    for bed, correct?
16 A.  Correct.
17 Q.  Where was Kolten at that time?
18 A.  He had already went to his room.
19 Q.  So did Makota remain on the couch there while you went
20    to get ready for bed?
21 A.  Yeah.  He went back to sleep.
22 Q.  So he was laying down at this time?
23 A.  Yes.
24 Q.  Had Makota thrown up at all since you had come back
25    home from the emergency department?

PAGE 60

1 A.  No.
2 Q.  At any time between returning home on the evening of
3    December 26th until you got up in the morning, December
4    27th, had Makota thrown up?
5 A.  No.
6 Q.  Had he had any further episodes of diarrhea?
7 A.  No.
8 Q.  Did he have any wet diapers?
9 A.  I don't know if his diaper was wet or not.  I just
10    checked and made sure there was no diarrhea.
11 Q.  Did you change his diaper at any time from the time you
12    returned home until you woke up in the morning?
13 A.  Before he went to bed.
14 Q.  Was the diaper wet at that time?
15 A.  I don't remember.
16 Q.  More likely than not, would you have changed his diaper
17    because it was wet?
18 A.  Probably had some in there or I wouldn't have changed
19    it.
20 Q.  Did Makota have any fever at all when you returned home
21    from the emergency department until the morning?
22 A.  No.
23 Q.  Did you check his temperature?
24 A.  I felt him throughout the night.  I didn't use a
25    thermometer on him.

**PETRO REPORTING SERVICE, INC.**
**www.petroreporting.com**
**260-422-4404**

Laurie Bode *** 5/1/08

SHEET 16  PAGE 61

1 Q.  Did you have a thermometer in your home on December 26,
2      2005?
3 A.  **Oh, yes.**
4 Q.  Yes.  Had you taken his temperature before?
5 A.  **I took it before I went to the hospital.**
6 Q.  What was the result of that temperature?
7 A.  **It was normal.**
8 Q.  What was normal for Makota?
9 A.  **About ninety-six (96).  He was a little bit lower.**
10 Q.  Okay.  So that would've been his normal.
11 A.  **Yes.**
12 Q.  What kind of thermometer did you have?
13 A.  **A glass one.**
14 Q.  Did you put it under his arm or in his mouth?
15 A.  **Yes.  Under his arm.**
16 Q.  They have those fancy ones now that you can use in the
17      ear.
18 A.  **No.  You don't touch his ears.**
19 Q.  Why is that?
20 A.  **He did not like his ears touched.**
21 Q.  Were they real sensitive?
22 A.  **I, I don't know why.  He just -- if you come close to**
23      **his ears, he was mad.**
24 Q.  I want to go back to what you had alluded to earlier,
25      and that is what Kolten saw on the morning of December

PAGE 62

1      27th.  Okay?  It's my understanding that when Makota
2      flopped over, you picked him up, and then did you yell
3      immediately for Kolten?
4 A.  **Yes.**
5 Q.  What did you yell to Kolten?
6 A.  **I said, "Kolten, please, something's wrong with Bubby.**
7      **You have to help me."**
8 Q.  Did he get up then?
9 A.  **Oh, yeah.**
10 Q.  And did he come to you?
11 A.  **Yes.**
12 Q.  Where were you at the time when Kolten first saw you
13      that morning?
14 A.  **In the living room.**
15 Q.  Where was Makota?
16 A.  **In my arms.**
17 Q.  And what did you say to Kolten?
18 A.  **I said, "Something's wrong.  There's something's**
19      **wrong."**
20 Q.  What did he say or do?
21 A.  **I don't remember him saying anything.  I, I grabbed the**
22      **phone.  I was trying to call for help.**
23 Q.  Where is the phone?
24 A.  **In the living room.**
25 Q.  Was it connected to the phone, or was it one that you

PAGE 63

1      could walk around with?
2 A.  **It was a cordless phone.**
3 Q.  Okay.  Thank you.  I didn't know the term.  So then
4      what happened?
5 A.  **I called 9-1-1.**
6 Q.  And were you still holding Makota?
7 A.  **Yes.**
8 Q.  And where was Kolten?
9 A.  **Right beside me.**
10 Q.  I think you testified earlier that the dispatcher on
11      the other end when you called 9-1-1 talked about doing
12      CPR.  Is that correct?
13 A.  **Yes.**
14 Q.  Did she or he encourage you to lay Makota on the floor?
15 A.  **Yes.**
16 Q.  What was Kolten doing at the time?
17 A.  **He was right beside me.**
18 Q.  Did he assist you in any way with performing CPR?
19 A.  **Yes.**
20 Q.  What did he do?
21 A.  **He pulled his head back and tilted his head back - do**
22      **his chest and Kolten just kept saying, "Come on, Bubby.**
23      **Come on, Bubby.  Come on, Bubby."**
24 Q.  Laurie, do you need to take a break?
25 A.  **Yeah.**

