Laurie Bode *** 5/1/08

SHEET 19  PAGE 73

1  Q.  What did Dr. Dick say?
2  A.  That may have been it.  He didn't know.
3  Q.  What else do you recall about your conversation with
4      Dr. Dick on the 27th?
5  A.  I told him I didn't understand.  "Did I do something
6      wrong?"  I don't -- "I took him to the hospital.  I
7      took him where I thought I was supposed to take him."
8      I said, "I spent all these years trying to prepare
9      myself for Bambi.  Never, never Makota.  Never."  Then
10     he told me that Makota could not have had a mother love
11     him any more than I did, and please let him know when I
12     knew what I was gonna do.  I ne....
13 Q.  In terms of arrangements?
14 A.  Yes.
15 Q.  Did Dr. Dick discuss with you the possibility of an
16     autopsy?
17 A.  No, I don't remember that.
18 Q.  Did you tell him that you worried you had done
19     something wrong?
20 A.  I told him I was worried.  I thought -- I told him I
21     was worried.  I di...I didn't know what happened.
22 Q.  Did you tell him that there had been very minimal blood
23     from the rectum?
24 A.  No, I did not discuss that with him.
25 Q.  Did you tell him that you thought the child had

PAGE 74

1      aspirated?
2  A.  I told him I asked if that's what happened, because
3      that's all I could think of.
4  Q.  Were you worried the antibiotic might have hurt Makota?
5  A.  I don't remember discussing the antibiotic with
6      anybody.
7  Q.  Laurie, have you talked to anyone other than Mike and
8      Kolten about the events of December 26th and December
9      27th, and I want to exclude any conversations you've
10     had with your lawyer.  Other than that, have you talked
11     to anybody else?
12 A.  No.
13 Q.  Do you remember whether Dr. Okafor performed a physical
14     examination of Makota on December 26th?
15 A.  I don't remember him touching him in any way.
16 Q.  Do you remember Dr. Hurley touching Makota?
17 A.  No.
18 Q.  I don't have any further questions.  Thank you.
19         MARK W. BAEVERSTAD, ESQUIRE:  I have just a few
20     follow-up.  I didn't know if you had any
21     questions.
22         RANDALL L. MORGAN, ESQUIRE:  I don't.
23             REDIRECT EXAMINATION
24 BY: MARK W. BAEVERSTAD, ESQUIRE
25 Q.  Did you know that Dr. Dick was a Defendant in this case

PAGE 75

1      initially?
2  A.  Yes.
3  Q.  Do you know why he was named as a Defendant in this
4      case?
5  A.  I....
6  Q.  Did you feel that he had done something wrong?
7  A.  I d...I told him, you know, I knew he, they had talked
8      to him.  That's all I knew.  Or they were gonna talk to
9      him in the ER, so I just named him along with the
10     other.
11 Q.  Why has he been dismissed?  Do you know?
12 A.  That was at the discretion of my attorneys.
13 Q.  They made that decision?
14 A.  Yes, sir.
15 Q.  Looking at the records from Parkview Whitley, it
16     indicates that Makota was covered by Medicaid.  Is that
17     correct?  Was he Medicaid?
18 A.  Yes.
19         MARK W. BAEVERSTAD, ESQUIRE:  That's all I have.
20         N. JEAN SCHENDEL, ESQUIRE:  I don't have any
21     further questions.  Thanks.
22         RANDALL L. MORGAN, ESQUIRE:  No questions.
23             FURTHER DEPONENT SAITH NAUGHT
24 OFF RECORD  11:23 a.m.

RE:  DEPOSITION OF  LAURIE A. BODE

ERRATA SHEET

    As you read your deposition, if you have any corrections to make, please itemize them below.  Upon completion please date and sign your name on the signature line.  This will become a part of your deposition for filing.

