Date: 04-09-2007

CERTIFICATION/AFFIDAVIT FOR A SUBPOENA

PATIENT NAME:   NORRIS, MAKOTA (716519-PV Health)

NUMBER OF PAGES:   95

DATE(S) OF SERVICE:   NORRIS, MAKOTA (716519-PV Health)
   (12-26-2005) PWHEMT Emergency
   (11-25-2005) PWHEMT Emergency
   (08-23-2005) PWHEMT Emergency
   (05-15-2005) PWHEMT Emergency
   (09-27-2003) PWHEMG Emergency
   (05-08-2003) PWHOUT Outpatient
   (01-30-2003) PWHEMG Emergency
   (01-01-2003) PWHEMG Emergency

   The copies of records for which this certification is made are, to our best knowledge, true reproductions of the original or microfilmed hospital medical records that are housed at PARKVIEW WHITLEY HOSPITAL, 353 NORTH OAK STREET, COLUMBIA CITY, IN  46725.  The original records were made in the regular course of business, and it was the regular course of Parkview Whitley Hospital to make the records at or near the time of the matter recorded.  This certification is given pursuant to IC 34-43-1-5 by the custodian of the records in lieu of the custodian's personal appearance.
   We are not aware of any omissions; however, due to the timing of this request it is possible that a portion of the medical record may be incomplete at this time.
   I affirm under the penalties for perjury that the above and foregoing information is true and correct to the best of my knowledge and belief.

_Lois Miller RHIT_
Record Custodian Signature or Designee

_Lois Miller_
Printed

Health Information Services
Release of Information

```
        Patient Name:    NORRIS, MAKOTA  Z         MRN:  716519
Account:   6809874
    WHITLEY MEMORIAL HOSPITAL    HQ ACCT #     MED. REC.#   SRV.DATE   SRV.TM.
CC ACCT #: 06809874               716519-5360    716519    12/26/05   00:00

NAME & ADDRESS                   PT.TYP   SSN          BIRTH DATE   AGE  SX CLRK
NORRIS, MAKOTA Z                   E    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   09/29/1999    6   M  TM
2289 W 500 N
PO BOX 172                       FIN.CLS. LOC. ATT. PHYS.
ALBION            , IN 46701        8       BERE 001397-ER, VISIT
PHONE:  260-636-3326
                                 CHIEF COMPLAINT
EMPLOYER NAME & ADDRESS          vomiting; diarrhea
UNEMPLOYED


                        ,        NEAREST REL. NAME & ADDRESS
                                 NORRIS, MIKE                 REL: F
PHONE:       -    -              2289 W 500 N                 SSN:      -    -


INSURANCE                        ALBION            , IN 467010000
1CO.: MEDICAID PCCM              PHONE:  260-636-3326
1GRP:         POL.#:10273497359
1REL: P    SSN:      -   -       NRST. REL. EMP. NAME & ADDRESS
1INM: NORRIS, MAKOTA Z
2CO.:
2GRP:         POL.#:
2REL:      SSN:                                    ,
2INM:


C H A R G E S

CHARGE DESC.              CPT CODE  DEPARTMENT              RV.CD.  AMOUNT
X-RAY-CHEST PA AND LATERA 71020     BRAD-RADIOLOGY          0324    201.40
VENIPUNCTURE              36415     BLAB-LABORATORY         0300     11.66
BLOOD CULTURE VENIPUNCTUR 36415     BLAB-LABORATORY         0300     16.96
CULTURE   STOOL           87045     BLAB-LABORATORY         0306     46.75
CULTURE   BLOOD           87040     BLAB-LABORATORY         0306    100.70
CLOSTRIDIUM DIFFICILE TOX 87324     BLAB-LABORATORY         0306     77.36
CALCIUM TOTAL             82310     BLAB-LABORATORY         0301     13.78
CREATININE                82565     BLAB-LABORATORY         0301     13.78
GLUCOSE                   82947     BLAB-LABORATORY         0301     13.78
B.U.N.                    84520     BLAB-LABORATORY         0301     13.78
ELECTROLYTES              80051     BLAB-LABORATORY         0301     55.12
HEMAGRAM W/PLATELETS      85027     BLAB-LABORATORY         0305     39.75
OCCULT BLOOD   FECES      82270     BLAB-LABORATORY         0301     20.14
*ZOFRAN 2MG/2.5 ML UD LIQ           BRXM-IP PHARMACY        0250     40.40
XYLOCAINE 1% 2ML MPF AMPU           BRXM-IP PHARMACY        0250      3.48
CEFTRIAXONE 1GM VIAL      J0697     BRXM-IP PHARMACY        0250    240.60
CRYPTOSPORIDIUM EXAM (EIA 87328     BLAB-LABORATORY         0306     30.61
GIARDIA EXAM (EIA)        87329     BLAB-LABORATORY         0306     30.61
CULTURE   ENTERIC ECOLI 01 87046    BLAB-LABORATORY         0306     10.60
CULTURE   ENTERIC CAMPYLOB 87046    BLAB-LABORATORY         0306     10.60
```

12/26/2005 20:33 FAX 2603734798     PARKVIEW RADIOLOGY     → WHITLEY ER     ☒001/001

PARKVIEW WHITLEY HOSPITAL
00716519     12/26/2005
(NORRIS, Makota Z)
Sex M    DOB 09/29/1999    Age 6 Y
Patient Type:    EMERGENCY
Modifier(s): ERXRAY
Signs and Symptoms: vomiting&lt;br&gt;

History: cough
Comments: N////&lt;BR&gt;.          &lt;BR&gt;

