
# PARKVIEW NOBLE HOSPITAL
TRUSTED CARE

Date: 04-11-2007

CERTIFICATION/AFFIDAVIT FOR A SUBPOENA

PATIENT NAME:          NORRIS, MAKOTA (716519-PV Health)

NUMBER OF PAGES:    21

DATE(S) OF SERVICE:   NORRIS, MAKOTA (716519-PV Health)
   (12-27-2005) PNHEMS Outpatient
   (12-27-2005) PNHEMT Emergency

The copies of records for which this certification is made are, to our best knowledge, true reproductions of the original or microfilmed hospital medical records that are housed at **PARKVIEW NOBLE HOSPITAL 401 SAWYER ROAD, KENDALLVILLE, IN 46755**. The original records were made in the regular course of business, and it was the regular course of Parkview Noble Hospital to make the records at or near the time of the matter recorded. This certification is given pursuant to IC 34-43-1-5 by the custodian of the records in lieu of the custodian's personal appearance.
   We are not aware of any omissions; however, due to the timing of this request it is possible that a portion of the medical record may be incomplete at this time.
   I affirm under the penalties for perjury that the above and foregoing information is true and correct to the best of my knowledge and belief.


_Sonia Modarressi RHIA_
Record Custodian Signature or Designee

Sonia Modarressi RHIA
Printed

Health Information Services
Release of Information

401 Sawyer Road
P.O. Box 728
Kendallville, Indiana 46755
260-347-8700
www.parkview.com

```
           Patient Name:      NORRIS, MAKOTA  Z              MRN:   716519
Account:  6810243
    COMM. HOSPITAL OF NOBLE CNTY.   HQ ACCT #     MED. REC.#  SRV.DATE  SRV.TM.
CC ACCT #: 06810243                 716519-5361    716519    12/27/05   00:00

NAME & ADDRESS                 PT.TYP  SSN            BIRTH DATE  AGE  SX  CLRK
NORRIS, MAKOTA Z                 E     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   09/29/1999    6   M   DD
2289 W 500 N
PO BOX 172                     FIN.CLS. LOC. ATT. PHYS.
ALBION             , IN 46701     8      EERE 001397-ER, VISIT
PHONE:  260-636-3326
                               CHIEF COMPLAINT
EMPLOYER NAME & ADDRESS        FULL ARREST
UNEMPLOYED


                               NEAREST REL. NAME & ADDRESS
                  ,            NORRIS, MIKE                 REL: F
PHONE:      -    -             2289 W 500 N                 SSN:     -    -

INSURANCE                      ALBION             , IN 467010000
1CO.: MEDICAID PCCM            PHONE:  260-636-3326
1GRP:          POL.#:10273497359
1REL: P    SSN:     -    -     NRST. REL. EMP. NAME & ADDRESS
1INM: NORRIS, MAKOTA Z
2CO.:
2GRP:          POL.#:
2REL:      SSN:                                   ,
2INM:

C H A R G E S

CHARGE DESC.              CPT CODE   DEPARTMENT              RV.CD.   AMOUNT
X-RAY-CHEST SINGLE VIEW A 71010      ERAD-RADIOLOGY          0324      172.50
USE OF PORTABLE MACHINE   764**      ERAD-RADIOLOGY          0320      132.12
GASTROCCULT               82273      ELAB-LABORATORY         0301       28.75
ED IV PUSH                90784      EERE-EMERGENCY ROOM     0940      117.30
ED CARDIAC MONITORING < 1 9304159    EERE-EMERGENCY ROOM     0730      121.00
ED CRITICAL CARE:INIT 30- 99291      EERE-EMERGENCY ROOM     0450     1144.25
ED LEVEL V                99285      EERE-EMERGENCY ROOM     0450     1016.40
*ER/LD/RR/SP OXYGEN COMPL            EERE-EMERGENCY ROOM     0271       24.61
*AMBU BAG                            ERSP-RESPIRATORY THERAPY 0271      52.38
RESUSCITATION             92950     ERSP-RESPIRATORY THERAPY 0480      529.12
EPINEPHRINE 1MG/10ML SYRI J0170      ERXM-PHARMACY           0250       14.56
```

## EMERGENCY DEPARTMENT

**GLASCOW COMA SCALE**

| Eye Opening | | Best Verbal | | Best Motor | |
|---|---|---|---|---|---|
| Spontaneous | 4 | Oriented | 5 | Obeys Commands | 6 |
| To command | 3 | Confused | 4 | Localizes Pain | 5 |
| To pain | 2 | Inappropriate | 3 | Withdraws Pain | 4 |
| To response | 1 | Incomprehensible | 2 | Flexion (Decorticate) | 3 |
| | | Unresponsive | 1 | Extension (Decerebrate) | 2 |
| | | | | No Response | 1 |

