**Anatomical Gift Disapproval**

I acknowledge that I have been advised of the procedures available for making an anatomical gift and I respectfully decline to make such a gift.

Signature of Legal Decision-Maker: _Laurie Bode_ / _D King RN_   Date: _12.27.05_

Print Name: _LAURIE BODE_   Time: _0830_

---

**Witnesses** *(Check as appropriate)*:

☐ Signature of Legal Decision-Maker. We, the undersigned, have witnessed the above signature, which was executed in our presence, and we hereby affix our own signatures to this Anatomical Gift Approval/Disapproval in the presence of the legal decision-maker.

☐ Telegraphic, Documented Telephonic or Other Recorded Authorization. We, the undersigned, hereby witness the telegraphic, documented telephonic or other recorded authorization of the above-identified legal decision-maker making the anatomical gift(s) specified above.

☐ Signature on Behalf of Legal Decision-Maker Who Cannot Sign. (If the legal decision-maker cannot sign, another may sign the Anatomical Gift Approval/Disapproval for the legal decision-maker at their direction.) We, the undersigned, have witnessed the above signature of the person who signed on behalf of, and at the direction of the legal decision-maker which was executed in our presence and in the presence of the legal decision-maker, and we hereby affix our signatures in the presence of the legal decision-maker.

Witness Signature: _D King RN_   Witness Signature: _____

Print Name: _D King RN_   Print Name: _____

Date: _12.27.05_   Time: _0830_   Date: _____ Time: _____

---

Designated Requestor: _Terry Gaff M.D._   IDA Case Number: _504 7194_

---

Under the Indiana Uniform Anatomical Gift Act, Indiana Code § 29-2-16-2, any of the following persons (legal decision-maker), in order of priority stated when persons in prior classes are available at the time of death, and in the absence of actual notice of contrary indications by the decedent (patient) or actual notice of opposition by a member of the same or prior class, may give all or any part of the decedent's (patient's) body: 1) Spouse, 2) Son or Daughter (at least eighteen years of age), 3) either Parent, 4) Grandparent, 5) Brother or Sister (at least eighteen years of age), 6) a Guardian of the decedent (patient) at the time of his/her death.



**PARKVIEW NOBLE HOSPITAL**
401 Sawyer Road
Kendallville, IN 46755

**ANATOMICAL GIFT APPROVAL/DISAPPROVAL**

m00716519   09/29/1999
**NORRIS, Makota Z.**   M 6
Emergency, Dept   Dick, Michael P
006810243   12/27/05



MR - Tab #17 (Form #1976-NOBLE) (10-04)       White - Chart   Yellow - Recovery Agency   Pink - Family



**AUTHORIZATION FOR MEDICAL TREATMENT:**
I hereby authorize the healthcare providers involved with my healthcare to perform that medical treatment and those medical procedures, which are necessary and appropriate. I understand that the physicians caring for me are independent healthcare providers and not employees of the facility.

**ACKNOWLEDGMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICES:**
I have been offered a copy of the Notice of Privacy Practices. The notice describes how my health information may be used or disclosed. I understand that I should read it carefully. I am aware that the notice may be changed at any time.
❑ Accepted    ❑ Declined         X _MN_
                                    Patient Initials

**RELEASE OF MEDICAL INFORMATION:**
I hereby authorize the Hospital and the healthcare providers involved with my care to release information from my medical record as may be required to process my account. I authorize the Hospital to release information to any federal or state agency or to any other third parties who are or may be responsible for processing claims for the care I receive.

**PATIENT'S PERSONAL ITEMS:**
I understand that the Hospital is not responsible for lost or damaged personal items that I bring into the hospital.

**AGREEMENT TO PAY:**
The undersigned agrees, whether he or she signs as agent or as patient, that in consideration of the services to be rendered to the patient, he or she is hereby individually obligated to pay the account of the hospital on all charges for services rendered. Payment or adequate assurance of payment for the hospital's services rendered to the patient needs to be made at the time of patient's discharge, or the account will be considered delinquent. All delinquent accounts shall be charged interest or a finance charge at an Annual Percentage Rate (APR) of 18%. Should the account be referred to any attorney or agency for collection, the undersigned shall pay reasonable attorney fees and collection expenses. If litigation results, the amount of attorney fees shall be set by the court and not by the jury.

