# INDIANA STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

ATTENTION ESTATE: This Social Security # is being requested by this state agency in order to pursue its statutory responsibility. Disclosure is voluntary and there will be no penalty for refusal.

THE RECORDS IN THIS SERIES ARE CONFIDENTIAL PER IC 16-37-1-10

State File No. ____
Local No. ____

TYPE/PRINT IN PERMANENT BLACK INK

### DECEDENT

1. DECEASED—NAME (First, Middle, Last): MAKOTA "CLETUS" Z. NORRIS
2. SEX: Male
3a. TIME OF DEATH: 7:04 AM
3b. DATE OF DEATH: December 27, 2005
4. SOCIAL SECURITY NUMBER: 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
5a. AGE—Last Birthday (Years): 6
5b. UNDER 1 YEAR: Months / Days
5c. UNDER 1 DAY: Hours / Minutes
6. DATE OF BIRTH: September 29, 1999
7. BIRTHPLACE: Fort Wayne, Indiana
8a. WAS DECEDENT A U.S. VETERAN?: NO
8b. YEAR LAST SERVED IN U.S. ARMED FORCES?:
9a. PLACE OF DEATH: HOSPITAL — Inpatient (checked? no — OTHER: unchecked)
9b. FACILITY NAME: Parkview/Noble Community Hospital
9c. CITY, TOWN, OR LOCATION OF DEATH: Kendallville
9d. COUNTY OF DEATH: Noble
10. MARITAL STATUS: Never
11. SURVIVING SPOUSE: —
12a. DECEDENT'S USUAL OCCUPATION: Child
12b. KIND OF BUSINESS/INDUSTRY: School Corp.
13a. RESIDENCE—STATE: Indiana
13b. COUNTY: Noble
13c. CITY, TOWN, OR LOCATION: Albion
13d. STREET AND NUMBER: 2289 West 500 North
13e. ZIP CODE: 46701
13f. INSIDE CITY LIMITS: No
13g. ON A FARM?: No
14. CITIZEN OF WHAT COUNTRY?: USA
15. WAS DECEDENT OF HISPANIC ORIGIN?: No
16. RACE: White
17. DECEDENT'S EDUCATION: Elementary/Secondary (0-12): 1

### PARENTS

18. FATHER'S NAME: Mike Norris
19. MOTHER'S NAME: Laurie Keister

### INFORMANT

20a. INFORMANT'S NAME: Laurie Bode
20b. MAILING ADDRESS: 2289 West 500 North, Albion, IN 46701
20c. Relationship: Mother

### DISPOSITION

21a. METHOD OF DISPOSITION: Burial
21b. DATE AND PLACE OF DISPOSITION: 12/30/2005, Rose Hill Cemetery
21c. LOCATION: Albion IN
22a. EMBALMER'S NAME: John A. Brazzell
22b. EMBALMER'S LICENSE NO.: FD20200067
23. WAS DEATH REPORTED TO CORONER?: Yes
24a. SIGNATURE OF FUNERAL DIRECTOR: John A Brazzell
24b. LICENSE NUMBER: FD20200067
25. NAME, ADDRESS, AND LICENSE NUMBER OF FUNERAL HOME: Brazzell Funeral Home FDH3000053, 209 East Main Street, Albion, IN 46701

### CAUSE OF DEATH

26. PART I
a. IMMEDIATE CAUSE: DEHYDRATION — 12 HOURS
b. DUE TO: VOMITING & DIARRHEA — 1 DAY
c. DUE TO: CLOSTRIDIUM DIFFICILE INFECTION — >1 DAY
d. —

PART II Other significant conditions: —

27. WAS DECEDENT PREGNANT OR 90 DAYS POSTPARTUM?: No
28a. WAS AN AUTOPSY PERFORMED?: Yes
28b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH?: Yes

### CERTIFIER

29a. CERTIFIER: CORONER
29b. SIGNATURE AND TITLE OF CERTIFIER: Terry M Gaff MD
29c. MEDICAL LICENSE NO.: 01029460
29d. DATE SIGNED: 12/31/05
30. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH: Terry M. Gaff MD 103 Cresent Drive, Kendallville, IN 46755

### HEALTH OFFICER

31. HEALTH OFFICER'S SIGNATURE: Donald G. Warrener, M.D.
32. DATE FILED: 1-10-06

33. MANNER OF DEATH: Natural
34a. DATE OF INJURY: —
34b. TIME OF INJURY: —
34c. INJURY AT WORK?: —
34d. DESCRIBE HOW INJURY OCCURRED: —
34e. PLACE OF INJURY: —
34f. LOCATION: —

34g. DATE PRONOUNCED DEAD: 12/27/2005
34h. MOTOR VEHICLE ACCIDENT?: No

IVRA-20 (5/03) SDH06-004 State Form 10110 (R5/1-99)