BEFORE THE DEPARTMENT OF INSURANCE
STATE OF INDIANA

| | |
|---|---|
| LAURIE A. BODE and MICHAEL D. NORRIS, individually and as parents and guardians of MAKOTA Z. NORRIS, a deceased minor,<br><br>Plaintiffs,<br><br>v.<br><br>PARKVIEW HEALTH SYSTEM, INC., WHITLEY MEMORIAL HOSPITAL, INC. d/b/a PARKVIEW WHITLEY HOSPITAL, JOACHIN U. OKAFOR, M.D., DAVID LEE HURLEY, M.D., PROFESSIONAL EMERGENCY PHYSICIANS, INC. and MICHAEL P. DICK, M.D.,<br><br>Defendants. | FILED<br>DEC 21 2007<br>STATE OF INDIANA<br>DEPT. OF INSURANCE<br><br>CLAIM NO. 1008373 |

### PROPOSED FIRST AMENDED COMPLAINT FOR DAMAGES

Plaintiffs, Laurie A. Bode and Michael D. Norris, individually and as parents and guardians of Makota Z. Norris, a deceased minor, for their proposed first amended complaint against Defendants, allege and state:

1. Plaintiffs are residents of Noble County, Indiana.

2. Plaintiffs bring this action individually and as parents and guardians of their deceased minor son, Makota Z. Norris. Makota Z. Norris was born on September 29, 1999 at Parkview Hospital in Fort Wayne, Indiana.

3. At all times relevant hereto, Defendant, Parkview Health System, Inc. (hereinafter, "Parkview Health"), was a corporation duly organized and existing under the laws of the State of Indiana engaged in the business of maintaining and operating multiple hospitals serving the northeast Indiana region. Parkview Health's principal office is located at 10501 Corporate Drive in Fort Wayne, Indiana.

4. At all times relevant hereto, Defendant, Whitley Memorial Hospital, Inc. d/b/a Parkview Whitley Hospital (hereinafter, "Parkview Whitley Hospital"), was affiliated with Parkview Health and serves as a satellite hospital in the Parkview Health system (Parkview

Whitley Hospital and Parkview Health may sometimes collectively be referred to herein as "Parkview"). Parkview Whitley Hospital is located at 353 North Oak Street in Columbia City, Indiana.

5. All acts and/or omissions of Parkview alleged herein were performed and/or omitted by and through employees, agents, and/or representatives of Parkview.

6. At all times relevant hereto, Defendant, Joachin U. Okafor, M.D. (hereinafter, "Dr. Okafor"), was a physician duly licensed to practice medicine in the State of Indiana.

7. At all times relevant hereto, Defendant, David Lee Hurley, M.D. (hereinafter, "Dr. Hurley"), was a physician duly licensed to practice medicine in the State of Indiana.

8. At all times relevant hereto, Defendant, Professional Emergency Physicians, Inc. (hereinafter, "PEP"), was a corporation duly organized and existing under the laws of the State of Indiana.

9. At all times relevant hereto, and upon information and belief, Dr. Okafor and Dr. Hurley were employees of PEP acting in the ordinary course and scope of their employment with respect to all actions and/or omissions at issue herein concerning Makota.

10. At all times relevant hereto, Defendant, Michael P. Dick, M.D. (hereinafter, "Dr. Dick"), was a physician duly licensed to practice medicine in the State of Indiana.

11. At all times relevant hereto, Defendants, Parkview Health, Parkview Whitley Hospital, Dr. Okafor, Dr. Hurley, PEP, and Dr. Dick were "qualified providers" within the meaning of IC § 34-18-2-24.5.

12. Makota Z. Norris had been under the general care of Dr. Dick, as his pediatrician, since his birth.

13. On December 26, 2005 at approximately 6:10 p.m., Plaintiff, Laurie A. Bode, took her six-year-old son, Makota Z. Norris, to the Emergency Department located at Parkview Whitley Hospital with complaints of diarrhea and vomiting.

14. Defendants provided medical care to Makota Z. Norris on December 26, 2005.

15. On December 26, 2005, Makota Z. Norris was initially seen by Dr. Hurley and thereafter by Dr. Okafor.

16. On December 26, 2005 at approximately 8:30 p.m., Makota Z. Norris experienced a "large, loose, bloody diarrhea" at Parkview Whitley Hospital.

17. On December 26, 2005 at approximately 9:00 p.m., Makota Z. Norris was reported as lethargic and experienced an episode of vomiting at Parkview Whitley Hospital.

18. On December 26, 2005, Dr. Okafor consulted with Dr. Dick on multiple occasions concerning Makota Z. Norris.

19. On December 26, 2005, Dr. Dick in part recommended to Dr. Okafor that Dr. Okafor administer Rocephin to Makota Z. Norris.

20. On December 26, 2005, Dr. Okafor administered Rocephin to Makota Z. Norris at approximately 9:10 p.m.

21. On December 26, 2005 at approximately 9:30 p.m., Dr. Okafor discharged Makota Z. Norris from Parkview Whitley Hospital.

22. Dr. Okafor discharged Makota Z. Norris from Parkview Whitley Hospital in an unstable condition.

23. At the time Dr. Okafor discharged Makota Z. Norris from Parkview Whitley Hospital, Makota Z. Norris continued to be reported as lethargic.

24. On the morning of December 27, 2005, Makota Z. Norris died. At the time of his death, six-year-old Makota Z. Norris had a reported weight of 27 pounds.

25. Defendants were negligent in providing medical care and treatment to Makota Z. Norris.

26. As a direct and proximate result of Defendants' negligence, Makota Z. Norris died.

27. As a direct and proximate result of Defendants' negligence, Plaintiffs have been deprived of the love and companionship of their child.

28. As a direct and proximate result of Defendants' negligence, Plaintiffs, individually and as parents and guardians of Makota Z. Norris, have suffered damages for the wrongful death of their child.

WHEREFORE, Plaintiffs, Laurie A. Bode and Michael D. Norris, individually and as parents and guardians of Makota Z. Norris, a deceased minor, by counsel, request that judgment be entered against Defendants in an amount reasonably sufficient to compensate Plaintiffs for all losses, injuries, and damages suffered as a result of the death of their child, together with the costs of this action and all other appropriate relief.

Respectfully submitted,

SNYDER, BIRCH & MORGAN LLP

By: _____
Stephen R. Snyder, #413-43
Jack C. Birch, #15984-57
Randall L. Morgan, #18087-49
200 West Main Street
Syracuse, Indiana 46567
Telephone: 574/457-3300
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

The undersigned certifies that on the 21st day of December, 2007, a true and correct copy of the foregoing pleading was served upon the following by first class U.S. mail, postage prepaid:

Mark W. Baeverstad, Esq.
Peggy A. Carlile, Esq.
Rothberg Logan & Warsco LLP
110 West Berry Street, Suite 2100
Fort Wayne, Indiana 46802

Milford M. Miller, Esq.
Tina M. Bell, Esq.
Miller Murphy, LLP
110 West Berry Street, Suite 1500
Fort Wayne, Indiana 46802

N. Jean Schendel, Esq.
Hunt Suedhoff Kalamaros, LLP
803 South Calhoun Street
9th Floor Courtside Building
P.O. Box 11489
Fort Wayne, Indiana 46858-1489

_____
Randall L. Morgan