PAGE 64

1      N. JEAN SCHENDEL, ESQUIRE:  Let's go off record.
2 OFF RECORD
3 ON RECORD
4 Q.  Laurie, we've had a break off the record.  Are you
5      ready to continue?
6 A.  **Yes.**
7 Q.  Did Kolten do any of the portions of the CPR?
8 A.  **I don't remember.  He, he, he was trying to help me.**
9 Q.  I need to understand how he was trying to help.
10 A.  **He was holding his head back and, and -- I don't**
11      **remember.**
12 Q.  Were you hol...?
13 A.  **It was going so fast that....**
14 Q.  Were you holding the telephone listening to the...?
15 A.  **On my shoulder.**
16 Q.  Who performed any compressions that were done?
17 A.  **I was.**
18 Q.  Had you had any training in CPR at any time?
19 A.  **When Makota was born.**
20 Q.  Were you certified in CPR?
21 A.  **It's not certified, no.  I just took a, watched a movie**
22      **on it and that after he was born.**
23 Q.  Were you able to breath into Makota's lungs as you were
24      performing CPR that morning?
25 A.  **I was doing as the dispatch told me to do.**

Laurie Bode  ***  5/1/08

SHEET 17  PAGE 65

1 Q.  Were you able to get air into his lungs?
2 A.  I was blowing.
3 Q.  Did you see the chest rise at all?
4 A.  I wasn't paying attention to that.  I was just --
5     everything was going so quick and so fast, and she was
6     telling me what to do, and I was trying to do it.
7 Q.  How long was it before anyone arrived to assist you?
8 A.  It -- that seemed like forever, but I, I can't give you
9     a time.
10 Q.  What happened when someone arrived?
11 A.  An officer come in and he took over...
12 Q.  The CPR, you mean?
13 A.  ...the CPR.
14 Q.  What did Kolten do at that time?
15 A.  He walked away.
16 Q.  Where did he...?
17 A.  And he said, "Mom.  Mom."  I said, "Kolten, you, you
18     just gotta pray.  You just gotta pray, Kolten."
19 Q.  Was Bambi home at the time?
20 A.  Bambi stayed with Mom that night.
21 Q.  Did she often stay with your mom?
22 A.  Yeah.  When Dad was...wasn't ill.
23 Q.  So it was just you and Kolten home with Makota that
24     morning?
25 A.  Yes.

PAGE 66

1 Q.  Did you call Mike at any time?
2 A.  After the EMS got there and they were working on him,
3     then I called the shop where Mike was.
4 Q.  What did you say?
5 A.  His supervisor was on the phone.  I say, "You gotta get
6     Mike.  You gotta get him home.  They can't get Bubby to
7     breath, and I don't know what's going on."
8 Q.  Did you talk to Mike at all or just his supervisor?
9 A.  I didn't talk to Mike.  I talked only to his
10     supervisor.
11 Q.  Did Mike come to the home?
12 A.  Yes.
13 Q.  When did he arrive?
14 A.  Just before the EMS left.
15 Q.  How far away was Mike's shop where he worked?
16 A.  About fifteen (15) miles.
17 Q.  How long was the EMS at your home working on Makota?
18 A.  I don't know.  It seemed like forever.  I can't --
19     don't know a time line.
20 Q.  But Mike arrived home before the EMS left with Makota?
21 A.  They were preparing to leave.
22 Q.  Did you ride with Mike or did you ride with the EMS?
23 A.  My mother and I went.  Mike was in a heap on the floor.
24 Q.  Mike didn't go to the hospital?
25 A.  I couldn't get him off the floor.  He didn't get to see

PAGE 67

1     him.  They already had him in the ambulance, and Mike
2     just cried.  He laid on the floor and cried.
3 Q.  Did Mike come to the hospital at all that day when
4     Makota went?
5 A.  No.
6 Q.  How did your mom know something was going on with
7     Makota?
8 A.  I had called her after I had called for Mike.  I said,
9     "Mom, they can't get him to breath.  Please help me.
10     Please help me."
11 Q.  Did she come right away to your home?
12 A.  Yes.
13 Q.  Did she bring Bambi with her?
14 A.  No.
15 Q.  Where was Bambi?
16 A.  My dad.
17 Q.  So your mom took you to the hospital?
18 A.  Yes.
19 Q.  Did you follow the EMS?
20 A.  Yes.
21 Q.  Did Kolten come with you to the hospital?
22 A.  No.
23 Q.  He stayed with Mike?
24 A.  He stayed with Mike.  And my dad, I knew my dad
25     couldn't deal with it.  And, and Mike's foreman that

PAGE 68

1     brought him home took Kolten to Dad.
2 Q.  Through the night, after you returned from the
3     emergency room, how much would you estimate Makota
4     drank?
5 A.  I don't know.
6 Q.  In some answers to written questions that one of the
7     attorneys, that, actually, I had asked you to answer,
8     your response, I had asked you to detail the events
9     that occurred after the discharge from the hospital
10     emergency room on December 26th, and the response is
11     that you offered Makota with a drink as often as he
12     wanted during the night.  How many times do you think
13     he wanted to drink?
14 A.  That he woke up, probably two to three (2-3) times, and
15     I let him drink what he wanted to.
16 Q.  And do you have any idea how much he drank?
17 A.  No.
18 Q.  How much water did you have, was it water that he was
19     drinking?
20 A.  Yes.
21 Q.  Okay.  That's what you said in your written answer, but
22     I don't think that's what you testified about earlier.
23     How much water had you put by your bed before you went
24     to sleep?
25 A.  It was a plastic Dixie cup.  He probably had, I don't