CORRECTIONS TO DEPOSITION

PAGE/LINE        SHOULD BE:         REASON FOR CHANGE:

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

DATE:_____   SIGNATURE:_____

                                       LAURIE A. BODE

BEFORE THE DEPARTMENT OF INSURANCE
STATE OF INDIANA

LAURIE A. BODE and                )
MICHAEL D. NORRIS,                )
Individually and as              )
parents and guardians of         )
MAKOTA Z. NORRIS,                 )
a deceased minor,                 )
                                  )
        Plaintiffs,               )
                                  )
vs.                               )        CLAIM NO.   1008373
                                  )
PARKVIEW HEALTH SYSTEM, INC.,     )
WHITLEY MEMORIAL HOSPITAL, INC.   )
d/b/a PARKVIEW WHITLEY HOSPITAL,  )
JOACHIN U. OKAFOR, M.D.,          )
DAVID LEE HURLEY, M.D. and        )
PROFESSIONAL EMERGENCY            )
PHYSICIANS, INC.,                 )
                                  )
        Defendants.               )

# DEPOSITION OF
# LAURIE A. BODE

### SIGNATURE SHEET

I do hereby certify that the above and foregoing deposition has

been submitted to me.  I have carefully read the same over and

it correctly portrays the answers given by me to the questions

propounded by counsel.

Date:_____      _____
                                  LAURIE A. BODE

File No.  7612

*PETRO REPORTING SERVICE, INC.*
*229 WEST BERRY STREET * SUITE 330 * FORT WAYNE, INDIANA 46802*
*PHONE 260-422-4404 * FAX 260-422-3360 * www.petroreporting.com*

STATE OF INDIANA          ]
                          ]  SS:    CERTIFICATE OF NOTARY
COUNTY OF ALLEN           ]

I, Tim Petro, a notary public in and for the State of Indiana, duly appointed and residing in the County of Allen, do hereby certify:

That the witness herein, **LAURIE A. BODE,** was first duly sworn to tell the truth, the whole truth, and nothing but the truth in the foregoing deposition.

That all testimony was electronically recorded and afterward reduced to typewritten form under my direction;

That I recorded and transcribed any and all objections made by counsel and the reasons therefor;

That I am not a relative or employee, attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, nor am I financially interested in this action.

IN WITNESS THEREOF, I have hereunto set my hand and affixed my Notarial Seal this 22nd day of May 2008.

_____

Tim Petro, Notary Public
County of Residence: Allen
My Commission Expires: 7-13-08

PETRO REPORTING SERVICE, INC.



**Emergency Department Aftercare Instructions**
**Parkview Whitley Hospital**
353 North Oak, Columbia City, IN
(260)-248-9411
Patient Name  NORRIS, MAKOTA Z
Emergency Care Provider  David   Hurley

| | |
|---|---|
| Visit Date | 12/26/2005 06 17 PM |
| Printed | 12/26/2005 09 22 PM |
| Medical Record # | 00716519 |
| Account # | 6809874 |

Thank you for choosing Parkview Whitley Hospital for your emergency care needs  Unless stated otherwise, you should always contact your primary physician, (usually family physician), the next business day to make them aware of your visit and arrange follow up as soon as possible   If you are unable to arrange for follow up care within the time shown or any problems develop, return to the emergency care center  To care for your medical condition at home

**Referrals**
Please contact the physician below for follow up


**Additional Referral Instructions**


**Follow-up Instructions**
The physician who has provided your care has indicated the following instructions for you  If you are unable to arrange for follow up care within the time shown or any problems develop, return to the Emergency Care Center  To care for your medical condition at home