ERABRADRPT
Accession: 100592384
Patient Location: ED

**STAT EXAM**     **STAT EXAM**     **STAT EXAM**

Prepared By: _____     Date: _____

PROCEDURE     RAD-CHEST FRONTAL/LATERAL — XRCXR
READING     High volume chest → good inspiration
                 No asthma

OTHER PROCEDURE(S) _____
READING _____

RADIOLOGIST SIGNATURE: _____

** To Hear dictated report, call extension 35500 and follow instructions**

**ABBREVIATED RADIOLOGY REPORT**

PARKVIEW WHITLEY HOSPITAL
353 North Oak Street
Columbia City, IN
46725

Patient Name: NORRIS, Makota Z
Patient#: 00716519
Physician: Okafor, Joachin U, MD

Printed by E000879          Page 2          Job # 11147496 at 04/09/07 15:43:31

## EMERGENCY DEPARTMENT

**GLASCOW COMA SCALE**

| Eye Opening | | Best Verbal | | Best Motor | |
|---|---|---|---|---|---|
| Spontaneous | 4 | Oriented | 5 | Obeys Commands | 6 |
| To command | 3 | Confused | 4 | Localizes Pain | 5 |
| To pain | 2 | Inappropriate | 3 | Withdraws Pain | 4 |
| To response | 1 | Incomprehensible | 2 | Flexion (Decorticate) | 3 |
| | | Unresponsive | 1 | Extension (Decerebrate) | 2 |
| | | | | No Response | 1 |

**PUPIL SCALE (MM)**  2  3  4  5  6  7  8  9

| Time | BP/P/R | GCS | NOTES |
|---|---|---|---|
| 2030 | | | Pt had a large, loose, bloody diarrhea. Pt's mother is very alarmed. Dr Okafor in talking c̄ her. Stool sent to lab ——— Jerrie Eler RN |
| 2100 | | | Waiting for Dr Dick to return page. Pt is resting on the cart. Lethargic, vomited x 1 small amount of brown emesis. Dr Okafor notified. Unable to collect any emesis because pt vomited into a towel. Pt's mother to bedside. ——— Jerrie Eler RN |
| 2130 | | | Explained discharge instructions to the pt's mother. Pt is still lethargic, Ø further vomiting or bloody diarrhea ——— Jerrie Eler RN |

**PARKVIEW WHITLEY HOSPITAL**
353 North Oak Street
Columbia City, IN 46725

**EMERGENCY DEPARTMENT NURSING FLOWSHEET**

m00716519   09/29/1999
NORRIS, Makota Z   M 6
Emergency, Dept   Dick, Michael P
006809874   12/26/05

___ M F

MR-Tab #2 (Form #2813-3-WHIT) (6-01)   White - Patient Chart   Canary - Emergency Department   Pink - Billing

MRN: 716519PH  Visit: 6809874  DocType: EDREC2
USDC IN/ND case 1:07-cv-00324-WCL-RBC   document 16-8   filed 07/17/08   page 5 of 20

# EMERGENCY DEPARTMENT

Date: 12/26/05  Rm Time: 1810  Rm #: 4
☐ Trauma ☐ Medical ☐ Victim ☐ OHS ☐ Employee Health ☐ OP

## TRIAGE
Time 1830  PAIN ⓪ 1 2 3 4 5 6 7 8 9 10  See Notes
Vomiting / Diarrhea
☐ I ☐ II ☑ III ☐ IV ☐ V  Jenni Elen RN

**Allergies:** ☑ NKDA ☐ Latex

**Care Prior to Arrival:** ☐ None ☐ See Notes ☐ Transfer ☐ EMS Record

**Arrived:** ☑ Car ☐ BLS ☐ ALS  With Mother
☐ amb ☐ W/C ☐ Carried ☐ Cart

## MEDICATIONS
☐ Denies
| Medication | Dose | Frequency |
|---|---|---|
| Zofran | x1 dr | |
| Phenergan Supp | | PRN |
| given | | |

## PMHx
☐ Denies ☐ CHF ☐ CAD ☐ COPD ☐ Asthma ☐ HTN
☐ Seizures ☐ CA ☐ Psych ☐ Diabetes ☐ Abuse
☐ CVA ☐ Smoking ☐ ETOH ☐ Pregnant ☐ Renal
☐ Nutritional Disorders ☐ Physical Limitations
☐ Thyroid ☐ Cholesterol
Heart murmur, deafness,

Surgeries

**Vitals:**
Kg 16.6  Actual/Stated
Ht
R/A Sat 98%
w/O2
Tetanus
LMP

VS Time 1812
BP
P 102
R 22
T 97.5  ax/R/O Foley

## PHYSICIAN ORDERS
| Time 1812 | ☐ Trauma Flow Sheet | ☑ Vital Sign Data |
|---|---|---|
| Neuro A/O | GCS 15 | Skin pwd |
| Old Chart | EKG | Lab ✓ / 1832 | X-Ray |

☐ Old Chart ☐ ABG ☐ STD Panel ☐ Portable Chest ☑ X-Ray
☐ EKG ☐ UA-CCMS ☐ Cath ☐ Serum Preg ☐ Portable Pelvis
☑ CBC ☑ Dif ☐ Urine C&S ☐ Urine Preg ☐ PC-Spine
☐ Chem 6 ☐ If Indicated ☐ BA ☑ PA/LAT Chest
☑ Chem 8 ☐ Glucose ☐ Liver Profile ☐ 5 View C-Spine ☑ CT
☐ CPK ☐ Mg ☐ Urine-Drug ☐ Amylase ☐ 3 View LS-Spine  c. diff
☐ Troponin I ☐ Serum-Drug ☐ Lipase ☐ Acute Abd Series  Sensitivity  O&P
☐ Cardiac Profile ☐ Trauma Profile  Culture
☐ PT ☐ PTT ☑ Blood Cultures x 1