**PUPIL SCALE (MM)**  2  3  4  5  6  7  8  9

| Time | BP/P/R | GCS | NOTES |
|---|---|---|---|
| 0730 | | | Dr. Dick contacted & talked c Dr. Perez talked i him. /m |
| 0730 | | | IOPA contacted. — SCM |
| 0735 | | | Dr. Goff contacted. c — SCM |
| 0738 | | | IOPO 2nd call. Donor options pending decision of coroner |
| 0815 | | | Dr. Goff here. — OK |
| 0830 | | | Dr. Goff speaking c family — OK |
| 0900 | | | IOPA informed of family declining donation OK |
| 1000 | | | transport of body to St Joe Hosp for autopsy per D. Heather — OK |

**PARKVIEW NOBLE HOSPITAL**
401 Sawyer Road
Kendallville, IN 46755

**EMERGENCY DEPARTMENT NURSING FLOWSHEET**

Name: NORRIS, Makota Z.   M F
Birthdate: m00716519   09/29/1999   M 6
Family Dr: Emergency, Dept   Dick, Michael P
Date: 006810243   12/27/05

MR - Tab #2 (Form #2813-3-NOBLE) (6-01)   White - Patient Chart   Canary - Emergency Department   Pink - Billing

# EMERGENCY DEPARTMENT

Date: 12-27  Rm Time: 0646  Rm #: 6
☐ Trauma ☒ Medical ☐ Victim ☐ OHS ☐ Employee Health ☐ OP

**TRIAGE** — Time: 0646  PAIN: 0 1 2 3 4 5 6 7 8 9 10 See Notes
CPR in progress
☒ I ☐ II ☐ III ☐ IV ☐ V  [illegible] RN

**ALLERGIES:** ☒ NKDA ☐ Latex

**Care Prior to Arrival:** ☐ None ☐ See Notes ☐ Transfer ☒ EMS Record
**Arrived:** ☐ Car ☐ BLS ☒ ALS  With: EMS-2  ☐ amb ☐ W/C ☐ Carried ☒ Cart

**MEDICATIONS:** ☒ Denies
Medication / Dose / Frequency

**PM Hx:** ☒ Denies ☐ CHF ☐ CAD ☐ COPD ☐ Asthma ☐ HTN ☐ Seizures ☐ CA ☐ Psych ☐ Diabetes ☐ Abuse ☐ CVA ☐ Smoking ☐ ETOH ☐ Pregnant ☐ Renal ☐ Nutritional Disorders ☐ Physical Limitations ☐ Thyroid ☐ Cholesterol
Deaf, premie, ♡ murmur
Surgeries:

Kg ≈ 30 lb (stated)  Actual VS Time 0646
Ht —  BP —0—
R/A Sat —  P absent
w/O₂ — L  R bag assist
Tetanus —  T 0  R 0  Sx Foley

**PHYSICIAN ORDERS:** ☐ Old Chart ☐ EKG ☐ CBC ☐ Dif ☐ Chem 6 ☐ Chem 8 ☐ CPK ☐ Mg ☐ Troponin I ☐ Cardiac Profile ☐ PT ☐ PTT ☐ ABG ☐ UA-CCMS ☐ Cath ☐ Urine C&S ☐ If Indicated ☐ Glucose ☐ Urine-Drug ☐ Serum-Drug ☐ Trauma Profile ☐ Blood Cultures x __ ☐ STD Panel ☒ Portable Chest ☐ Serum Preg ☐ Portable Pelvis ☐ Urine Preg ☐ PC-Spine ☐ BA ☐ PA/LAT Chest ☐ Liver Profile ☐ 5 View C-Spine ☐ Amylase ☐ 3 View LS-Spine ☐ Lipase ☐ Acute Abd Series ☐ X-Ray ☐ CT
Epi x 4 et Atropine x 2 gtn per EMS
☒ Monitor  ☐ Restraint (Order Attached)  ☐ NPO  ☐ Accucheck
Rhythm  asystole
☐ Saline Lock ☒ IV  NS KVO @ patent  [cc/hr]  IO bolus Tibia on arr
1.5 cc Epi IVP via ① I.O. @ 0652 VP/[illegible]
1.5 cc Epi IVP via ① I.O. @ 0657 VP [illegible]
0653 Dr. Peters talking c̄ family. RCM
0701 1.5 cc Epi IO push ⊘ Response [illegible]
 D in status by asystole on monitor CPR con't.
0702 Swell. @ IO site — infusion d/c'd
0704 NRC per Dr. Peters. RCM
0726 Gastric content ⊕ from ETT site [illegible]
Family declines viewing.