**AUTHORIZATION TO PAY INSURANCE BENEFITS:**
In the event the undersigned is entitled to hospital and/or physician benefits of any type whatsoever arising out of any policy of insurance insuring the patient or any other party liable to the patient, said benefits are hereby assigned to the hospital for application to the patient's bill. It is agreed that the hospital may note receipt of any such payment and such payment shall discharge the said insurance company of any and all obligations under the policy to the extent of such payment, the undersigned and/or patient being responsible for charges not covered by this assignment.

**PATIENT'S CERTIFICATION/PAYMENT REQUEST:**
I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I request that authorized benefits be made on my behalf for any services by or in any Parkview Health facility, including physicians' services. I certify that the Medicare Secondary Payor Information (form 1300) is accurate to the best of my knowledge. Anyone who misrepresents of falsifies essential information requested by this form may, upon conviction, be subject to fine and imprisonment under Federal law.

**I do not want my name included in the facility directory during this visit.** _____
                                                                                Patient Initials

_12/27/05_         X _Laurie Bell_              _Denney_
Date                 Signature of Patient         Signature of Registrar

X _____        X _Mother_____
   Signature of Person Authorized              Relationship
   to Consent for Patient

PARKVIEW
NOBLE HOSPITAL          AUTHORIZATION       m00716519      09/29/1999
401 Sawyer Road            TO TREAT         NORRIS, Makota Z.   M 6
Kendallville, IN 46755                      Emergency, Dept    Dick, Michael P
                                            006810243    12/27/05

MR - Tab #17 (Form #608-NOBLE) (12-02)      White - Chart    Canary - Patient

The undersigned hereby authorizes Parkview Noble Hospital

to release the body of (deceased): _McRita Norris_

to (name of funeral home): _Brazzell Funeral Home_ and / or its agents.

I (we) hereby represent that I am (we are) of the same and nearest degree of relationship to the deceased and/or are legally authorized or charged with the responsibility for such burial and/or other disposition.

Date: _____  Time: _____

Name: _____  Relationship: _____

Name: _____  Relationship: _____

Witness: _____

---

Patient determined by IOPO 800-356-7757 suitable for organ and/or tissue donation: ☒ Yes  ☐ No

Reference Number: _5047194_

- If no, explain: _____
- If yes, offer donation to next-of-kin and complete Authorization for Anatomical Gift form.

---

Body of (deceased): _____  Received by: _____

Representing (funeral home): _____

this _____ day of _____, 20_____ at _____ (Military Time)

Receiver Signature: _____

Witness Signature: _____



**CONSENT FOR RELEASE OF BODY**

PARKVIEW NOBLE HOSPITAL
951 East Hospital Drive
Kendallville, IN 46755

©MR - Tab #17  (Form #1781-NOBLE) (6-03)   White - Chart   Yellow - Family



m00716519   09/29/1999
NORRIS, Makota Z.    M 6
Emergency, Dept         Dick, Michael P
006810243   12/27/05



**NOBLE HOSPITAL** — PARKVIEW TRUSTED CARE

00 6817738

Addendum Exists: ☐   Complete Status: Completed by User and System
PCR Locked: ☐   Patient #: 1   Of: 1   Page 1 of 4

## PREHOSPITAL PATIENT CARE REPORT

Medical

| Incident Number | Date: | Medical Record #: |
|---|---|---|
| 05-3664-01 | 12/27/2005 | 00716519 |

### PATIENT INFORMATION

| Name: | Norris | Makota | Z |
|---|---|---|---|
| SSN: | 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 | Phone: | (260) 636-3326 |

Address: 2289 West 500 North P.O. Box 172
Albion    IN    46701-

| Gender: | Weight: | Date of Birth: | Age: |
|---|---|---|---|
| Male | 30 Lbs | 9/29/1999 | 6 Years |