**PETRO REPORTING SERVICE, INC.**
**www.petroreporting.com**
**260-422-4404**

Laurie Bode **** 5/1/08

SHEET 18   PAGE 69

1  know, approximately half of that.
2 Q.  Half a glass of water through the night?
3 A.  Approximately.
4 Q.  And had he drank the whole, whatever, container that
5  the nurse had given him?
6 A.  He drank it before he went to bed, yes.
7 Q.  And it's your testimony that he didn't vomit at all
8  during the night after he arrived back home from the
9  emergency department?
10 A.  No.
11 Q.  The records from the hospital on the morning of
12  December 27th describe some coffee ground material that
13  was around Makota's nose.  Do you recall seeing any
14  coffee ground material?
15 A.  Yeah.  There was when I was doing CPR that was coming
16  out of him.  Was come, was....
17 Q.  Had you noticed any coffee ground material or dark
18  fluid at all before you began CPR?
19 A.  No.
20 Q.  You testified that you had spoken to Kolten about the
21  events of December 26th and December 25th.  Tell me -
22  I'm sorry.  December 26th and 27th.  Tell me what
23  conversations you had with Kolten?
24 A.  I talked to Kolten about the 26th just by, "Kolten, I
25  told them.  I told them he was so sleepy.  I didn't

PAGE 70

1  understand why he was so sleepy, and I asked about the
2  bottle they give me, 'If I can get this in him, will he
3  be all right?'"  He said he remembered, he remembered
4  me asking.
5 Q.  Anything else you can remember about your conversations
6  with Kolten?
7 A.  No.
8 Q.  Have you talked to Mike about the care Makota received
9  on December 26, 2005?
10 A.  I just told him, "They said he'd be all right.  They
11  let him go.  I don't understand."
12 Q.  What did Mike say?
13 A.  "Why did," he just, he says, "Why'd they let him go?
14  Why, why did they let him go?"
15 Q.  Where was Mike when you took Makota to the ER on
16  December 26, 2005?
17 A.  He was coming home from work.
18 Q.  What time did he arrive home from work that evening?
19 A.  I don't know.  I couldn't tell you.
20 Q.  Did you ask him?  Did you ask him?
21 A.  No.
22 Q.  Had you communicated with Mike that you were taking
23  Makota...
24 A.  Yes.
25 Q.  ...to the ER?

PAGE 71

1 A.  Yes, I did tell him, "I gotta take Makota down to the
2  ER."
3 Q.  What time was that?
4 A.  I don't know.  Whenever I decided to take him.
5 Q.  Was Mike still at work when you talked to him?
6 A.  He w...yes.
7 Q.  Had you called Mike at work?
8 A.  I c...I c...I don't know.
9 Q.  It's all right, Laurie, if you tell me you don't
10  recall.
11 A.  I'm getting frustrated...
12 Q.  And I apologize about your frustration.
13 A.  ...trying to remember everything.
14 Q.  If you don't remember, it's okay for you to tell me
15  that.
16 A.  I just remember telling Mike, "I gotta take Makota to
17  ER," and he said, "Why?" and I said, "Because he's
18  throwing up and he has diarrhea, and I gotta take him
19  before nightfall."
20 Q.  And what was the concern about nightfall?
21 A.  I just -- whenever he was sick, I wanted to get him
22  there.  I wanted to know what was wrong with him.  And
23  he was the baby.
24 Q.  While you were at the emergency department on the
25  evening of December 26th when Dr. Hurley was in the

PAGE 72

1  room, do you recall Dr. Hurley performing a physical
2  examination or examining Makota in any way?
3 A.  No, I do not.
4 Q.  And if Dr. Hurley testifies that he did perform a
5  physical examination, do you have any reason to dispute
6  that?
7 A.  I don't remember.
8 Q.  You just don't remember one way or the other?
9 A.  I -- yeah.
10 Q.  Did you talk to Dr. Dick after Makota was pronounced
11  dead at the hospital on December 27th?
12 A.  He called the ER on the phone.
13 Q.  Tell me what you remember about that conversation?
14 A.  I remember Dr. Dick asked me, "Do you know, do you know
15  what happened?"  I said, "No."  I, I had asked at some
16  point in time, even though I didn't hear him cough or,
17  or anything throughout the night, I had asked if he had
18  aspirated, because that's all I could think of.
19 Q.  You asked Dr. Dick that?
20 A.  I asked Dr. Perez that, but I was telling Dr. Dick I
21  had asked if he had aspirated or something.
22 Q.  What did Dr. Perez say to you when you asked him that?
23 A.  He said he was unsure.
24 Q.  Did you tell that to Dr. Dick?
25 A.  Yes.