**Additional Follow Up Instructions**


**After Care Instructions**

VOMITING AND DIARRHEA
Persistent vomiting and diarrhea cause the body to lose fluid   This is called  dehydration and can be dangerous, especially in young children   Making up for  lost fluids is the most important step in caring for the patient  Liquids should be offered frequently (every 30 minutes during the day and every  opportunity at night)   We recommend at least 1oz every half hour but this  depends upon the age and size of the patient  Children can go long periods  without solid food   Do not give anything by mouth for 1 hour from the last  time patient vomits   We suggest that you follow these diets to help you  return to health   1   DIET#1 (CLEAR LIQUIDS)
 a   Water, no milk products
 b   Jello (liquid or solid)
 _c   Kool-Ade, hard candies, popsicles
 _d   Lyten or Pedialyte, these solutions contain important parts of body
 _fluids lost in vomit ng or diarrhea   Both can be purchased from
 _ your pharmacy without a prescription and can be given mixed half and
 _half with any of the above liquids
 _e   Weak tea and broth
 _f   Pop. soda, soft drinks (cola. 7-up, ginger ale, etc )  Let bottle
 _ stand open or heat slightly to remove most of the fizz   In small
 children under 2 dilute soda with equal amount water, GatorAde,
 _Lytren, or Pedialyte  2   Progress to DIET #2
 _a   All liquids on diet #1
 _b   Skim milk, formula or powdered milk, use double amount of water and
 boil 5 minutes
 c   Very ripe (soft) bananas help control diarrhea
 _d   Rice cereal 3   Progress to DIET #3
 _ a   Begin regular diet, multiple small feedings
 _b   Avoid fried foods, fatty foods, acid fruits and fruit juices, and
 _any food that upsets the stomach  Contact your physician in the next 24 hours for further instructions and diet regime   Keep in mind that the patient may lose too much fluid   If the  patient has passed only a small amount of urine, has a dry parched mouth, or  acts listless, sleepy or dull, call your doctor

**Additional After Care Instructions**
PEDIALYTE AS TOLERATED



DEFENDANT'S
EXHIBIT
A
PENGAD 800-631-6989

ER Discharge Instructions

| | | |
|---|---|---|
| Patient Name  NORRIS, MAKOTA Z | Medical Record #  00716519 | Page 1 |

YOU MUST SEE DR DICK TOMORROW MORNING IN HIS OFFICE

RETURN TO THE EMERGENCY DEPARTMENT AS NEEDED


**Additional Procedure Instructions**


**Prescriptions Received·**

| Medication | Strength | Quantity | Dose | Frequency | Instructions |
|---|---|---|---|---|---|

**Medications**

The medications prescribed to you were

ROCEPHIN

_You have been given an injection of an antibiotic called Rocephin (ceftriaxone)   Sometimes the injection must be combined with  antibiotic pills   For some infections, such as an uncomplicated ear  infection, Rocephin provides all the antibiotic that's needed
_The antibiotic will be in your body for about two days   For serious infections, we usually repeat doses of Rocephin daily
  Side effects are very unusual following a shot   Women may develop vaginal yeast infections, and babies can get yeast (thrush) in the  mouth following the use of antibiotics   Contact your physician if you  have symptoms with this medication
_Allergy to this antibiotic can result in hives, wheezing, faintness, or itching   If symptoms of allergy occur, call the doctor  at once

**Additional Medication Instructions**


If you have any additional questions or concerns please call your doctor or the Emergency Care Center at (260)-248-9411

I understand that a copy of my emergency department record will be sent to my referring physician upon his or her request   A copy of the record is available to practitioners or medical organizations that provide follow-up care, treatment or services

I ACKNOWLEDGE AND UNDERSTAND THAT I RECEIVED EMERGENCY MEDICAL CARE   I HAVE BEEN INSTRUCTED TO CONTACT A PHYSICIAN AS SOON AS POSSIBLE FOR CONTINUED MEDICAL DIAGNOSIS AND CARE IF INDICATED   I ALSO ACKNOWLEDGE RECEIPT OF AND UNDERSTAND THE INSTRUCTIONS LISTED ABOVE, AS WELL AS ANY OTHER INSTRUCTIONS GIVEN TO ME



X _Laurie Bode_ _____
Patient/Representative

ER Discharge Instructions

Patient Name   NORRIS, MAKOTA Z          Medical Record #  00716519          Page 2