☐ Monitor ☐ Restraint (Order Attached) ☐ NPO ☐ Accucheck  guaiac
☐ Saline Lock ☐ IV _____ @ _____ /cc/hr  bolus  short

## NURSING ASSESSMENT
Pt mother states pt had diarrhea & vomiting since 1430 hrs this afternoon. pt mother gave antiemetic suppository prior to arrival. — Jenni Elen RN

1845 Nurse in Z lab attempting to draw blood. Pt is a very difficult to get blood from — T. Elen RN

1915 Pt resting on the cart. Attempting to draw blood for blood culture. Pt's mother @ bedside. — Jenni Elen RN

1945 Ø vomiting. Pt resting on the cart. Ø diarrhea. Pt up for re-eval. — T. Elen RN

2000 Pt sipping water @ this time. Ø change in pts condition. Pt is more awake @ this time. — T. Elen RN

Time 2130  PAIN 0 1 2 3 4 5 6 7 8 9 10 ⓢee Notes
☑ Instructions given ☑ Verbalized Understanding
☐ amb ☐ W/C ☑ Carried ☐ Cart with

## DISPOSITION
☐ Report ☐ Old Chart to floor
Jenni Elen RN  Nurse Signature

☑ Discharge ☐ Transfer ☐ 23° OBS ☐ Admit  Rm #

## PHYSICIAN NOTES
Rocephin 750mg IM

Vit x 8 x tx
Diarr x 4 tx

cont to bother patella tchr

PMHx
FH
SH
ROS

Dr Dick
By: _____ @ _____

**Is EMC present?** ☐ Yes ☐ No  ☐ Stable ☐ Unstable

**I personally**
☐ Obtained history from pt
☐ Performed physical exam
Discussed with pt/family
☐ Diagnosis
☐ Treatment Plan (admission)
☐ Discharge Instructions
☐ Medications
☐ Prescriptions
☐ Coordination of care
Face to face with the patient/family

Physician Initials
Can't obtain additional Hx due to _____

Reviewed ☐ X-Ray ☐ EKG ☐ Old Chart

## RX DISCHARGE
☐ f/u with Dr _____ in _____
Return for

Pedialyte as tolerated

Must see Dr Dick tomorrow morning in his office

Return to ER as needed

Discharge Condition ☐ Improved ☐ No Change ☐ Expired

## DIAGNOSIS
1.
2. Acute Gastroenteritis
3.
4.

NP/PA Signature
Physician Signature

Dictation Number
876979
876100

CODE

Name m00716519  09-29-1999 ☑ M ☐ F
Birthdate  NORRIS, Makota Z  4 8
Family D  Emergency, Dept  Dick, Michael P
Date  006809874  12/26/05

**PARKVIEW WHITLEY HOSPITAL**
353 North Oak Street
Columbia City, IN 46725

Key: EMC = Emergency Medical Condition  w/O2 = With O2 @ L
Lymph = Lymphatic  R = Rectal
Hem = Hematologic  O = Oral
OHS = Occupational Health Services

**EMERGENCY DEPARTMENT RECORD**

MR - Tab #2 (Form #1402-B-WHIT) (12-03)  White - Patient Chart  Canary - Physician  Pink - Emergency

Printed by E000879  Page 4  Job # 11147496 at 04/09/07 15:43:31

## EMERGENCY DEPARTMENT

**IV ABBREVIATIONS**

| | | | |
|---|---|---|---|
| RS = Restarted | INT = Intima | RW = Right Wrist | RIFA = Right Inner Forearm |
| INF = Infiltrated | LH = Left Hand | LW = Left Wrist | LIFA = Left Inner Forearm |
| IVP = IV Push | RH = Right Hand | RFA = Right Forearm | RF = Right Foot |
| AS = Angioset | AC = Anticubital | LFA = Left Forearm | LF = Left Foot |

**INJECTION SITE CODES:** (Circle number when charting)
1. Left Arm
2. Right Arm
3. Left Thigh
4. Right Thigh
5. Left Gluteal
6. Right Gluteal

| Time | IV Solution/Meds | Initial Count | Dosage/Route Rate | Catheter Site/Size | Amount Infused | Discharge Count | Signature |
|---|---|---|---|---|---|---|---|
| | — — — Total Prehospital | | | | | | |
| 1853 | Zofran | | 1 mg PO | | | | [sig] RN |
| 2110 | Rocephin | | 750 mg IM | (6) | | | [sig] RN |

### INTAKE / OUTPUT

| Time | IV | Oral | Blood | Other | Urine | NG | Emesis | Chest-R | Chest-L | Signature |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**Totals**

**PARKVIEW WHITLEY HOSPITAL**
353 North Oak Street
Columbia City, IN 46725

**EMERGENCY DEPARTMENT IV/MEDICATION SHEET**

NORRIS, Makota Z
m00716519    09/29/1999   M 6
Emergency, Dept    Dick, Michael P
006809874    12/26/05

MR - Tab #2 (Form #2701-WHIT) (3-02)    WHITE - Chart  CANARY - Emergency Dept  PINK - Billing