**Time:** 0646  ☐ Trauma Flow Sheet  ☐ Vital Sign Data
Neuro: See notes  GCS  Skin: Waxy, cool

**NURSING ASSESSMENT:**
w/M toddler presents from home via EMS c̄ CPR in progress (⊘ pulses palp c̄ CPR). Breath clear et. Bag assist via #4.0 ETT. Sl dependent lividity noted, all extremities stiff to move. Coffee ground secretions noted about ET tube. Ellis [illegible] pt seen most of last pm @ Whitley ER — Dx c̄ viral illness — antibiotic given. (M) got up this am, child not breathing X — called EMS came back to child et was apneic → CPR by phone inst per (M).

**DISPOSITION:**
T Time: ___  PAIN: 0 1 2 3 4 5 6 7 8 9 10 See Notes
☐ Instructions given  ☐ Verbalized Understanding
☐ amb ☐ W/C ☐ Carried ☒ Cart with transport
☐ Report  ☐ Old Chart to floor
D. Kim RN — Nurse Signature

☐ Discharge ☐ Transfer ☐ 23° OBS ☐ Admit  Rm #
☐ f/u with Dr. ___ in ___
Return for:
To St Joe for autopsy

**DIAGNOSIS:**
1. Cardio Resp. Arrest
2. DOA
3.
4.

Dr. ___  By: ___ @ ___
Is EMC present? ☐ Yes ☐ No  ☐ Stable ☒ Unstable

**Personally:**
☐ Obtained history from pt
☐ Performed physical exam
Discussed with pt/family:
☐ Diagnosis
☐ Treatment Plan (admission)
☐ Discharge Instructions
☐ Medications
☐ Prescriptions
☐ Coordination of care
Face to face with the patient/family.
Physician Initials
Can't obtain additional Hx due to ___
Reviewed: ☐ X-Ray ☐ EKG ☐ Old Chart

NP/PA Signature
Physician Signature: [signature]
Dictation Number: 878482

**Discharge Condition:** ☐ Improved ☐ No Change ☒ Expired
Key: EMC = Emergency Medical Condition  w/O2 = With O2 @ ___ L
Lymph = Lymphatic  R = Rectal
Hem = Hematologic  O = Oral
OHS = Occupational Health Services

PARKVIEW NOBLE HOSPITAL
401 Sawyer Road
Kendallville, IN 46755

**EMERGENCY DEPARTMENT RECORD**

Name: NORRIS, Makota Z.  m00716519  09/29/1999  M F
Birthdate: Emergency, Dept  Dick, Michael P  M 6
Family: 006810243  12/27/05

MR · Tab #2 (Form #1402-B-NOBLE) (12-03)  White - Patient Chart  Canary - Physician  Pink - Emergency

**PARKVIEW HEALTH SYSTEM**

PARKVIEW NOBLE HOSPITAL
401 SAWYER ROAD
KENDALLVILLE     IN    46755

| ACCOUNT NO. | MEDICAL RECORD NO. | ADMIT DATE | ADMIT TIME |
|---|---|---|---|
| 006810243 | m00716519 | 12/27/05 | |

| PT TYPE | ES | AD SOURCE | SERVICE | ROOM BED | CLERK | PRIVACY |
|---|---|---|---|---|---|---|
| E | 3 | 7 | EMT | | DENNEY, | |

### PATIENT

NAME, ADDRESS: NORRIS, Makota Z.
2289 W 500 N
PO BOX 172
ALBION     IN 46701
COUNTY: NOBLE    PH. (260)636-3326
EMPLOYER NAME, ADDRESS:

| SOC. SEC. NO. | BIRTHDATE | AGE | SEX | MS | ADV DIR | RELIGION |
|---|---|---|---|---|---|---|
| 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 | 09/29/1999 | 6 | M | S | N | NO00 |

CHURCH: NO PREFERENC
CHIEF COMPLAINT: CA
ADM. PHYS. NO.    NAME
ATT. PHYS. NO.    NAME
PRIMARY CARE PHYS. Dick, Michael P
O/P ORDERING 1  1397    NAME  Emergency, Dept
O/P ORDERING 2          NAME
COMMENTS: INFO PER PT MOTHER

### GUARANTOR

NAME, ADDRESS: BODE    LAURIE    RELATION: M
2289 W 500 N
PO BOX 172      SOC. SEC. NO. 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
ALBION    IN 46701
HOME PH. (260)636-3326    WORK PH. 2608565550

NAME, ADDRESS: JACOBS PIZZA
900 W
CROMWELL    IN 46732

### NEAREST RELATIVE

NAME, ADDRESS: NORRIS    MIKE    RELATION: F
2289 W 500 N    SOC. SEC. NO.
ALBION    IN 46701
HOME PH. (260)636-3326    WORK PH.