Ethnicity: Caucasian

Type of Patient: Cardiac Arrest - Resuscitation in progress   427.5
Date/Time of Onset: 12/27/2005 05:45:00
Pay Source: Medicaid
Employer: Unemployed
Family Physician: Dick, Michael P
Receiving Hospital: Parkview Noble Hospital
Hospital Disposition:
ED Disposition:

### CALL INFORMATION

Provider: Parkview Noble Hospital EMS
Station:
Unit #: 0401    Call Origin: 911 or equivalent
Call Sign:    Unit Role:
First Responder: Albion Fire Department
Call Disposition: Emergency Department Transport
To: Emergent, Lights and Siren   From: Emergent, Lights and Siren
Transport Provider: Parkview Noble Hospital EMS
Unit #: 0401    Transport Mode: Ground
Incident Location: 2289 West 500 North
Location Type: Pt. Residence/Home

Destination Reason: Closest Facility
From/To: Patient Legal Residence    Hospital
Received By: Dr. Perez and Nursing staff
Map Zon    Map Zone
Dispatch/Scene District:    York Township
Response Number:
Patient Mileage / Total Mileage:   11.0   /
Radio Protocol: Standing Orders
EMD Performed
Scene County/City/Zip:   Noble   Albion   46701
Others on Scene:   Albion Police Department

### Chief Complaint

cardiac arrest

| Initial Trauma Score: | | Initial GCS: | 3 |
|---|---|---|---|
| Pt Vehicle: | | Est. Blood Loss: | |
| Pt Position: | | | |

### Pertinent Findings

| Reason for Call: | Unconscious (unknown cause) |
|---|---|
| Severity Impression: | |
| Mechanism of Injury | |
| Safety Equipment: | |

### System Assessment

### Findings

Bystander CPR:    Yes
Evidence of Trauma:    No

| Primary Medic | Driver/Partner | Secondary Medic | Dispatcher |
|---|---|---|---|
| Hamper Jeremy, EMT-P | Clevenger Bonnie, EMT-A | | Montoya Sharon, EMT-A |
| EMT-P  1738649 | AEMT  5741096 | | AEMT  5752514 |

Ride along:
Medical Control: Perez, Pablo    Base/Time: Parkview Noble Hos

Norris    Makota    Z    Service Level: ALS2    EMS Case Number: 51205702060047    AMBRUN

# NOBLE HOSPITAL
## PARKVIEW TRUSTED CARE

Addendum Exists: ☐
PCR Locked: ☐

Complete Status: Completed by User and System
Patient #: 1   Of: 1   Page 2 of 4

## PREHOSPITAL PATIENT CARE REPORT

**Medical**

| Incident Number | Date: | Medical Record #: |
|---|---|---|
| 05-3664-01 | 12/27/2005 | |

**Patient Belongings:: : Left at scene**

**Infection Control Precautions: : Gloves only**

**Allergies:** None
**Current Medications:** unknown antibiotic
**Medical History:** heart murmur, child was premature

### HPI:
Dispatched to above reference a medical problem. Dispatch advised of a 6 year old child possibly not breathing. While en route, advised that CPR instructions were being given over the phone. Upon arrival, the patient was found lying supine on the floor with CPR being performed by an Albion Police Officer and a first responder. The mother stated that the patient had been seen yesterday at Parkview Whitley for vomiting. The mother stated that the patient was sent home with antibiotics because of a "viral infection." The mother stated that about 10 minutes before calling 911, she had brought the child out of his bedroom and placed him on the living room floor. The mother stated that she" thought" the child was breathing when she put him on the floor. She stated she went back in to check on him and he was not breathing then. Physical exam noted the patient to have no pulse and was not breathing. Skin pale and warm to touch. Noted slight rigidity in the patients arms. Patient noted to have coffee ground emesis around his mouth and nose. Monitor on showing asystole in all leads. Pupils fixed and dilated. Approximately 100 milliliters of coffee ground emesis was suctioned from the patients airway. Patient was intubated with #4.0 endotracheal tube times one attempt. Good breath sounds with good rise and fall of chest noted. Good capnography readings obtained. CPR continued throughout transport. An intraosseous IV was placed the patients left leg. Positive aspiration of marrow and the site flushed easily. Patient given medications as listed in procedure section. Monitor remained asystole throughout transport. CPR continued. Patient required suctioning during transport. Report given to Dr. Perez per cell phone with no further orders received. At Parkview Noble, the patient was still in asystole. CPR still being done. Patient was taken in to the emergency room and placed in room #6. The patient was moved to the cot. Report given and care released to Dr. Perez and nursing staff. Unit returned to service.