**PARKVIEW HEALTH SYSTEM**

PARKVIEW WHITLEY HOSPITAL
353 N OAK
COLUMBIA CITY    IN

| ACCOUNT NO | MEDICAL RECORD NO | ADMIT DATE | ADMIT TIME |
|---|---|---|---|
| 006809874 | m00716519 | 12/26/05 | |

| PT TYPE | ES | AD SOURCE | SERVICE | ROOM BED | CLERK | PRIVACY |
|---|---|---|---|---|---|---|
| E | 3 | 7 | EMT | | MAY, TI | |

| SOC SEC NO | BIRTHDATE | AGE | SEX | MS | ADV D-R | RELIGION |
|---|---|---|---|---|---|---|
| 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 | 09/29/1999 | 6 | M | S | N | NO00 |

**PATIENT**
NAME ADDRESS
NORRIS, Makota Z
2289 W 500 N
PO BOX 172
ALBION    IN 46701
COUNTY  PH
NOBLE    (260) 636-3326
EMPLOYER NAME ADDRESS
UNEMPLOYED

CHURCH: NO PREFERENC
CHIEF COMPLAINT: VOMITING, DIARRHEA
ADM PHYS NO / NAME
ATT PHYS NO / NAME
PRIMARY CARE PHYS: Dick, Michael P
O/P ORDERING 1: 1397   NAME: Emergency, Dept
O/P ORDERING 2:   NAME:
COMMENTS: INFO PER MOTHER

**GUARANTOR**
NAME ADDRESS                RELATION
BODE    LAURIE    M
2289 W 500 N
PO BOX 172
ALBION    IN 46701
SOC SEC NO 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
HOME PH (260) 636-3326  WORK PH 2608565550

NAME ADDRESS
JACOBS PIZZA
900 W
CROMWELL    IN 46732

**NEAREST RELATIVE**
NAME ADDRESS    RELATION
NORRIS    MIKE    F
2289 W 500 N
ALBION    IN 46701
HOME PH (260) 636-3326   WORK PH

**INSURER**
1 CO MEDICAID PCCM
INS NAME  GRP 09/29/1999
POL NO 102734973599   NORRIS   MAKOTA   REL 01
GRP NO    SOC SEC NO    CLAIM NO

2 CO
INS NAME   GRP   REL   SOC SEC NO   GRP NO   CLAIM NO
POL NO

REASON FOR ADMISSION/ADMITTING DIAGNOSIS    CODES

DISCHARGE DIAGNOSIS (DO NOT USE ABBREVIATIONS)

PROCEDURES/TREATMENT

DISCHARGE DATE/TIME | DISCHARGED TO | DISCHARGE SUMMARY DICTATED ☐YES DATE ☐NO | PHYSICIAN SIGNATURE X | DATE

1401 AUTO REV 12/97    WHITE CHART ORIGINAL    YELLOW. PHYSICIAN

EMERGENCY DEPARTMENT ADDENDUM

DATE OF SERVICE
12/27/2005

ADDENDUM
For full history and physical examination, please refer to dictation by Dr. Hurley. This is a 6-year-old male child with a history of developmental delays who was earlier seen and evaluated by Dr. Hurley because of acute gastroenteritis and Dr. Hurley ordered some laboratory tests that were pending at the time he was signed out to me. His BUN is 20, creatinine is 0.9, calcium 9.3, sodium 134, potassium 3.4, chloride 96, CO2 23 and glucose of 142. Complete blood count showed a marked leukocytosis with a white blood cell count of 29.5, hemoglobin is 14.6, hematocrit 42.7 and platelets of 577,000. Chest x-ray is essentially showed no acute infiltrate and stool for occult blood is positive. He did have an episode of bowel movement while in the emergency room which showed a watery mucoid blood-streaked stool. I subsequently spoke to Dr. Dick who is his primary care physician. He recommended to give him Rocephin parenterally and have mom bring him to his office tomorrow morning for further evaluation. Following the Zofran 1 mg that was earlier given to him by Dr. Hurley, he had no recurrence of vomiting in the emergency room so gave him Rocephin 750 mg intramuscularly and then discharged him with instructions to take Pedialyte as tolerated and I instructed his mom that she must take him to Dr. Dick tomorrow morning for further evaluation in his office. If he has any problems she should return to the emergency room immediately. His mother promises to do that. He was discharged from the emergency room in stable condition.

_____
Joachin Okafor, MD

JO/MedQ
D: 12/27/2005 06:31:54
T: 12/27/2005 09:41:27
876979

PARKVIEW HEALTH
Parkview Whitley Hospital
Columbia City, IN 46725

NORRIS, Makota Z
MRN: 716519
DOB: 09/29/1999
 - Patient Type: E
Wktp:99102,PWH    Joachin Okafor, MD
◇    *ERX*


JOACHIN OKAFOR  signed this 01-07-2006 at 10:33:40 AM

EMERGENCY DEPARTMENT NOTE

DATE OF SERVICE
12/26/2005

HISTORY OF PRESENT ILLNESS
This 6-year-old male child was brought to the emergency department by his mother for treatment of vomiting and diarrhea. Earlier this afternoon the patient developed lots of vomiting about eight times and four diarrheal stools. Things seem to be slowing down now. He is here for evaluation.

ALLERGIES
NONE.

PAST MEDICAL HISTORY
Negative for renal disease or stroke. He does suffer deafness and a congenital heart murmur.

PAST SURGICAL HISTORY
He has had no recent surgeries.

CURRENT MEDICATIONS
Omnicef for respiratory infection.