### INSURER

1. CO MEDICAID PCCM    GRP        GRP NO
   INS NAME  09/29/1999    REL  SOC. SEC. NO.    CLAIM NO
   POL NO. 102734973599  NORRIS    MAKOTA    01

2. CO    GRP    GRP NO
   INS NAME    REL  SOC. SEC. NO.    CLAIM NO
   POL NO.

### PHYSICIAN COMPLETE

REASON FOR ADMISSION/ADMITTING DIAGNOSIS    CODES

DISCHARGE DIAGNOSIS (DO NOT USE ABBREVIATIONS)

PROCEDURES/TREATMENT

DISCHARGE DATE/TIME | DISCHARGED TO: | DISCHARGE SUMMARY DICTATED. DATE ☐YES ☐NO | PHYSICIAN SIGNATURE X | DATE

1401 AUTO  REV 12/97

WHITE: CHART ORIGINAL    YELLOW: PHYSICIAN

EMERGENCY DEPARTMENT NOTE

DATE OF SERVICE
12/27/2005

HISTORY OF PRESENT ILLNESS
I saw the patient on arrival in the emergency room. The patient was
brought in by the Emergency Medical Service on a full code,
apparently cardiopulmonary resuscitation was in progress, it appears.
This 6-year-old boy was brought in on a cardiopulmonary resuscitation
in progress. The patient was intubated. He is an interosseous line.
Obviously, they cannot get an intravenous line. Apparently, this
child got sick yesterday with diarrhea and vomiting. He was seen at
Whitley Hospital Emergency Room. He stayed there for several hours
(four or five hours, I believe). He was sent home yesterday. He was
given some medication, a shot according to the grandmother and the
mother. Early this morning, according to the mother, the child was
somewhat kicking around. She sat him up and gave him water to drink.
He drank a little bit and then flopped down. From then on, he was not
responding at all. The mother carried him to the living room and he
still just lay down in there, so they called the Emergency Medical
Service. Of course, the first responder arrived first and they were
trying to resuscitate the child when the Emergency Medical Service
arrived there. Emergency Medical Service unable to intubate him right
away and when they suctioned him, it was like a coffee ground where
they suctioned him. Whether they got it through the lung or through
the trachea or into the esophagus is I do not know, but it was a
coffee ground material that they suctioning. They started the
intravenous fluid through the interosseous and started giving
medication through the interosseous. They gave him adrenalin and
atropine. They used a total of 4 epinephrine and 2 atropine by the
time they got here to the emergency room. The paramedic claims that
he was still warm to touch when they arrived, but after several
minutes of working on him his body became really cold and he started
having some rigidity in the upper extremities. Later on, they noticed
some mottling in his back already, and the rigidity was increasing
mostly in the upper extremities. When the patient arrived, they
checked for good breath sounds in both lung fields. They did notice
rigidity on the upper extremities on the child. The monitor did show
completely straight line. They could not get any pulses on him. We
gave more epinephrine. He had another 1.5 of epinephrine. This was
repeated twice here with no response at all. At this point, I went
and talked to the family. I talked to the mother and the grandmother
and I told them what is happening right now and how we have been
resuscitating him for over an hour and still not getting anything.
So, at this point, I told them that we will probably stop the
resuscitation. I initially talked to the grandmother because the
mother took off. I talked to the grandmother if they would like an
autopsy but the mother definitely said no. This case will probably
fall into a coroner's care case. I came back and stopped the
resuscitation. It was 07:04. When the patient arrived, it was 06:46

upon arrival. I talked to Dr. Dick, who is the family doctor, and I also called Dr. Gaff who is the coroner. Dr. Gaff will take over from here.

DIAGNOSIS
CARDIORESPIRATORY ARREST.

NOTE
The coroners took the body to St. Joseph's for autopsy.