| Primary Medic | Driver/Partner | Secondary Medic | Dispatcher |
|---|---|---|---|
| Hammer, Jeremy, EMT-P | Clevenger Bonnie, EMT-A | | Montoya Sharon, EMT-A |
| EMT-P  1738849 | AEMT  5741096 | | AEMT  5752514 |
| Ride along | | | |
| Medical Control  Perez, Pablo | | Base/Time:  Parkview Noble Hospital  06:35 | |
| Norris | Makota | Z  Service Level: ALS2 | EMS Case Number: 51205702060047  Printed: 12/27/2005 09:22:21 |



**NOBLE HOSPITAL**

Addendum Exists: ☐   Complete Status: **Completed by User and System**
PCR Locked: ☐   Patient #  **1**   Of:  **1**   Page 3 of 4

## PREHOSPITAL PATIENT CARE REPORT

Medical

| Incident Number | Date: | Medical Record #: |
|---|---|---|
| 05-3664-01 | 12/27/2005 | |

### Event Chronology

| Time | Procedure | Description | Attendant |
|---|---|---|---|
| 05:55:28 | | **Call Received Time** | |
| 05:57:00 | CONDITION CODE AT DISPATCH | CONDITION CODE 42)unconscious-fainting<br>Notes: unconscious/ unknown | Montoya, Sharon, EMT-A - AEMT |
| 05:57:58 | | **Dispatched Time** | |
| 05:58:26 | | **Time Enroute** | |
| 06:03:00 | CPR | CPR TERMINATED: No<br>Notes: CPR being done by police officer and first responder. | Albion Fire Department, - First Responder |
| 06:05:19 | | **Arrived at Scene**<br>**Odometer: 159000** | |
| 06:06:00 | | **Patient Contact Time** | |
| 06:06:00 | PARAMEDIC ASSESSMENT | ASSESS REASON: Cardiac Arrest | Hammer, Jeremy, EMT-P - EMT-P |
| 06:07:00 | CHECKED PULSES | LOCATION: Brachial  PRESENT: No | Clevenger, Bonnie, EMT-A - AEMT |
| 06:08:00 | ASSESS LUNG SOUNDS | Left Lung Sounds: Clear<br>Right Lung Sounds: Clear | , - |
| 06:08:00 | ASSESSMENT | SKIN Color: Pale- Moisture: Normal- Temp: Normal<br>Cap Refill: > 2 Seconds- Pupils: L: Fixed/Dilated- R: Fixed/Dilated- PERL: No<br>GCS: 3 - Eye: No Response- Motor: No Response- Verbal: No Response | , - |
| 06:08:00 | CPR | CPR TERMINATED: No<br>Notes: CPR restarted and continued throughout transport. | Albion Fire Department, - First Responder |
| 06:08:00 | ECG MONITOR | RHYTHM: Asystole<br>Notes: confirmed in all leads | Clevenger, Bonnie, EMT-A - AEMT |
| 06:08:00 | VITAL SIGN | SBP/DBP: / ECG Monitor- Pulse: 0 Absent- R-Rate: 0  Other | , - |
| 06:10:00 | SUCTION | METHOD: Oral  SIZE/TYPE Yankauer<br>Notes: suctioned throughout transport. | Hammer, Jeremy, EMT-P - EMT-P |
| 06:12:00 | INTUBATION | DEVICE Oral ET  BREATH SOUNDS: Right and left (equal)  TUBE SIZE 4.0  SECURED (CM): 16  CO2 LEVEL 9  SUCCESS Y/N: Yes  ATTEMPTS 1  PTRESPONSE: No Change | Hammer, Jeremy, EMT-P - EMT-P |
| 06:13:00 | ASSIST VENTILATIONS | DEVICE Bag Valve/ET | Clevenger, Bonnie, EMT-A - AEMT |
| 06:13:00 | CAPNOGRAPHY | DEVICE: Capnostat  CO LEVEL: 46  COLOR CHANGE No | Hammer, Jeremy, EMT-P - EMT-P |
| 06:14:00 | SUCTION | METHOD: ET Tube  SIZE/TYPE 10 g<br>Notes: suctioned approximately 100 milliliters of coffee ground emesis. | Hammer, Jeremy, EMT-P - EMT-P |