PHYSICAL EXAMINATION
VITAL SIGNS: Weight 6.5 kg. Room air saturation is 98%. Pulse 102, respirations 22, temperature 97.5.
GENERAL: The patient is a thin male child. He is very ill-kempt.
HEENT: There are abrasions noted about his anterior face. Pupils are round. Lids and conjunctivae are normal bilaterally. External auditory canals and tympanic membranes normal bilaterally. Oral mucosa shows good moisture content with no lesions or erythema noted.
NECK: Palpation reveals no lymphadenopathy. No meningismus elicited on range of motion of the neck.
CHEST: Auscultation reveals a few rhonchi with auscultation.
HEART: Auscultation reveals a regular rhythm with no murmurs or gallops noted.
ABDOMEN: Soft wall. Bowel sounds are heard throughout. No masses or tenderness noted.
EXTREMITIES: Peripherally there is no cyanosis or edema seen.
SKIN: No rash or petechiae. There is the above-mentioned facial abrasion noted, however.

The patient has a pending Chem-8 and CBC on my departure.

MRN: 716519PH Visit: 6809874 DocType: ER

---

               David L. Hurley, MD

DLH/MedQ
D: 12/26/2005 18:27:24
T: 12/27/2005 03:38:14
876100

cc: Michael P. Dick, MD


PARKVIEW HEALTH
Parkview Whitley Hospital
Columbia City, IN 46725

&gt;NORRIS, Makota Z
   MRN: 716519
   DOB: 09/29/1999
      Patient Type: E
 Wktp:102,PWH   David L. Hurley, MD
◇   Importer: 3111621/12/27/2005 06:05:00
  *ER*


DAVID HURLEY signed this 01-04-2006 at 06:39:47 PM



**Emergency Department Aftercare Instructions**
**Parkview Whitley Hospital**
353 North Oak, Columbia City, IN
(260)-248-9411
Patient Name   NORRIS, MAKOTA Z
Emergency Care Provider  David   Hurley

Visit Date   12/26/2005 06 17 PM
Printed   12/26/2005 09 22 PM
Medical Record #   00716519
Account #   6809874

Thank you for choosing Parkview Whitley Hospital for your emergency care needs  Unless stated otherwise, you should always contact your primary physician, (usually family physician), the next business day to make them aware of your visit and arrange follow up as soon as possible  If you are unable to arrange for follow up care within the time shown or any problems develop, return to the emergency care center  To care for your medical condition at home

**Referrals**
Please contact the physician below for follow up


**Additional Referral Instructions**


**Follow-up Instructions**
The physician who has provided your care has indicated the following instructions for you  If you are unable to arrange for follow up care within the time shown or any problems develop, return to the Emergency Care Center  To care for your medical condition at home


**Additional Follow Up Instructions**


**After Care Instructions**

VOMITING AND DIARRHEA
Persistent vomiting and diarrhea cause the body to lose fluid  This is called  dehydration and can be dangerous, especially in young children  Making up for lost fluids is the most important step in caring for the patient  Liquids should be offered frequently (every 30 minutes during the day and every  opportunity at night)  We recommend at least 1oz every half hour but this  depends upon the age and size of the patient  Children can go long periods  without solid food  Do not give anything by mouth for 1 hour from the last  time patient vomits  We suggest that you follow these diets to help you  return to health  1  DIET#1 (CLEAR LIQUIDS)
 a  Water, no milk products
 b  Jello (liquid or solid)
_c  Kool-Ade, hard candies, popsicles
_d  Lyten or Pedialyte, these solutions contain important parts of body
_fluids lost in vomiting or diarrhea  Both can be purchased from
 your pharmacy without a prescription and can be given mixed half and
_half with any of the above liquids
_e  Weak tea and broth
_f  Pop, soda, soft drinks (cola, 7-up, ginger ale, etc )  Let bottle
 stand open or heat slightly to remove most of the fizz  In small
 children under 2 dilute soda with equal amount water, GatorAde,
_Lytren, or Pedialyte  2  Progress to DIET #2
_a  All liquids on diet #1
_b  Skim milk, formula or powdered milk, use double amount of water and
 boil 5 minutes
 c  Very ripe (soft) bananas help control diarrhea
_d  Rice cereal  3  Progress to DIET #3
 a  Begin regular diet, multiple small feedings
_b  Avoid fried foods, fatty foods, acid fruits and fruit juices, and
_any food that upsets the stomach  Contact your physician in the next 24 hours for further instructions and diet regime  Keep in mind that the patient may lose too much fluid  If the  patient has passed only a small amount of urine, has a dry parched mouth, or acts listless, sleepy or dull, call your doctor

**Additional After Care Instructions**
PEDIALYTE AS TOLERATED

ER Discharge Instructions

Patient Name   NORRIS, MAKOTA Z          Medical Record #   00716519          Page 1

Printed by E000879                                   Page 11                         Job # 11147496 at 04/09/07 15:43:31

YOU MUST SEE DR DICK TOMORROW MORNING IN HIS OFFICE

RETURN TO THE EMERGENCY DEPARTMENT AS NEEDED

**Additional Procedure Instructions**

**Prescriptions Received:**

| Medication | Strength | Quantity | Dose | Frequency | Instructions |
|---|---|---|---|---|---|

**Medications**

The medications prescribed to you were

ROCEPHIN

_ You have been given an injection of an antibiotic called Rocephin (ceftriaxone)  Sometimes the injection must be combined with antibiotic pills  For some infections, such as an uncomplicated ear infection, Rocephin provides all the antibiotic that's needed
_ The antibiotic will be in your body for about two days  For serious infections, we usually repeat doses of Rocephin daily
   Side effects are very unusual following a shot  Women may develop vaginal yeast infections, and babies can get yeast (thrush) in the mouth following the use of antibiotics  Contact your physician if you have symptoms with this medication
_ Allergy to this antibiotic can result in hives, wheezing, faintness, or itching  If symptoms of allergy occur, call the doctor at once