_____
Pablo M. Perez, MD


PMP/MedQ
D: 12/27/2005 12:25:49
T: 12/27/2005 14:00:51
878482


PARKVIEW HEALTH
Parkview Noble Hospital
Kendallville, Indiana 46755

   NORRIS, Makota  Z
   MRN: 716519
   DOB: 09/29/1999
    -  Patient Type:  E
 Wktp:103,PNH    Pablo M. Perez, MD
   Importer:  646250-12/27/2005 18:08:42
<>  *ER*


PABLO PEREZ  signed this 01-07-2006 at 10:29:06 PM

```
Patient Name:     NORRIS, MAKOTA Z           MRN:  716519     Account: 6810243

12-29-05           HOSP_DISCHARGE_REPORT                           LAB RESULTS
PARKVIEW HEALTH LABORATORIES            ATT.PHYS.: ER, VISIT
PHONE: (260)373-9400 OR (800)289-1444   ADM.PHYS.: ,
CLIENT RESPONSE (260)373-9500

PATIENT: NORRIS, MAKOTA Z               MRN.:      000716519
DOB: 09/29/1999  AGE: 6  GN: M          VISIT NO:  6810243
LOCATION: PNH EMERGENCY DEPT            ROOM NO:   ED -

                            HEMATOLOGY

HEMATOLOGY SPECIAL STAINS

    Test Name           GASTROCCULT         GASTRIC PH
    Reference Ranges    Negative      Lab   1.50-3.50        Lab

12/27/05  07:10         Positive   AB O    5.00          H   O


 O: TESTING SITE - PNH 401 Sawyer Rd,Kendallville, IN.


 PATIENT: NORRIS, MAKOTA Z                   VISIT NO: 6810243
 LOCATION:  PNH EMERGENCY DEPT               ROOM: ED
KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC, PL-PANIC LOW, PH-PANIC HIGH, T-TOXIC
```

Patient Name:   NORRIS, Makota Z         MRN:  716519         Account:  6810243
100592530

PARKVIEW HEALTH
DIAGNOSTIC IMAGING REPORT

EXAMINATION:   PORTABLE CHEST
Date of Exam:   12-27-05
Comparison:.   12-26-05
Relevant Clinical Information:.   Cardiac arrest.

DISCUSSION:.   A single portable frontal view of the chest is
obtained on 12-27-05 and shows no focal infiltrate or consolidation.
An endotracheal tube is seen with the tip in the right main stem
bronchus. The lungs, however, remain symmetrically inflated. There
is no midline deviation. The cardiac and mediastinal silhouettes
are within normal limits. There is no frank pulmonary edema or
pneumothorax. There is an air filled stomach.

IMPRESSION:
NO FOCAL CONSOLIDATION, PULMONARY EDEMA OR PNEUMOTHORAX.  ET TUBE
TIP IS IN THE RIGHT MAINSTEM BRONCHUS.

Brett Hagedorn, MD

BH/400031
D: 12/27/2005 08:27:46
T: 12/27/2005 09:30:18
3072993

    ORDERING:   Perez, Pablo M   MD
    PATIENT:   NORRIS, Makota Z
    MRN:   716519
    DOB:   09/29/1999
    VISIT/ADMIT DATE:   12/27/2005
    EXAM DATE:   12/27/2005
    LOCATION:   PNH
      PATIENT TYPE:   E
100592530   RAD-CHEST PORTABLE 1 VIEW
    *RADGEN*

Electronically signed by: Joseph R DeCamp MD, at 12/28/2005 7:48:01 AM
----------------------------------------

Patient Name:   NORRIS, Makota Z        MRN: 716519        Account: 6810243
100592530

PARKVIEW HEALTH
DIAGNOSTIC IMAGING REPORT

EXAMINATION:   PORTABLE CHEST
Date of Exam:   12-27-05
Comparison:.   12-26-05
Relevant Clinical Information:.   Cardiac arrest.

DISCUSSION:.   A single portable frontal view of the chest is
obtained on 12-27-05 and shows no focal infiltrate or consolidation.
An endotracheal tube is seen with the tip in the right main stem
bronchus. The lungs, however, remain symmetrically inflated. There
is no midline deviation. The cardiac and mediastinal silhouettes
are within normal limits. There is no frank pulmonary edema or
pneumothorax. There is an air filled stomach.

IMPRESSION:
NO FOCAL CONSOLIDATION, PULMONARY EDEMA OR PNEUMOTHORAX. ET TUBE
TIP IS IN THE RIGHT MAINSTEM BRONCHUS.

Brett Hagedorn, MD

BH/400031
D: 12/27/2005 08:27:46
T: 12/27/2005 09:30:18
3072993

    ORDERING:   Perez, Pablo M   MD
    PATIENT:   NORRIS, Makota Z
    MRN:   716519
    DOB:   09/29/1999
    VISIT/ADMIT DATE:   12/27/2005
    EXAM DATE:   12/27/2005
    LOCATION:   PNH
       PATIENT TYPE:   E
100592530   RAD-CHEST PORTABLE 1 VIEW
    *RADGEN*