| Primary Medic | Driver/Partner | Secondary Medic | Dispatcher |
|---|---|---|---|
| Hammer Jeremy, EMT-P | Clevenger Bonnie, EMT-A | | Montoya Sharon, EMT-A |
| EMT-P  1738649 | AEMT  5741096 | | AEMT  5752514 |
| Ride along | | | |
| Medical Control  Perez, Pablo | | Base/Time:  Parkview Noble Hospital  06:35 | |

Norris   Makota   Z   Service Level: ALS2   EMS Case Number: 51205702060047   Printed: 12/27/2005 09:22:22



# PARKVIEW NOBLE HOSPITAL

## PREHOSPITAL PATIENT CARE REPORT

Addendum Exists: ☐   Complete Status: **Completed by User and System**
PCR Locked: ☐   Patient # **1**   Of: **1**   Page 4 of 4

**Medical**

| Incident Number | Date: | Medical Record #: |
|---|---|---|
| 05-3664-01 | 12/27/2005 | |

| Time | Event | Details | Provider |
|---|---|---|---|
| 06:16:00 | I.V. ACCESS | IV SITE: Left Antecubital  GAUGE 24  RATE: Other  IV SOLUTION: NS  TOTAL ML.'S: 5  SUCCESS: No  ATTEMPTS: 1<br>Notes: infiltrated with fluid | Clevenger, Bonnie, EMT-A - AEMT |
| 06:19:00 | INTRAOSSEOUS | I.O. SITE: LT - Left Tibia  SOLUTION: NS  TOTAL ML.'S: 300  RATE 300  SUCCESS: Yes  ATTEMPTS: 1<br>Notes: fluid bolus given | Hammer, Jeremy, EMT-P - EMT-P |
| 06:21:00 | MEDICATION ADMINISTERED | REPEAT / VERIFY Standing Order  MEDICATION: Epinephrine 1:10,000  DOSAGE: 1.5  UNIT: CCs  ROUTE: IV  SUCCESS: Yes  PTRESPONSE: No Change | Hammer, Jeremy, EMT-P - EMT-P |
| 06:23:00 | MEDICATION ADMINISTERED | REPEAT / VERIFY Standing Order  MEDICATION: Atropine  DOSAGE: 3  UNIT: CCs  ROUTE: IV  SUCCESS: Yes  PTRESPONSE: No Change | Hammer, Jeremy, EMT-P - EMT-P |
| 06:25:00 | STRETCHER | TRANSPORT: Supine  SECURED: With 3 belts | Albion Fire Department, - First Responder |
| 06:26:00 | MEDICATION ADMINISTERED | REPEAT / VERIFY Standing Order  MEDICATION: Epinephrine 1:10,000  DOSAGE: 1.5  UNIT: CCs  ROUTE: IV  SUCCESS: Yes  PTRESPONSE: No Change | Hammer, Jeremy, EMT-P - EMT-P |
| 06:29:00 | MEDICATION ADMINISTERED | REPEAT / VERIFY Standing Order  MEDICATION: Atropine  DOSAGE: 3  UNIT: CCs  ROUTE: IV  SUCCESS: Yes  PTRESPONSE: No Change | Hammer, Jeremy, EMT-P - EMT-P |
| 06:30:00 | CONDITION CODE AT SCENE | CONDITION CODE 11) Cardiac arrest | Hammer, Jeremy, EMT-P - EMT-P |
| 06:30:49 | **Depart Scene** | | |
| 06:34:00 | MEDICATION ADMINISTERED | REPEAT / VERIFY Standing Order  MEDICATION: Epinephrine 1:10,000  DOSAGE: 1.5  UNIT: CCs  ROUTE: IV  SUCCESS: Yes  PTRESPONSE: No Change | Hammer, Jeremy, EMT-P - EMT-P |
| 06:35:00 | **Medical Control** | | |
| 06:35:00 | MEDICAL CONTROL CONTACTED | CONTACTED ON: Cell phone<br>Notes: no further orders per Dr. Perez. | Hammer, Jeremy, EMT-P - EMT-P |
| 06:41:00 | MEDICATION ADMINISTERED | REPEAT / VERIFY Standing Order  MEDICATION: Epinephrine 1:10,000  DOSAGE: 1.5  UNIT: CCs  ROUTE: IV  SUCCESS: Yes  PTRESPONSE: No Change | Hammer, Jeremy, EMT-P - EMT-P |
| 06:44:09 | **Arrived Destination**<br>Odometer: 159011 | | |
| 07:12:51 | **Return to Service** | | |
| 07:50:23 | **Time at Base** | | |