**Additional Medication Instructions**

If you have any additional questions or concerns please call your doctor or the Emergency Care Center at (260)-248-9411

I understand that a copy of my emergency department record will be sent to my referring physician upon his or her request  A copy of the record is available to practitioners or medical organizations that provide follow-up care, treatment or services

I ACKNOWLEDGE AND UNDERSTAND THAT I RECEIVED EMERGENCY MEDICAL CARE  I HAVE BEEN INSTRUCTED TO CONTACT A PHYSICIAN AS SOON AS POSSIBLE FOR CONTINUED MEDICAL DIAGNOSIS AND CARE IF INDICATED  I ALSO ACKNOWLEDGE RECEIPT OF AND UNDERSTAND THE INSTRUCTIONS LISTED ABOVE, AS WELL AS ANY OTHER INSTRUCTIONS GIVEN TO ME

X _Laurie Bode_
Patient/Representative

ER Discharge Instructions

Patient Name  NORRIS, MAKOTA Z          Medical Record #  00716519          Page 2

```
MRN: 716519PH  Visit: 6809874  DocType: LABMICRO
              Patient Name:    NORRIS, MAKOTA  Z              MRN:   716519     Account: 6809874

01-02-06       HOSP_DISCHARGE_REPORT
PARKVIEW HEALTH LABORATORIES                         MICROBIOLOGY
PHONE (260) 373-9400 OR (800) 289-1444               DISCHARGED: 12/28/05
CLIENT RESPONSE (260) 373-9500


PATIENT: NORRIS, MAKOTA Z                    CPI: 000716519
DOB: 09/29/1999  AGE: 6  GN: M               VISIT NO: 6809874
                                             PT PHONE: (260)636-3326
LOCATION: PWH EMERGENCY DEPT-ED              ROOM: ED-
DATE&TIME ORD: 12/26/05     20:40            ORDERING PHYS: OKAFOR, JOACHIN
                                             COPY FOR:     ER, VISIT;DICK, MICHA
------------------------------------------------------------------------------
                        MICROBIOLOGY
ORDER NUMBER: 36261378
SOURCE   : STOOL                             COLLECTED: 12/26/05 20:38
SITE  :    STOOL                             RECEIVED : 12/26/05 21:00
ANTIBIOTICS AT COLLECTION: OMNIC
ORDER ENTRY COMMENTS:
Positive result called to Angie R.N. (WED) on 12/27/2005 10:45, by RVT

C DIFF TOX A/ B                              FINAL       12/27/05 10:42  SITE-E
12/27/05 Positive for C. difficile Toxins A and or B, EIA Method
------------------------------------------------------------------------------
                        MICROBIOLOGY
ORDER NUMBER: 36261376
SOURCE   : STOOL (PARASITES)                 COLLECTED: 12/26/05 20:37
SITE  :    STOOL                             RECEIVED : 12/26/05 21:00
ANTIBIOTICS AT COLLECTION: OMNIC
ORDER ENTRY COMMENTS:

CULTURE STOOL                                FINAL       12/29/05 13:12  SITE-E
12/29/05 No enteric bacterial pathogens detected in culture.
         (Specimens are examined for Salmonella, Shigella,
         Campylobacter, and E coli O157.)



E: TESTING SITE - PHL 328 Ley Rd,Ft Wayne,IN.


   VISIT NO: 6809874                      PATIENT : NORRIS, MAKOTA Z
   LOCATION: PWH EMERGENCY DEPT           ROOM: ED-
                        MICROBIOLOGY
                                          COPY FOR:     ER, VISIT;DICK, MICHA
------------------------------------------------------------------------------
                        MICROBIOLOGY
ORDER NUMBER: 36261374
SOURCE   : STOOL (PARASITES)                 COLLECTED: 12/26/05 20:36
SITE  :    STOOL                             RECEIVED : 12/26/05 21:00
ANTIBIOTICS AT COLLECTION: OMNIC
ORDER ENTRY COMMENTS:

GIARDIA EXAM (EIA)                           FINAL       12/27/05 08:37  SITE-E
12/27/05 NEGATIVE for Giardia lamblia by EIA.

CRYPTOSPORIDIUM EXAM (EIA)                   FINAL       12/27/05 08:37  SITE-E
12/27/05 NEGATIVE for Cryptosporidium species by EIA.

OVA & PARASITE EIA SCREEN                    FINAL       12/27/05 08:37  SITE-E
12/27/05 *****  If there is a history of foreign travel or other risk
         factors that warrant suspicion of less common intestinal
         parasites, microscopic studies for Ova and Parasites may be
         performed upon request by physician.
------------------------------------------------------------------------------
                        MICROBIOLOGY
ORDER NUMBER: 36261344
SOURCE   : BLOOD                             COLLECTED: 12/26/05 19:15
SITE  :    Pediatric Bottle                  RECEIVED : 12/26/05 19:35
ANTIBIOTICS AT COLLECTION: OMNIC
ORDER ENTRY COMMENTS:
```

```
CULTURE BLOOD                                   FINAL       01/01/06 07:15   SITE-E
12/28/05 No Growth after 24 hour/s of incubation.
12/29/05 No Growth after 48 hour/s of incubation.
01/01/06 No Growth after 5 day/s of incubation.


E: TESTING SITE - PHL 328 Ley Rd,Ft Wayne,IN.


VISIT NO: 6809874                       PATIENT : NORRIS, MAKOTA Z
LOCATION: PWH EMERGENCY DEPT            ROOM: ED-
                        MICROBIOLOGY
```