| Primary Medic | Driver/Partner | Secondary Medic | Dispatcher |
|---|---|---|---|
| *[signature]* | | | |
| Hammer Jeremy, EMT-P | Clevenger Bonnie, EMT-A | | Montoya Sharon, EMT-A |
| EMT-P  1738649 | AEMT  5741096 | | AEMT  5752514 |

| Ride along | | | |
|---|---|---|---|
| Medical Control | Perez, Pablo | Base/Time: | Parkview Noble Hospital  06:35 |
| Norris | Makota | Z  Service Level: ALS2 | EMS Case Number: 51205702060047   Printed: 12/27/2005 09:22:23 |



# PARKVIEW HEALTH SYSTEM

**PARKVIEW NOBLE HOSPITAL**
401 SAWYER ROAD
KENDALLVILLE    IN    46755

| ACCOUNT NO. | MEDICAL RECORD NO. | ADMIT DATE | ADMIT TIME |
|---|---|---|---|
| 006817738 | m00716519 | 12/27/05 | |

| PT TYPE | ES | AD SOURCE | SERVICE | ROOM BED | CLERK | PRIVACY |
|---|---|---|---|---|---|---|
| O | 3 | 1 | EMS | | HINEN, | |

☐ TBA  ☐ ENDO  ☐ OPS  ☐ BEDO

## PATIENT

**NAME, ADDRESS**
NORRIS, Makota Z.
2289 W 500 N
PO BOX 172
ALBION             IN 46701

COUNTY    PH.
NOBLE     (260)636-3326

EMPLOYER NAME, ADDRESS

PH.

| SOC. SEC. NO. | BIRTHDATE | AGE | SEX | MS | ADV DIR | RELIGION |
|---|---|---|---|---|---|---|
| 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 | 09/29/1999 | 6 | M | S | N | NO00 |

| CHURCH | CHIEF COMPLAINT |
|---|---|
| NO PREFERENC | CARDIAC ARREST |

ADM. PHYS. NO.           NAME
ATT. PHYS. NO.           NAME
PRIMARY CARE PHYS.  Dick, Michael P
O/P ORDERING 1  9073        NAME  Gaff, Terry M
O/P ORDERING 2              NAME
COMMENTS

## GUARANTOR

| NAME, ADDRESS | RELATION |
|---|---|
| BODE    LAURIE | M |
| 2289 W 500 N | |
| PO BOX 172 | SOC. SEC. NO. |
| ALBION    IN 46701 | 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 |

HOME PH. (260)636-3326    WORK PH. 2608565550

**NAME, ADDRESS**
JACOBS PIZZA
900 W

CROMWELL    IN 46732

## NEAREST RELATIVE

| NAME, ADDRESS | RELATION |
|---|---|
| NORRIS    MIKE | F |
| 2289 W 500 N | |
| | SOC. SEC. NO. |
| ALBION    IN 46701 | |

HOME PH.(260)636-3326    WORK PH.