Patient Name:        NORRIS, MAKOTA Z              MRN:   716519     Account: 6809874

```
12-28-05         HOSP_DISCHARGE_REPORT                     LAB RESULTS
PARKVIEW HEALTH LABORATORIES           ATT.PHYS.: ER, VISIT
PHONE: (260)373-9400 OR (800)289-1444  ADM.PHYS.: ,
CLIENT RESPONSE (260)373-9500

PATIENT: NORRIS, MAKOTA Z              MRN.:      000716519
DOB: 09/29/1999  AGE: 6  GN: M         VISIT NO:  6809874
LOCATION: PWH EMERGENCY DEPT           ROOM NO:   ED -
```

                              HEMATOLOGY

CBC

|  | WBC | RBC | HGB | HCT |
|---|---|---|---|---|
| Test Name Reference Ranges Lab | 4.5-13.5 TH/UL  Lab | 4.00-5.00 MI/UL  Lab | 11.5-14.5 G/DL  Lab | 35.0-44.0 %  Lab |
| 12/26/05  18:45 | 29.5   H   W | 5.69   H   W | 14.6   H   W | 42.7   W |

|  | MCV | MCH | MCHC | RDW |
|---|---|---|---|---|
| Test Name Reference Ranges Lab | 78.0-88.0 FL  Lab | 26.0-29.0 PG  Lab | 32.0-36.0 GM/DL  Lab | 11.5-14.5 %  Lab |
| 12/26/05  18:45 | 75.0  L  W | 25.7  L  W | 34.2  W | 14.3  W |

|  | RDW-SD | PLATELET | ABS NEUTROPHILS | ABS LYMPHOCYTES |
|---|---|---|---|---|
| Test Name Reference Ranges Lab | 36.4-54.5 FL  Lab | 150-450 TH/UL  Lab | 1.40-7.50 TH/UL  Lab | 1.50-7.00 TH/UL  Lab |
| 12/26/05  18:45 | 38.3  W | 577  H  W | 24.58  H  W | 2.66  W |

|  | ABS MONOCYTES | ABS EOSINOPHILS | ABS BASOPHILS |
|---|---|---|---|
| Test Name Reference Ranges | 0.00-1.50 TH/UL  Lab | 0.00-0.50 TH/UL  Lab | 0.00-0.20 TH/UL  Lab |
| 12/26/05  18:45 | 2.10  H  W | 0.02  W | 0.13  W |

AUTO DIFFERENTIAL

|  | NEUTROPHILS | LYMPHOCYTES | MONOCYTES | EOSINOPHILS |
|---|---|---|---|---|
| Test Name Reference Ranges Lab | 30.0-55.0 %  Lab | 40.0-60.0 %  Lab | 0.0-12.0 %  Lab | 0.0-4.0 %  Lab |
| 12/26/05  18:45 | 83.4  H  W | 9.0  L  W | 7.1  W | 0.1  W |

|  | BASOPHILS |
|---|---|
| Test Name Reference Ranges | 0.0-2.0 %  Lab |
| 12/26/05  18:45 | 0.4  W |

W: TESTING SITE - PWH 353 N Oak St, Columbia City, IN.

```
PATIENT: NORRIS, MAKOTA Z              VISIT NO:  6809874
LOCATION:  PWH EMERGENCY DEPT          ROOM: ED
KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC, PL-PANIC LOW, PH-PANIC HIGH, T-TOXIC
```

                              HEMATOLOGY

MORPHOLOGY

|  | MICROCYTES | POLYCHROMASIA | TARGET CELLS |
|---|---|---|---|
| Test Name Reference Ranges | Lab | Lab | Lab |

```
12/26/05  18:45        1+ Slight       W  1+ Slight       W  2+ Mild           W

MISCELLANEOUS HEMATOLOGY

    Test Name               OCCULT BLD SPEC
    Reference Ranges        Negative       Lab

12/26/05  20:50        Positive    AB   W



W: TESTING SITE - PWH 353 N Oak St,Columbia City,IN.


PATIENT: NORRIS, MAKOTA Z                VISIT NO:  6809874
LOCATION:  PWH EMERGENCY DEPT            ROOM: ED
KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC, PL-PANIC LOW, PH-PANIC HIGH, T-TOXIC


                              CHEMISTRY

ROUTINE CHEMISTRY

    Test Name            GLUCOSE               BUN               CREATININE            SODIUM
    Reference Ranges     70-130 MG/DL   Lab    7-17 MG/DL   Lab  0.8-1.3 MG/DL   Lab   134-146
MMOL/L Lab

12/26/05  18:45        142       H    W  20        H    W  0.8              W  132
L    W

    Test Name            POTASSIUM              CHLORIDE            CO2                CALCIUM
    Reference Ranges     3.6-5.1 MMOL/L Lab    98-107 MMOL/L Lab   22-30 MMOL/L Lab   8.3-9.5
MG/DL  Lab

12/26/05  18:45        3.4       L    W  96        L    W  23               W  9.3
    W



W: TESTING SITE - PWH 353 N Oak St,Columbia City,IN.


PATIENT: NORRIS, MAKOTA Z                VISIT NO:  6809874
LOCATION:  PWH EMERGENCY DEPT            ROOM: ED
KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC, PL-PANIC LOW, PH-PANIC HIGH, T-TOXIC
```

Patient Name:   NORRIS, Makota Z        MRN: 716519        Account: 6809874
100592384

PARKVIEW HEALTH
DIAGNOSTIC IMAGING REPORT

EXAMINATION:   AP AND LATERAL CHEST.
Date of Exam:   12/26/2005
Comparison:.   01/01/2003
Relevant Clinical Information:.   Vomiting. Cough.