NAME, ADDRESS

## INSURER

| 1. CO  MEDICAID PCCM | GRP | | GRP NO | CLAIM NO |
|---|---|---|---|---|
| POL NO. 102734973599  INS NAME 09/29/1999  NORRIS   MAKOTA | REL 01 | SOC. SEC. NO. | | |
| 2. CO | GRP | | GRP NO | CLAIM NO |
| POL NO.    INS NAME | REL | SOC. SEC. NO. | | |

## PHYSICIAN COMPLETE

**REASON FOR ADMISSION/ADMITTING DIAGNOSIS**                     CODES

**DISCHARGE DIAGNOSIS (DO NOT USE ABBREVIATIONS)**

**PROCEDURES/TREATMENT**

| DISCHARGE DATE/TIME | DISCHARGED TO: | DISCHARGE SUMMARY DICTATED  ☐YES  DATE  ☐NO | PHYSICIAN SIGNATURE  X | DATE |
|---|---|---|---|---|

1401 AUTO  REV 12/97           WHITE: CHART ORIGINAL        YELLOW: PHYSICIAN

Date: 12-27-05
Run #: 053664

## Authorization for Emergency Medical Treatment and Payment of Charges

I, the undersigned, using **Parkview Noble Hospital Emergency Medical Service** (Ambulance Service), hereby authorize the attending personnel to perform such procedures and/or administer such medications, which in the judgment of the personnel is appropriate. I also certify that no guarantee or assurance has been made as to the results that may be obtained.

In the event the undersigned is entitled to hospital and/or physician benefits of any type whatsoever arising out of any policy of insurance insuring the patient or any other party liable to the patient, said benefits are hereby assigned to the Parkview Noble Hospital for application to the patient's bill. It is agreed that the hospital may note receipt of any such payment and such payment shall discharge the said insurance company of any and all obligations under the policy to the extent of such payment, the undersigned and/or patient being responsible for charges not covered by the assignment. I understand that I am financially responsible to the ambulance service listed above for charges not covered by an insurer or governmental entities, and hereby guarantee payment of this bill. I further agree that if collection is made by suit, or otherwise, I will pay all collection costs including reasonable attorney fees.

I understand that nothing in this Authorization and Release shall provide a basis for denial of either emergency transport or emergency care because of inability to pay.

## ☐ Refusal of Service

I hereby refuse treatment and/or transportation on my own volition. I have been advised of the potential risks/hazards of my actions. I release Parkview Noble Hospital and its personnel from any and all claims in connection with refusal to accept transportation and/or medical service. The examination I just received was without benefit of further diagnostic procedures and serial observation. I understand that significant harm may occur related to my present condition. I have been advised and understand that I should seek physician attention immediately if problems persist or materialize.

## ☐ Transport Destination Waiver

I understand that I am being transported in an ambulance operated by Parkview Noble Hospital, Inc. I have decided to voluntarily withdraw my request for any kind of care, screening examination or treatment at Parkview Noble Hospital and Parkview Noble Hospital's Emergency Department, and have directed the ambulance personnel to transport me to _____ for examination and treatment.

Ambulance personnel have offered me the full resources available at Parkview Noble Hospital's Emergency Department for a medical screening examination and any necessary stabilizing treatment. The ambulance personnel have informed me of the benefits of a transport directly to Parkview Noble Hospital.

All of my questions concerning these matters, my choice to withdraw from seeking examination and care at Parkview Noble Hospital and my direction to instead be transported to the above hospital have been answered to my satisfaction. I release Parkview Noble Hospital, the ambulance company and its personnel from all responsibility or liability for any injury or ill effect that may result from my direction and agree to accept all responsibility for the consequences of my direction.

Signature of Patient or Guardian: _____ Date: _____
Signature of Witness: _____ Date: 12-27-05
Responsible Party if Patient is a Minor: _____ Relationship to Patient: _____
Reason why Patient cannot sign: Cardiac Arrest

**PATIENT REFUSES TO SIGN RELEASE FOR TREATMENT**
Signature of Witness (title): _____ Date/Time: _____
Signature of Witness (title): _____ Date/Time: _____

**PARKVIEW NOBLE HOSPITAL**
951 East Hospital Drive
Kendallville, IN 46755

**EMS AUTHORIZATION FOR TREATMENT/REFUSAL OF SERVICE/TRANSPORT DESTINATION WAIVER**

Patient Name: Makota Morris
Address: 2285 West 500 North
City/State/ZIP: Albion, IN 46701
D.O.B.: 9/25/05