DISCUSSION:.   Two views. Left convex scoliosis is likely positional. Normal cardiac appearance. High volume chest with no active infiltrates or pleural changes identified.

IMPRESSION:
HIGH VOLUME CHEST - GOOD INSPIRATION VERSUS ASTHMA. NO ACUTE FINDINGS OTHERWISE.

Kelly D. Ferrell, MD/Ft Wayne Radiology

KDF/400014
D: 12/26/2005 20:29:03
T: 12/27/2005 09:29:55
3072749

    ORDERING:   Okafor, Joachin U   MD
    PATIENT:   NORRIS, Makota Z
    MRN:   716519
    DOB:   09/29/1999
    VISIT/ADMIT DATE:   12/26/2005
    EXAM DATE:   12/26/2005
    LOCATION:   PWH
      PATIENT TYPE:   E
100592384   RAD-CHEST FRONTAL/LATERAL
   *RADGEN*

Electronically signed by: Kelly D Ferrell MD, at 12/27/2005 5:18:10 PM
----------------------------------------

100592384

PARKVIEW HEALTH
DIAGNOSTIC IMAGING REPORT

EXAMINATION:   AP AND LATERAL CHEST.
Date of Exam:   12/26/2005
Comparison:.   01/01/2003
Relevant Clinical Information:.   Vomiting. Cough.

DISCUSSION:.   Two views. Left convex scoliosis is likely
positional. Normal cardiac appearance. High volume chest with no
active infiltrates or pleural changes identified.

IMPRESSION:
HIGH VOLUME CHEST - GOOD INSPIRATION VERSUS ASTHMA. NO ACUTE
FINDINGS OTHERWISE.

Kelly D. Ferrell, MD/Ft Wayne Radiology

KDF/400014
D: 12/26/2005 20:29:03
T: 12/27/2005 09:29:55
3072749

   ORDERING:   Okafor, Joachin U   MD
   PATIENT:   NORRIS, Makota Z
   MRN:   716519
   DOB:   09/29/1999
   VISIT/ADMIT DATE:   12/26/2005
   EXAM DATE:   12/26/2005
   LOCATION:   PWH
     PATIENT TYPE:   E
100592384   RAD-CHEST FRONTAL/LATERAL
   *RADGEN*

## AUTHORIZATION FOR MEDICAL TREATMENT:

I hereby authorize the healthcare providers involved with my healthcare to perform that medical treatment and those medical procedures, which are necessary and appropriate I understand that the physicians caring for me are independent healthcare providers and not employees of the facility

## ACKNOWLEDGMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICES:

I have been offered a copy of the Notice of Privacy Practices  The notice describes how my health information may be used or disclosed  I understand that I should read it carefully  I am aware that the notice may be changed at any time

☐ Accepted     ☒ Declined                                     Patient Initials

## RELEASE OF MEDICAL INFORMATION:

I hereby authorize the Hospital and the healthcare providers involved with my care to release information from my medical record as may be required to process my account  I authorize the Hospital to release information to any federal or state agency or to any other third parties who are or may be responsible for processing claims for the care I receive

## PATIENT'S PERSONAL ITEMS:

I understand that the Hospital is not responsible for lost or damaged personal items that I bring into the hospital

## AGREEMENT TO PAY:

The undersigned agrees, whether he or she signs as agent or as patient, that in consideration of the services to be rendered to the patient, he or she is hereby individually obligated to pay the account of the hospital on all charges for services rendered  Payment or adequate assurance of payment for the hospital's services rendered to the patient needs to be made at the time of patient's discharge, or the account will be considered delinquent  All delinquent accounts shall be charged interest or a finance charge at an Annual Percentage Rate (APR) of 18%  Should the account be referred to any attorney or agency for collection, the undersigned shall pay reasonable attorney fees and collection expenses  If litigation results, the amount of attorney fees shall be set by the court and not by the jury

## AUTHORIZATION TO PAY INSURANCE BENEFITS:

In the event the undersigned is entitled to hospital and/or physician benefits of any type whatsoever arising out of any policy of insurance insuring the patient or any other party liable to the patient, said benefits are hereby assigned to the hospital for application to the patient's bill  It is agreed that the hospital may note receipt of any such payment and such payment shall discharge the said insurance company of any and all obligations under the policy to the extent of such payment, the undersigned and/or patient being responsible for charges not covered by this assignment

## PATIENT'S CERTIFICATION/PAYMENT REQUEST:

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct  I request that authorized benefits be made on my behalf for any services by or in any Parkview Health facility, including physicians' services  I certify that the Medicare Secondary Payor Information (form 1300) is accurate to the best of my knowledge  Anyone who misrepresents of falsifies essential information requested by this form may, upon conviction, be subject to fine and imprisonment under Federal law

**I do not want my name included in the facility directory during this visit.** _____
                                                                                Patient Initials

12-26-05                    _____    _____
Date                        Signature of Patient        Signature of Registrar

_____    Mother
Signature of Person Authorized   Relationship
to Consent for Patient

**PARKVIEW
WHITLEY HOSPITAL**
353 North Oak Street
Columbia City IN 46725

**AUTHORIZATION
TO TREAT**

m00716519     09/29/1999
**NORRIS, Makota Z**     M 6
Emergency Dept           Dick, Michael P
006809874    12/26/05

White - Chart     Canary - Patient