MR - Tab #17 (Form #7146-NOBLE) (11-04) Side 1 of 2   White - Chart   Yellow - EMS Office   Pink - Patient

### Wound Care
1. Infections in lacerations are frequently preventable by proper care and this care speeds healing. Keep area clean and dry.
2. Contact your family physician during office hours and set up an appointment within 24-48 hours for follow-up care.
3. Showering and bathing will not hurt the wound unless it is rubbed in washing. Check with your physician first. Until you are examined by your physician, keep area clean and dry.
4. Watch for signs of infection:
   • increasing pain   • drainage from wound   • heat   • increasing redness   • increasing swelling   • tenderness
5. Seek medical advice if any of the above symptoms appear.

### Strains / Sprains
1. It is important that muscle/skeletal injuries be elevated above the level of your heart for at least 24 hours. This helps relieve pain and decrease swelling.
2. If a foot or leg is injured, keep it elevated on two pillows while lying down.
3. If a hand, wrist, or elbow is injured keep it elevated on pillows above the level of the shoulder.
4. Apply ice intermittently (15 min. every 2 hours) to the injury for the first 24-48 hours. Use a cloth between the skin and the ice, to prevent cold injury to your skin.
5. If injury site is wrapped, the bandage may be too tight if the fingers or toes become discolored, swollen, numb, or painful. In this situation unwrap the area and contact your family physician.

### Head Injuries
1. Signs and symptoms may develop during the first 24 hours. If this occurs it should be reported immediately to your family physician or an Emergency Room physician who will then determine if examination or hospitalization is required.
2. It is important that you stay with a responsible adult the first 24 hours. Show these instructions to them so they can observe you and assist you if necessary.
3. Clear liquids for 8 hours, jello, water, kool-aid, etc. (no milk), followed by reduced amounts of food the next 24 hours.
4. Contact you family physician for pain medication.
5. No alcoholic drinks.
6. Every 2 hours for the first 24 hours, you need to be observed for any of the following:
   • persistent nausea and/or vomiting   • mental confusion   • one pupil much larger or different than the other
   • significant change in breathing   • persistent dizziness   • weakness, paralysis, or numbness of arms or legs
   • unusual sleepiness or difficulty awakening (awake the patient from sleep every 2-3 hours during the period of sleep or during the first night)
   ** Appearance of any of the signs means that you should consult your physician immediately. **

### Diabetic Problems
1. You should contact your family physician in order to regulate your food and/or insulin intake.
2. You should eat a meal that is high in carbohydrates and protein right away.
3. Signs and symptoms of hypoglycemia (low blood sugar) may appear or reappear very quickly. If any of the following symptoms appear or reappear seek medical attention immediately.
   • confusion   • headache   • weakness / lack of coordination   • drowsiness   • seizures   • cold, clammy skin

### High Fever
1. A child's temperature regulating mechanism is not well developed and thus, the fever is often higher than one would expect with a relatively minor infection. A fever usually does not cause your child harm.
2. Increase fluid intake. Fever burns body fluids off more rapidly than normal and the fluids need to be replaced.
3. Expose the skin to air and dress as lightly as possible. Do not wrap the child in blankets to "break" fever, it will only go higher.
4. Sponge the child with room temperature water or put in a tub of room temperature water and keep the water cool. If the water is too cold, the child will shiver which will raise the body temperate and defeat the purpose. NEVER LEAVE THE CHILD UNATTENDED IN THE TUB AND DO NOT USE ALCOHOL TO COOL THE CHILD.
5. Children most often have seizures from rapidly rising temperatures.

### Special Instructions



**EMS AUTHORIZATION FOR TREATMENT/REFUSAL OF SERVICE/TRANSPORT DESTINATION WAIVER**

PARKVIEW NOBLE HOSPITAL
951 East Hospital
Kendallville, IN

Patient Name: ____
Address: ____
City/State/ZIP: ____
D.O.B.: ____

MR - Tab #17  (Form #7146-NOBLE) (11-04) Side 2 of 2   White - Chart   Yellow - EMS Office   Pink - Patient